# United States District Court

_____ DISTRICT OF _____

ANTONIO CAMACHO

V.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS, MARIANAS PUBLIC
LANDS AUTHORITY, successor to the
Marianas Public Lands Corp., and
DEPARTMENT OF PUBLIC WORKS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-0043

FILED
Clerk
District Court

DEC - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public
Lands Corp.

Joeten Building, Dandan
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL W. DOTTS
O'Connor Berman Dotts and Banes
2nd Floor Nauru Building
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___20 days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

_(signature)_
(BY) DEPUTY CLERK

DEC - 5 2005
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: Dec. 6, 2005

NAME OF SERVER (PRINT): ALEXANDER L. LOPEZ

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Ms. Madonna Sablan for Marianas Public Lands Authority at 2nd Floor, Joeten Commercial Bldg., Dandan, Saipan, MP 96950.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec. 7, 2005

Signature of Server

P.O. Box 501969, Saipan, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.