F I L E D
Clerk
District Court

FEB – 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO, | ) | Civil Action No. 05-0043 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | CONFERENCE ORDER |
| COMMONWEALTH OF THE | ) | |
| NORTHERN MARIANA ISLANDS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

To:    Michael W. Dotts, Attorney for Plaintiff
       Benjamin DeMoux, Attorney for Defendants CNMI and DPW
       Ramon K. Quichocho, Attorney for Defendant MPLA


       In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ,

each of the above-named shall be present at the Case Management Conference, set

for Friday, March 15, 2006, at 9:30 a.m.

1

AO 72
(Rev. 8/82)

The parties shall be prepared to discuss:

(a)  Service of process on parties not yet served;

(b)  Jurisdiction and venue;

(c)  Track assignment;

(d)  Anticipated motions;

(e)  Anticipated or remaining discovery, including limitation on discovery;

(f)  Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g)  Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h)  Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i)  Settlement prospects;

(j)  Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

2

(k) Setting of dates for:

      1.  Joinder of all parties,
      2.  Motions to amend,
      3.  Discovery cut-off,
      4.  Status Conferences,
      5.  Discovery motion hearing date,
      6.  Dispositive motion cut-off,
      7.  Dispositive motion hearing date,
      8.  Settlement conference,
      9.  Joint pretrial order,
      10. Final pretrial order,
      11. Trial.

The Court recommends that this case be assigned to the **Standard** track as defined by the Local Rule 16.2CJ.c.

DATED this 9th day of February, 2006.


_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)