```
RAMON K. QUICHOCHO, ESQ.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP  96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email:  rayq@vzpacifica.net

Attorney for Defendant  MPLA
```

FILED
Clerk
District Court

FEB 1 4 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | Civil Action No. CV 05-0043 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| COMMONWEALTH OF THE NORTHERN ) | CERTIFICATE OF SERVICE |
| MARIANA ISLANDS, MARIANAS ) | |
| PUBLIC LANDS AUTHORITY, successor to ) | |
| the Marianas Public Lands Corporation, and ) | |
| DEPARTMENT OF PUBLIC WORKS, ) | |
| ) | |
| Defendants. ) | |

I, Efrain Palacios, hereby certify that on the 9th day of February, 2006, at 10:40 [X] a.m.

[ ] p.m., I personally served upon CNMI / DPW, a true and correct copy of the:

    [ ]    Summons and Complaint

    [ ]    Answer

    [ ]    Subpoena/Subpoena Duces Tecum

    [ ]    Order date

    [X]    Other(specify) Answer and Affirmative Defenses

1

Service was made as follows:

[ ]  By delivering it to the aforesaid person.

[ ]  By delivering it to the aforesaid person's usual residence and leaving it with _____, who is over the age of 18 years and who also resides there;

[ ]  By delivering it to _____, who is an officer or managing agent of the above-named corporation;

[ ]  By delivering it to _____, who is a _____ of the aforesaid person.

[X]  By delivering it to the aforesaid person's Attorney. <u>The Office of Attorney General</u>

[ ]  By mailing it to the following address(es):

I declare under penalty of perjury that the foregoing is true and correct. I am over the age of eighteen (18). I am not a party to this case. Executed on this <u>9th</u> day of <u>February</u>, 2006, at [X] Saipan [ ] Tinian [ ] Rota, Commonwealth of the Northern Mariana Islands.

_____
PROCESS SERVER