FILED
Clerk
District Court

FEB 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   **RAMON K. QUICHOCHO, ESQ.**
    **LAW OFFICES OF RAMON K. QUICHOCHO, LLC**
2   2nd Floor, V.S. Sablan Building, Chalan Piao
    P.O. Box 505621
3   Saipan, MP 96950
    Tel. No.: 670.234.8946
4   Fax: 670.234.8920
    Email:  rayq@vzpacifica.net
5

6   **Attorney for Defendant  MPLA**

7

8                **IN THE UNITED STATES DISTRICT COURT**
                          **FOR THE**
9                  **NORTHERN MARIANA ISLANDS**

10

11  **ANTONIO S. CAMACHO,**              )    Civil Action No. <u>CV 05-0043</u>
                                         )
12            **Plaintiff,**             )
                **vs.**                  )
13                                       )
    **COMMONWEALTH OF THE NORTHERN**)    **CERTIFICATE OF SERVICE**
14  **MARIANA ISLANDS, MARIANAS**        )
    **PUBLIC LANDS AUTHORITY, successor to**)
15  **the Marianas Public Lands Corporation, and** )
    **DEPARTMENT OF PUBLIC WORKS,**      )
16                                       )
                                         )
17            **Defendants.**            )

18

19       I, <u>Efrain Palacios</u>, hereby certify that on the <u>9th</u> day of <u>February</u>, 2006, at <u>11:55</u> [X] a.m.

20  [ ] p.m., I personally served upon <u>Antonio S. Camacho</u>, a true and correct copy of the:

21       [ ]    Summons and Complaint

22       [ ]    Answer

23
         [ ]    Subpoena/Subpoena Duces Tecum
24
         [ ]    Order date
25
         [X]    Other(specify)<u>  Answer and Affirmative Defenses</u>

                                    1

Service was made as follows:

     [ ]    By delivering it to the aforesaid person.

     [ ]    By delivering it to the aforesaid person's usual residence and leaving it with

_____, who is over the age of 18 years and who also resides there;

     [ ]    By delivering it to _____, who is an officer or managing

agent of the above-named corporation;

     [ ]    By delivering it to _____, who is a _____ of the aforesaid person.

     [X]    By delivering it to the aforesaid person's Attorney. O'Connor,Berman, Dotts &

Banes

     [ ]    By mailing it to the following address(es):


     I declare under penalty of perjury that the foregoing is true and correct.  I am over the age

of eighteen (18).  I am not a party to this case.  Executed on this 9th day of February, 2006, at

[X] Saipan [ ] Tinian [ ] Rota, Commonwealth of the Northern Mariana Islands.


_____

PROCESS SERVER

2