F I L E D
Clerk
District Court

FEB 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | Civil Action No. 05-0043 |
| ) | |
| Plaintiffs ) | |
| ) | NOTICE OF AMENDED |
| v. ) | CASE MANAGEMENT |
| ) | CONFERENCE ORDER |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

To:   Michael W. Dotts, Attorney for Plaintiff
      Benjamin DeMoux, Attorney for Defendants CNMI and DPW
      Ramon K. Quichocho, Attorney for Defendant MPLA

The Case Management Conference is set for **Wednesday**, March 15, 2006, at 9:30 a.m., not Friday as shown on the original order.

DATED this 14th day of February, 2006.

CLERK OF COURT

By: _____

1