ORIGINAL

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
3  P.O. Box 501969
   Saipan, MP 96950
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5
6  Attorneys for Plaintiff Antonio S. Camacho

F I L E D
Clerk
District Court

MAR – 3 2006

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

7          IN THE UNITED STATES DISTRICT COURT
8                        FOR THE
         COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
9

| | |
|---|---|
| ANTONIO S. CAMACHO | ) CIVIL CASE NO. 05-0043 |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S RULE 26(a) |
| | ) INITIAL DISCLOSURES |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corporation, and DEPARTMENT OF PUBLIC WORKS, | ) |
| Defendants. | ) |

Plaintiff, by and through his attorneys, pursuant to L.R. 16.2(c)(J)(d) and Fed.R.Civ.Pro. Rule 26(a), submits the following disclosures:

**A.    Persons With Potentially Discoverable Information**

1.    Antonio S. Camacho (will testify as to the circumstances surrounding the alleged taking of land).

2.    As their investigation of potential witnesses is ongoing, Plaintiff reserves the right to disclose any other persons with potentially discoverable information as soon as is practicable. However, other persons known to be likely to have discoverable information in this case are currently, or had been at the time the events in question took place, agents, employees and/or officers of the various defendants.

**B.    Description of Relevant Document**

1.    Plaintiff has available for inspection and copying all documents, data compilations, and tangible things that are in its possession, custody and control as required by Rule 26(a) Fed.R.Civ.Pro.

2.    These include various publicly recorded documents, articles of correspondence between the parties and the documents generated by the administrative efforts undertaken by Plaintiff to secure compensation for his property that was taken.

1

3.    As Plaintiff's investigation of this matter is ongoing, they reserve the right to supplement this disclosure with descriptions of other relevant documents as soon as is practicable.

**C.    Computation of Damages**

The damages incurred in this case amount to the actual value of the land taken from Plaintiff.  As outlined in Plaintiff's Complaint, Defendant MPLA previously offered an amount to compensate Plaintiff in this matter, but this amount fell far short of the actual value of the property taken.  Plaintiff plans to offer expert testimony as to the actual value of the land taken and any computation of such damages will certainly change as interest on the value of the land accrues over time.

**D.    Insurance Agreement**

Plaintiff does not know of any such applicable insurance agreement.

Dated this 3rd day of March, 2006.

O'CONNOR BERMAN DOTTS & BANES
*Attorneys for Plaintiff Antonio S. Camacho*

By: _____
        Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Rule26-060302-glh.doc

2