ORIGINAL

1  Ramon K. Quichocho, Esq.
   LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2  2nd Floor, V.S. Sablan Building, Chalan Piao
   P.O. Box 505621
3  Saipan, MP  96950
   Tel. No.: 670.234.8946
4  Fax:  670.234.8920
   Email: rayq@vzpacifica.net
5
   *Withdrawing Attorney for Defendant MPLA*
6

FILED
Clerk
District Court

MAR – 9 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | CASE NO. CV05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMONWEALTH OF THE NORTHERN ) | **STIPULATION TO SUBSTITUTE** |
| MARIANA ISLANDS, MARIANAS PUBLIC ) | **COUNSEL AND ORDER** |
| LANDS AUTHORITY, successor to the ) | |
| Marianas Public Lands Corporation, and ) | |
| DEPARTMENT OF PUBLIC WORKS, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Defendant Marianas Public Lands Authority (the predecessor-in-interest to the Department of Public Lands pursuant to PL 15-2), and hereby substitutes and replaces present counsel of record in this matter, pursuant to LR 83.5.

Accordingly, Ramon K. Quichocho, Esq., is hereby withdrawing from this matter, and the undersigned substituting counsel by agreeing to represent the former Defendant's successor-in-interest, the Department of Public Lands, agrees to assume all duties and responsibilities regarding this matter as counsel of record.

DEPARTMENT OF PUBLIC LANDS

_[signature]_ 3/07/06
John S. Del Rosario, Jr.      Date
Acting Secretary

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

_[signature]_ 03-01-06
Ramon K. Quichocho      Date
Withdrawing Attorney for Defendant

_[signature]_ 3-8-06
                             Date
Substituting Attorney for Defendant

### ORDER

FOR GOOD CAUSE SHOWN, the Court hereby approves the substitution as stipulated above.

SO ORDERED: 3-9-06

_[signature]_
HONORABLE ALEX R. MUNSON
District Court Judge

**RECEIVED**

MAR - 9 2006

Clerk
District Court
For The Northern Mariana Islands

2

*Stipulation to Substitute Counsel and Order*