1 David Lochabay
Asst. Attorney General
2 Office of the Attorney General
2nd Fl., Hon. Juan A. Sablan Admin. Bldg.
3 Caller Box 10007 CHRB
Capitol Hill
4 Saipan, MP 96950
Tel. 664-2341
5 Fax: 664-2349

F I L E D
Clerk
District Court

MAR 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN MARIANA ISLANDS

8 ANTONIO S. CAMACHO,                 ) CIVIL ACTION NO. 05-0043
                                       )
9     Plaintiff,                       )
                                       ) JOINDER IN INITIAL DISCLOSURES
10 v.                                  ) AND CASE MANAGEMENT
                                       ) CONFERENCE STATEMENT
11 COMMONWEALTH OF THE                 )
   NORTHERN MARIANA ISLANDS, ET AL., )
12                                     )
       Defendants.                     )
13 _____)

14

**COMES NOW the Department of Public Lands,** statutory successor to Defendant Marianas Public Lands Authority, which would now join in the Initial Disclosures and the Case Management Conference Statement of Defendant Commonwealth of the Northern Mariana Islands.

Defendant would further show the Court the following:

I.

Defendant's attorneys received the file of this case from previous counsel on Tuesday, March 7, 2006. The initial disclosures were due the next day, and the Case Management Conference Statement was due in 3 days.

II.

If necessary, Defendant will supplement the initial disclosures after having reviewed the file and determining if other disclosures need to be made.

Dated this 10th day of March, 2006.

Respectfully submitted,

*/s/ David Lochabay*
David Lochabay
Asst. Attorney General
Office of the Attorney General
Attorneys for Defendant
Department of Public Lands

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been hand delivered to O'Connor Berman Dotts and Banes, attorneys for Plaintiff, at their offices in the Naura Bldg., Susupe, Saipan, this 13th day of March, 2006.

*/s/ David Lochabay*
David Lochabay