1   David Lochabay
    Asst. Attorney General
2   Office of the Attorney General
    2nd Fl., Hon. Juan A. Sablan Admin. Bldg.
3   Caller Box 10007 CHRB
    Capitol Hill
4   Saipan, MP 96950
    Tel. 664-2341
5   Fax: 664-2349

F I L E D
Clerk
District Court

MAR 1 3 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

6                 **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN MARIANA ISLANDS**

8   **ANTONIO S. CAMACHO,**              )  **CIVIL ACTION NO. 05-0043**
                                         )
9          **Plaintiff,**                )
                                         )
10  **v.**                               )
                                         )  **DECLARATION OF**
11  **COMMONWEALTH OF THE**              )  **DAVID LOCHABAY**
    **NORTHERN MARIANA ISLANDS, ET AL.,**)
12                                       )
           **Defendants.**               )
13  _____)

14          COMES NOW DAVID LOCHABAY, who would now declare as follows:

15          "My name is David Lochabay.  I am over the age of majority and fully competent to make this

16  Declaration, and would testify to the matters contained herein in a court of law if called to do so.

17          "I am employed by the Commonwealth as an Asst. Attorney General.  Part of my duties now

18  include representing the Department of Public Lands in the above styled and numbered cause.

19          "I received the file of this case from the attorney for the former Marianas Public Lands Authority

20  on Tuesday, March 7, 2006, along with 6 other files.  Prior to that time I had no knowledge of the case.

21  Since then, I have signed about a dozen Stipulations for the withdrawal of MPLA's former counsel and

22  the substitution of Attorney General counsel for the Department of Public Lands.

23          "It was not possible for me to digest the file of this case and produce initial disclosures and a case

24  management conference in a timely manner.   The Department of Public Lands will supplement the

25  initial disclosures of the government in this case, with which it has joined, if that proves necessary.

26          "Further, Declarant sayeth not.

27          "I swear under penalty of perjury that the above and foregoing is true and correct, that I have

28  personal knowledge of the facts contained above, and that I execute this Declaration on the island of

1   Saipan, Commonwealth of the Northern Mariana Islands, this 10th day of March, 2006."

2

3

4                                  David Lochabay

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28