Benjamin L. DeMoux (F0328)
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
bendemoux@gmail.com
Attorney for the Commonwealth of the Northern Mariana Islands and Department of Public Works

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ANTONIO CAMACHO, | CIVIL ACTION NO. 05-0043 |
| Plaintiff, | |
| v. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, and DEPARMENT OF PUBLIC WORKS | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| Defendants. | |

The Commonwealth of the Northern Mariana Islands and the CNMI Department of Public Works (together referred to as "DPW"), by and through their attorney, submit the following Case Management Conference Statement pursuant to Local. R. Civ. Pro. 16.2(e)(2).

    A.    DPW does not anticipate bringing any cross-claims or counter-claims that would require service and DPW believes that all defendants have been served.

    B.    DPW does not dispute the Court's jurisdiction or the propriety of the venue.

    C.    DPW does not anticipate filing any dispositive motions – but will file discovery motions as necessary.

    D.    DPW does not anticipate the need for any special procedures.

E. DPW agrees with the Court that the Standard Track is most appropriate for this case, as there is likely to be substantial and detailed discovery. In addition, it seems likely that both sides will have to consult experts to determine property values.

F. DPW believes that settlement is possible so long as plaintiff is willing to accept a just and reasonable value for the land.

Date: March 13, 2006

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Benjamin L. DeMoux
Benjamin L. DeMoux
Assistant Attorney General