F I L E D
Clerk
District Court

MAR 1 5 2006

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

|  |  |
|---|---|
| ANTONIO S. CAMACHO, | Civil Action No. 05-0043 |
| Plaintiff, |  |
| vs. | CASE MANAGEMENT SCHEDULING ORDER |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corporation, and DEPARTMENT OF PUBLIC WORIS, |  |
| Defendants. |  |

Micheel W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

David Lochabay
Assistant Attorney General
Capitol Hill
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

Case Management Conference was conducted in the above case on March 15, 2006.

_____

[1]

    Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before August 17, 2006.

2. All motions to amend pleadings shall be filed on or before August 17, 2006.

3. All discovery shall be served by July 16, 2006.

4. All discovery motions shall be filed so as to be heard on or before August 17, 2006.  The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure  - June 30, 2006

6. Defendant and third-party defendant expert disclosure - August 18, 2006.

7. Expert discovery shall be completed by September 22, 2006.

8. A status conference will be held on July 28, 2006, at 9:00 a.m.

9. All dispositive motions shall be heard on or before October 26, 2006. Said motions shall be filed in accordance with Local Rule 7.1 and/or 56.1.

10. A status/settlement conference will be held on April 11, 2006, at 8:30 a.m., and November 3, 2006, at 1:30 p.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by November 20, 2006.

12.    A final pretrial conference will be held on November 24, 2006, at 10:00 a.m.

13.    The trial in this case shall begin on December 4, 2006 at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 15th day of March, 2006, Garapan, Saipan, CNMI.


_____
JUDGE ALEX R. MUNSON

AO 72
(Rev. 08/82)