**ORIGINAL**

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
2/F Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Antonio S. Camacho*

F I L E D
Clerk
District Court

MAR 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | CIVIL ACTION NO. 05-0043 |
| )  | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PROOF OF SERVICE |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS, DEPARTMENT OF ) | |
| PUBLIC LANDS, and DEPARTMENT OF ) | |
| PUBLIC LANDS ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby certifies that a copy of **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served as follows:

By hand delivery on March 17, 2006 upon:

    Bernie Dela Cruz for David Lochabay and Ben DeMoux
    Attorney General's Office – Civil Division
    Capitol Hill, Saipan

                                          _____
                                          Rosemarie G. Agulto

K:\1000\1600-01 Camacho\DOCS\Proof-060320-jom.doc