ORIGINAL

FILED
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Benjamin L. DeMoux (F0328)
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
bendemoux@gmail.com
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

ANTONIO CAMACHO,

    Plaintiff,

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS

    Defendants.

) CIVIL ACTION NO. 05-0043
)
) STIPULATION AND [PROPOSED]
) ORDER TO RESET JULY 28, 2006
) STATUS CONFERENCE

    THE PARTIES in the above-entitled matter hereby stipulate and move the Court to reset the status conference currently set for July 28, 2006 at 9:00 am to August 4, 2006 or such later date as is convenient for the Court. Defendants' counsel cannot attend the July 28th hearing as he will off-island taking the Washington State bar exam.

**SO STIPULATED** this _____ day of May, 2006

OFFICE OF THE ATTORNEY GENERAL

*/s/ Benjamin L. DeMoux*
Benjamin L. DeMoux
Assistant Attorney General


ANTONIO S. CAMACHO

*/s/ George L. Hasselback*
George L. Hasselback
O'Connor, Berman, Dotts, & Banes

## ORDER

Upon consideration of the stipulation of both parties, and good cause shown, the foregoing stipulation is hereby approved and the status conference currently set for July 29, 2006 is now reset to the **4TH** day of **AUGUST**, 2006 at **8:30** a.m./p.m.

**SO ORDERED**, this **26TH** day of May, 2006

*/s/ Alex R. Munson*
Alex R. Munson
Chief Judge

RECEIVED
MAY 26 2006
Clerk
District Court
The Northern Mariana Islands

-2-