**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**2/F Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO,** ) | **CIVIL ACTION NO. 05-0043** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **PROOF OF SERVICE** |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS, DEPARTMENT OF** ) | |
| **PUBLIC LANDS, and DEPARTMENT OF** ) | |
| **PUBLIC LANDS** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

The undersigned hereby certifies that a copy of **PLAINTIFF'S EXPERT REPORTS BY ROGER SLATER and V.M. SABLAN and LILIO TIPLES** were served as follows:

By hand delivery on June 30, 2006 upon:

> Bernie Dela Cruz for Benjamin DeMoux and David Lochabay
> Attorney General's Office – Civil Division
> 2/F Juan A. Sablan Memorial Building
> P.O. Box 10007 CHRB
> Saipan, MP 96950

Dated this 30th day of June, 2006.

```
            _____/s/_____
                  Timothy Wong O'Connor
```

K:\1000\1600-01 Camacho\DOCS\Proof-060630-jom.doc