```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    AUG - 9 2006

                                                For The Northern Mariana Islands
                                                By_____
                                                        (Deputy Clerk)
```

David Lochabay
Asst. Attorney General
Office of the Attorney General
2nd Fl., Hon. Juan A. Sablan Admin. Bldg.
Caller Box 10007 CHRB
Capitol Hill
Saipan, MP 96950
Tel. 664-2341
Fax: 664-2349

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, | ) CIVIL ACTION NO. 05-0043 |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| COMMONWEALTH OF THE | ) |
| NORTHERN MARIANA ISLANDS, ET AL., | ) |
| Defendants. | ) |

On this 4th day of August, 2006, a status conference was called for the above styled and numbered case in the Court's chambers.

Plaintiff appeared through his attorney, Michael Dotts, Esq.

Defendants appeared through David Lochabay, Asst. Attorney General.

The Court hereby continues the status conference until Friday, August 25, 2006, at 8:30 a.m. All parties are ordered to be available, either in person or by telephone, at that time for purposes of settlement. If a party cannot be available for settlement discussions at that time, the party shall grant full settlement authority to a representative (either the party's attorney or otherwise), which representative shall be available, in person or by telephone, at that time.

IT IS SO ORDERED this __9TH__ day of __AUGUST__, 2006.

_____
Alex R. Munson
Judge

APPROVED AS TO FORM AND CONTENT

_____
Michael Dotts, Esq.
Attorney for Plaintiff

_____
David Lochabay
Asst. Attorney General
Office of the Attorney General
Attorney for Defendants