UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARANA ISLANDS

F I L E D
Clerk
District Court

OCT 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ANTONIO S. CAMACHO,

Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,

Defendant.

Civil Action No. 05-0043

Order Rescheduling Status/Settlement Conference

Michael W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

David Lochabay
Assistant CNMI AG
P.O. Box 505827
Saipan, MP 96950

IT IS ORDERED that the Status/Settlement Conference in the above case scheduled for Friday, November 3, 2006, at 1:30 p.m., is rescheduled to 9:00 a.m., on the same date.

DATED THIS 16th day of October, 2006.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)