F I L E D
Clerk
District Court

NOV - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ANTONIO S. CAMACHO,                          Civil Action No. 05-0043

　　　　Plaintiff,

　　　　vs.                                    Order Rescheduling Status/Settlement
                                              Conference

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS,

　　　　Defendant.

Michael W. Dotts                  David Lochabay
Attorney at Law                   Assistant CNMI AG
P.O   Box 501969                  Caller Box 10007
Saipan, MP 96950                  Saipan, MP 96950

　　　　The Status/Settlement Conference in the above case scheduled for Friday,

November 3, 2006, at 9:00 a.m., is rescheduled to 8:00 a.m., on the same date.

　　　　IT IS SO ORDERED.

　　　　DATED this 1st day of November, 2006.

_____
Judge Alex R. Munson