MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:   (670) 664-2341
Fax:         (670) 664-2349
E-mail:      gbaka79@yahoo.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO CAMACHO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS,<br><br>    Defendants. | CIVIL ACTION NO. 05-0043<br><br>**ENTRY OF APPEARANCE;<br>CERTIFICATE OF SERVICE** |

**COMES NOW** the Office of the Attorney General and enters the appearance of the undersigned counsel as the attorney who will participate on behalf of the defendants Commonwealth of the Northern Mariana Islands (CNMI), former Marianas Public Land

Authority, through the CNMI Department of Public Lands,* and the CNMI Department of Public Works in this case, vice former Assistant Attorney General Benjamin L. DeMoux.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY  # F0205
Attorney General

Dated: Wednesday, 1 November 2006.

*Gregory Baka*
GREGORY BAKA  # F0199
Deputy Attorney General

Attorneys for Defendants

n:\ . . . \gbaka\civil\land compensation\A.Camacho v. CNMI\entry.or.appearance.pld.wpd

---

* Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties assigned to the former Marianas Public Land Authority were assigned to DPL. See Fed. R. Civ. P. 25(c) ("action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action").

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**ENTRY OF APPEARANCE; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Michael W. Dotts, Esq.  # F0150<br>O'Connor, Berman, Dotts & Banes<br>Nauru Building, 2nd Floor<br>Nauru Loop, Susupe<br>P. O. Box 501969<br>Saipan, MP  96950-1969 | Attorneys for Plaintiff<br>Tel:  (670) 234-5684<br>Fax:  (670) 234-5683<br>E-mail:  attorneys@saipan.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Wednesday, 1 November 2006.

_____
Gregory Baka
Deputy Attorney General
Attorney for Defendants

3