1  **MICHAEL W. DOTTS, Esq.**
2  **O'Connor Berman Dotts & Banes**
   **Second Floor, Nauru Building**
3  **P.O. Box 501969**
   **Saipan, MP 96950**
4  **Telephone No. (670) 234-5684**
   **Facsimile No. (670) 234-5683**
5
6  *Attorneys for Plaintiff Antonio S. Camacho*

7                   IN THE UNITED STATES DISTRICT COURT
                              FOR THE
8       COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

9  **ANTONIO S. CAMACHO**            )   **CIVIL CASE NO. 05-0043**
                                      )
10            **Plaintiff,**          )
                                      )
11                                    )
            **vs.**                   )   **NOTICE OF FILING OF**
12                                    )   **[PROPOSED] FINAL**
   **COMMONWEALTH OF THE**            )   **PRETRIAL ORDER**
13 **NORTHERN MARIANA ISLANDS,**      )
   **DEPARTMENT OF PUBLIC LANDS,**    )
14 **successor to the Marianas Public Lands** )
   **Authority, and DEPARTMENT OF**   )
15 **PUBLIC WORKS,**                  )
                                      )
16                                    )
            **Defendants.**           )
17  _____  )

18
19
20          COMES NOW the Plaintiff, and gives notice that filed herewith is Plaintiff's

21  [Proposed] Final Pretrial Order, pursuant to paragraph 11 of the Case Management Scheduling

22  Order, entered on March 15, 2006.  The parties conferred over this order but could not reach an

23  agreement in time for a joint submission.  It was agreed that the Plaintiff would file his

24  proposed order and that the Defendants could then decide whether or not to join in the order or

25  submit suggested revisions.

26
27
28                                        1

1    Dated: November 20, 2006.

2                                              Respectfully submitted,

3                                              O'CONNOR BERMAN DOTTS & BANES
4                                              Attorneys for Plaintiff Antonio S. Camacho

5

6

7    By: _____
8                Michael W. Dotts ( F0150)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   K:\1000\1600-01 Camacho\PL\draft\Notice of Filing of Pretrial Order-061120-jb.doc

28                                            2