FILED
Clerk
District Court

NOV 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | |
| ) | |
| Plaintiffs, ) | CIVIL CASE NO. 05-0043 |
| ) | |
| -v- ) | |
| ) | ORDER |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| ) | |
| Defendant(s) ) | |

WHEREAS, it is necessary to provide a panel of jurors to try this case, and

WHEREAS, there are 50 prospective jurors available in Petit Jury Pool 101060501.

NOW THEREFORE, IT IS ORDERED that this case will be tried by a panel of 35 jurors to be selected from Petit Jury Pool 101060501.

IT IS FURTHER ORDERED that on Tuesday, November 21, 2006 at 10:30 a.m., the Clerk of Court or his authorized deputy clerks shall randomly select by electronic method 35 prospective jurors from Petit Jury Pool 101060501 for the trial of this case.

Dated this 21ST day of November, 2006.

ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)