MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Antonio S. Camacho*

F I L E D
Clerk
District Court

NOV 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS, <br><br> Defendants. | CIVIL CASE NO. 05-0043 <br><br><br><br> TRIAL EXHIBIT LIST |

Plaintiff Antonio S. Camacho, by and through counsel, hereby submits his Exhibit List, as follows:

| | DESCRIPTION |
|---|---|
| 1 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, Lot 1877-4R/W |
| 2 | Acknowledgment and Authorization |
| 3 | Gov. Babauta's December 12, 2002 letter to MPLA Commissioner Hofschneider re: Certification for Acquisition |
| 4 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 5 | Vicente M. Sablan's expert report |
| 6 | Grant Thornton's Roger Slater expert report |
| 7 | Japanese map of Gualo Rai |
| 8 | Map: DLS Check No. 1007/75 |
| 9 | Map: DLS Check No. 2025/82 |

1

| 10 | Map: DLS Check No. 2028/82 |
|----|---|
| 11 | Map: DLS Check No. 2080/82 |
| 12 | Map: DLS Check No. 2006/84 |
| 13 | Map: DLS Check No. 2099/84 |
| 14 | Map: DLS Check No. 2146/86 |
| 15 | Map: DLS Check No. 2140/87 |
| 16 | Map: DLS Check No. 2144/87 |
| 17 | Map: DLS Check No. 2002/89 |
| 18 | Map: DLS Check No. 2035/90 |
| 19 | Map: DLS Check No. 2183/94 |
| 20 | MPLA's October 27, 2005 Memo re: Review of Appraisal Reports for Gualo Rai lots |
| 21 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1-1R/W & Lot 1849-1-4-2-2R/W prepared by MPLA |
| 22 | Land Compensation Agreement dated March 27, 2006 between DPL and Jose San Nicolas Muna and Soledad Cabrera Muna |
| 23 | Map: DLS Check No. 2006/05 of Gualo Rai |
| 24 | MPLA's April 7, 2005 Letter to Maria Haruako Tudela re: Land Compensation for Lot 1877-1-R/W offering her $122,222.95 |
| 25 | Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruako Tudela |
| 26 | Map of Lot 1877-R/W |
| 27 | MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties |
| 28 | Vicente M. Sablan's appraisal report of Lot 1877-1-R/W |
| 29 | DPL's May 11, 2006 Letter to Nicanor Norita and Rafael Rangamar offering compensation in the amount of 1.53 million for their combined properties |
| 30 | Saipan Street Map |

Copies of all trial exhibits are served on Defendants Department of Public Lands and Department of Public Works by hand delivery.

Dated: November 22, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Antonio S. Camacho

By: _____
Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Trial Exhibit List-061122-jom.doc

2