MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:          (670) 664-2349
E-mail:       gbaka79@yahoo.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO,<br><br>           Plaintiff,<br><br>       vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS,<br><br>           Defendants. | CIVIL ACTION NO. 05-0043<br><br>**DEFENDANTS' WITNESS LIST; CERTIFICATE OF SERVICE**<br><br>Trial:   Monday, 4 December 2006<br>Time:   9:00 a.m.<br>Judge   Hon. Alex R. Munson |

**COME NOW DEFENDANTS** Commonwealth of the Northern Mariana Islands (CNMI); the former Marianas Public Lands Authority (MPLA) through its successor in

interest, the Department of Public Lands (DPL);* and the Department of Public Works (DPW), who would now identify the following individuals as possible witnesses for the Defendants at the trial of this case.

1) Ramon S. Dela Cruz, Hearing Officer, former MPLA and DPL.
2) Mitchell K. Aaron, Appraiser, former MPLA and DPL.
3) Ramon S. Salas, Deputy Director, DPL.  Mr. Salas is the Defendants' representative at trial.
4) All witnesses called by the Plaintiff.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY  # F0205
Attorney General

Dated: Monday, 27 November 2006.

*Gregory Baka*
GREGORY BAKA  # F0199
Deputy Attorney General

Attorneys for Defendants CNMI,
    former MPLA (DPL), and DPW

n:\ . . . \gbaka\civil\land compensation\A.Camacho v. CNMI\Defendants'.witness.list.pld.wpd

---

\* Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), <u>available at</u> http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties assigned to the former Marianas Public Land Authority were assigned to DPL. <u>See</u> Fed. R. Civ. P. 25(c) ("action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action").

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**DEFENDANTS' WITNESS LIST; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Michael W. Dotts, Esq.  # F0150<br>O'Connor, Berman, Dotts & Banes<br>Nauru Building, 2nd Floor<br>Nauru Loop, Susupe<br>P. O. Box 501969<br>Saipan, MP  96950-1969 | Attorneys for Plaintiff<br>Tel:  (670) 234-5684<br>Fax:  (670) 234-5683<br>E-mail:  attorneys@saipan.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Monday, 27 November 2006.

```
                              _____
                              GREGORY BAKA  # F0199
                              Deputy Attorney General
                              Attorney for Defendants CNMI,
                                   former MPLA (DPL), and DPW
```

3