**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO ) | CIVIL CASE NO. 05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF MOTION IN LIMINE |
| ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| DEPARTMENT OF PUBLIC LANDS, ) | |
| successor to the Marianas Public Lands ) | |
| Authority, and DEPARTMENT OF ) | |
| PUBLIC WORKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Please take NOTICE that Plaintiff, Antonio S. Camacho, by and through counsel, will and hereby does move this honorable Court for an Order excluding evidence as set forth below:

    1.    All Evidence Relating to the contents of the Administrative Decision made by Mr. Ramon Dela Cruz as Hearing Officer of the Marianas Public Lands Authority on September 13, 2004.

    2.    All Testimony of Hearing Officer Ramon Dela Cruz.

    3.    All tape recordings or transcripts of proceedings held by the Marianas Public Lands Authority related to the Administrative Decision.

1

Plaintiff will bring the Motion as soon as counsels may be heard.

Dated: November 29, 2006.

                                                Respectfully submitted,

                                                O'CONNOR BERMAN DOTTS & BANES
                                                Attorneys for Plaintiff Antonio S. Camacho

                                                By: _____/s/_____
                                                         Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Notice InLimine-061128-jom.doc

2