**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO**,          ) | **CIVIL CASE NO. 05-0043** |
|                                  ) | |
| **Plaintiff,**                   ) | |
|                                  ) | |
| vs.                              ) | |
|                                  ) | |
| **COMMONWEALTH OF THE**          ) | **PLAINTIFF'S OBJECTIONS** |
| **NORTHERN MARIANA ISLANDS,**    ) | **TO DEFENDANTS' EXHIBITS** |
| **DEPARTMENT OF PUBLIC LANDS,**  ) | |
| successor to the Marianas Public Lands ) | |
| Authority, and **DEPARTMENT OF** ) | |
| **PUBLIC WORKS**,                ) | |
|                                  ) | |
| **Defendants.**                  ) | |

Defendants have advised that they will use as exhibits in this action certain portions of the record of the Administrative Hearing, including the Administrative Decision, entered on September 13, 2004, itself. For the reasons set forth in Plaintiff's Motion in Limine filed herewith, Plaintiff objects to these exhibits.

Dated: November 29, 2006.

1

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Antonio S. Camacho


By: _____/s/_____
        Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Objection to Exhibits-061129-jom.doc

2