MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:              (670) 664-2349
E-mail:         gbaka79@yahoo.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS,<br><br>    Defendants. | CIVIL ACTION NO. 05-0043<br><br>**DEFENDANTS' STIPULATION REGARDING AND OBJECTIONS TO PLAINTIFF'S EXHIBITS; CERTIFICATE OF SERVICE**<br><br>Trial:   Monday, 4 December 2006<br>Time:  9:00 a.m.<br>Judge  Hon. Alex R. Munson |

**COME NOW DEFENDANTS** Commonwealth of the Northern Mariana Islands (CNMI); the former Marianas Public Lands Authority (MPLA) through its successor in

interest, the Department of Public Lands (DPL);* and the Department of Public Works (DPW), and make the following stipulation and raise the following objections to Plaintiff's Exhibits.

Defendants stipulate to the authenticity of Defendants' exhibits, that they are true and accurate copies of the originals and that they are what they purport to be.

Defendants reserve the right to make any objections to relevance or admissibility based upon the purpose for which Plaintiff seeks to have the evidence introduced.

For example, Plaintiff's Exhibit 3 is a certification letter for land *exchange* (for other land) whereas Plaintiff is seeking land *compensation* (for cash). [Defendant's Exhibit G is the relevant certification letter, only obtained by Defendant today, not previously provided in discovery because it was in the possession of the Public Auditor (and possibly other investigative agencies) as part of a review of the former MPLA.]

Defendants object to the admission of Plaintiff's Exhibits 24 and 29 as they are just preliminary offers for compensation, they have not yet been accepted yet by the owners, and because they are inadmissible under Federal Rule of Evidence 408 (offers in compromise).

---

\* Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties assigned to the former Marianas Public Land Authority were assigned to DPL. See Fed. R. Civ. P. 25(c) ("action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action").

2

1  Defendants would object to the admission of Plaintiff's Exhibit 5 (appraisal report)
2  without the companion report by the same appraiser from the previous day.  However,
3  Defendants have included both reports as Exhibits H and I, respectively.

5  Respectfully submitted,

6  OFFICE OF THE ATTORNEY GENERAL

7  MATTHEW T. GREGORY  # F0205
   Attorney General

9  Dated:  Wednesday, 29 November 2006.     *Gregory Baka*
   _____
   GREGORY BAKA  # F0199
10 Deputy Attorney General

11 Attorneys for Defendants CNMI,
        former MPLA (DPL), and DPW

25 n:\ . . . \gbaka\civil\land compensation\A.Camacho v. CNMI\Defendants'.stip.re.&.objections.to.Plaintiff's.exhibits.pld.wpd

3

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**DEFENDANTS' STIPULATION REGARDING AND OBJECTIONS TO PLAINTIFF'S EXHIBITS; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), <u>cf.</u> Fed. R. Civ. P. 5(b)(2)(D); or electronic service, <u>see</u> Local Rule 5.1.

| | |
|---|---|
| Michael W. Dotts, Esq.  # F0150<br>O'Connor, Berman, Dotts & Banes<br>Nauru Building, 2nd Floor<br>Nauru Loop, Susupe<br>P. O. Box 501969<br>Saipan, MP  96950-1969 | Attorneys for Plaintiff<br>Tel:  (670) 234-5684<br>Fax:  (670) 234-5683<br>E-mail:  attorneys@saipan.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Wednesday, 29 November 2006.

*Gregory Baka*
GREGORY BAKA  # F0199
Deputy Attorney General
Attorney for Defendants CNMI,
    former MPLA (DPL), and DPW