MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:   (670) 664-2341
Fax:             (670) 664-2349
E-mail:         gbaka79@yahoo.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY, successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS,<br><br>    Defendants. | CIVIL ACTION NO. 05-0043<br><br>**DEFENDANTS' FIRST AMENDED EXHIBIT LIST; CERTIFICATE OF SERVICE**<br><br>Trial: Monday, 4 December 2006<br>Time: 9:00 a.m.<br>Judge Hon. Alex R. Munson |

**COME NOW DEFENDANTS** Commonwealth of the Northern Mariana Islands (CNMI); the former Marianas Public Lands Authority (MPLA) through its successor in

interest, the Department of Public Lands (DPL);* and the Department of Public Works (DPW), who would now provide the following exhibits (labeled as in the left column) for use by the Defendants at the trial of this case. The first five exhibits (A to E) were filed electronically at about 10:00 p.m., Monday, 27 November 2006, but 48 hours later still have not posted on the Case Management/ Electronic Case Filing System.

A)   Administrative Decision & Order (MPLA May 13, 2004) (Ramon S. Dela Cruz, Hearing Officer).

B)   Appellant's Opening Brief (MPLA May 21, 2004) (Michael W. Dotts, Esq. on behalf of Antonio S. Camacho).

C)   Appellee's Opening Brief (MPLA May 28, 2004) (Alan L. Lane, Esq. on behalf of MPLA).

D)   Declaration of Mitchell K. Aaron (MPLA May 28, 2004) (filed with Appellee's Opening Brief).

E)   Appellant's Reply Brief (MPLA June 3, 2004) (Michael W. Dotts, Esq. on behalf of Antonio S. Camacho).

F)   Northern Mariana Islands Administrative Code (NMIAC), Chapter 145-40, Land Compensation Claims Rules and Regulations

G)   Governor's Certification Letter, Lot 1877-4R/W (July 12, 2001)

H)   24 March 1976 Valuation — Lot 1877-4R/W Appraisal Report Prepared for Antonio S. Camacho (March 18, 2004)

---

\*   Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties assigned to the former Marianas Public Land Authority were assigned to DPL. See Fed. R. Civ. P. 25(c) ("action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action").

1  I)  14 September 1994 Valuation — Lot 1877-4R/W Appraisal Report Prepared for
2      Antonio S. Camacho (March 17, 2004)
3  J)  Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron re:
4      Lot 1877-4R/W (May 17, 2004)
5  K)  Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron re:
6      Lot 1877-4R/W (August 4, 2004)
7  L)  Public Law 15-2 (February 22, 2006)
8      All exhibits introduced by the Plaintiff.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY  # F0205
Attorney General

Dated: Wednesday, 29 November 2006.     *Gregory Baka*
GREGORY BAKA  # F0199
Deputy Attorney General

Attorneys for Defendants CNMI,
    former MPLA (DPL), and DPW

n:\ . . . \gbaka\civil\land compensation\A.Camacho v. CNMI\Defendants'.first.amended.exhibit.list.pld.wpd

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**DEFENDANTS' FIRST AMENDED EXHIBIT LIST; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Michael W. Dotts, Esq.  # F0150<br>O'Connor, Berman, Dotts & Banes<br>Nauru Building, 2nd Floor<br>Nauru Loop, Susupe<br>P. O. Box 501969<br>Saipan, MP  96950-1969 | Attorneys for Plaintiff<br>Tel:  (670) 234-5684<br>Fax:  (670) 234-5683<br>E-mail:  attorneys@saipan.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Wednesday, 29 November 2006.

*Gregory Baka*
_____
GREGORY BAKA  # F0199
Deputy Attorney General
Attorney for Defendants CNMI,
    former MPLA (DPL), and DPW