FILED
Clerk
District Court

NOV 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ANTONIO S. CAMACHO,

Plaintiff,

vs.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,

Defendant.

Civil Action No. 05-0043

Order Scheduling Motion In Limine

Michael W. Dotts
Attorney at Law
P.O Box 501969
Saipan, MP 96950

Gregory Baka
Assistant CNMI AG
Caller Box 10007
Saipan, MP 96950

A Hearing On The Motion In Limine in the above case is scheduled for Friday, December 1, 2006, at 8:30 a.m.

IT IS SO ORDERED.

DATED this 29th day of November, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)