# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0043                                                                December 1, 2006
                                                                          8:45 a.m.


### ANTONIO S. CAMACHO -vs- CNMI

PRESENT:	Hon. Alex R. Munson, Chief Judge Presiding
	Randy Schmidt, Law Clerk
	Faye Crozat, Court Reporter
	K. Lynn Lemieux, Courtroom Deputy
	Michael Dotts, Attorney for Plaintiff
	Gregory Baka, Attorney for Defendants


PROCEEDINGS:	MOTION IN LIMINE

    Plaintiff was represented in court by Attorney Michael Dotts. Defendants counsel Assistant Attorney General Gregory Baka was present in the Courtroom.

    Assistant Attorney General Baka argued the motion. Attorney Michael Dotts argued on behalf of the Plaintiff and stated that this was simply a Fifth Amendment "taking of land" case.

    Court, after hearing argument, took the matter under advisement and stated that a written order would be forthcoming.

                                                        Adjourned 9:10 a.m.


                                                        */s/* K. Lynn Lemieux, Courtroom Deputy