AO 88 (Rev. 1/94) Subpoena in a Civil Case

FILED
Clerk
District Court

DEC - 1 2006

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF Commonwealth of the Northern Mariana Islands

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Antonio S. Camacho
V.

CNMI Department of Public Lands, successor to the Marianas Public Lands Authority, and Department of Public Works

SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 05-0043

TO: SECRETARY JOHN DEL ROSARIO, DEPARTMENT OF PUBLIC LANDS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court<br>Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | |
| | DATE AND TIME<br>Dec. 4, 2006 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE | DATE AND TIME |
|---|---|
| U.S. District Court<br>Horigichi Bldg., Beach Rd., Garapan, Saipan, MP 96950 | Dec. 4, 2006<br>9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Michael W. Dotts, attorneys for Plaintiff | Nov. 27, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
O'Connor Berman Dotts & Banes Law Offices, 2/F Nauru Building
P.O. Box 501969, Saipan, MP 96950    (670) 234-5684

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11/28/06 | AT MPLA OFFICE IN DANDAN |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| JOHN DEL ROSARIO | PERSONAL SERVICE |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| RAINALDO S. AGULTO | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11/28/06___
                DATE

_[signature]_
SIGNATURE OF SERVER

P.O. BOX 534  CHRB SAIPAN MP 96950
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)( of this rule, such a person may in order to attend trial be commanded travel from any such place within the state in which the trial is held,

(iii) requires disclosure of privileged or other protect matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or ot confidential research, development, or commercial information, (

(ii) requires disclosure of an unretained expert's opinior information not describing specific events or occurrences in disp and resulting from the expert's study made not at the request of party, or

(iii) requires a person who is not a party or an officer party to incur substantial expense to travel more than 100 miles attend trial, the court may, to protect a person subject to or affec by the subpoena, quash or modify the subpoena, or, if the part whose behalf the subpoena is issued shows a substantial need for testimony or material that cannot be otherwise met without un hardship and assures that the person to whom the subpoer addressed will be reasonably compensated, the court may o appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents produce them as they are kept in the usual course of business or organize and label them to correspond with the categories in demand.

(2) When information subject to a subpoena is withheld on a c that it is privileged or subject to protection as trial prepar materials, the claim shall be made expressly and shall be support a description of the nature of the documents, communication things not produced that is sufficient to enable the demanding pai contest the claim.

All offers to pay compensation pursuant to Public Law 5-33 for all properties located in Gualo Rai, Saipan, CNMI, including but not limited to the following properties:

|  | DESCRIPTION | AREA (sq.m.) | LOCATION |
|---|---|---|---|
| 1 | Lot 1877-10R/W | 126 | Gualo Rai Loop & Connecting Roads |
| 2 | Lot 1877-1-R/W | 1,217 | Gualo Rai Loop & Connecting Roads |
| 3 | Part of Lot 1877-4-1R/W | 282 | Gualo Rai Loop & Connecting Roads |
| 4 | Lot 1877-5-2R/W | 183 | Gualo Rai Loop & Connecting Roads |
| 5 | Lot 1877-5-3R/W | 489 | Gualo Rai Loop & Connecting Roads |
| 6 | Lot 1877-5-4R/W | 249 | Gualo Rai Loop & Connecting Roads |
| 7 | Lot 1877-2-2R/W | 488 | Gualo Rai Loop & Connecting Roads |
| 8 | Lot 1877-3-3R/W | 128 | Gualo Rai Loop & Connecting Roads |
| 9 | Lot 1877-3-3-3R/W | 164 | Gualo Rai Loop & Connecting Roads |
| 10 | Lot 1877-3-2-1R/W | 25 | Gualo Rai Loop & Connecting Roads |
| 11 | Lot 1877-3-3-4R/W | 32 | Gualo Rai Loop & Connecting Roads |
| 12 | Lot 1877-3-3-2R/W | 1.40 | Gualo Rai Loop & Connecting Roads |
| 13 | Lot 1879 "C"-R/W | 3.87 | Gualo Rai Loop & Connecting Roads |
| 14 | H541-1-2R/W | 45 | Gualo Rai Loop & Connecting Roads |
| 15 | EA 881-11-R/W | 13 | Gualo Rai Loop & Connecting Roads |
| 16 | EA 881-4-R/W | 0.04 | Gualo Rai Loop & Connecting Roads |
| 17 | EA 881-3-R/W | 1.10 | Gualo Rai Loop & Connecting Roads |
| 18 | Lot 1877-7-R/W | 152 | Gualo Rai Loop & Connecting Roads |
| 19 | TR 21824-2R/W | 5,000 | Gualo Rai Loop & Connecting Roads |
| 20 | Lot 1849-1-55-R/W | 894 | Gualo Rai Loop & Connecting Roads |
| 21 | Lot 1849-1-2-R/W | 172 | Gualo Rai Loop & Connecting Roads |
| 22 | Lot 1849-1-4-2-R/W | 350 | Gualo Rai Loop & Connecting Roads |
| 23 | Lot 1849-1-4-2-R/W | 185 | Gualo Rai Loop & Connecting Roads |
| 24 | TR 21823 "C" R/W | 233 | Gualo Rai Loop & Connecting Roads |
| 25 | Lot 1877-4R/W | 1,065 | Gualo Rai Loop & Connecting Roads |