**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO** ) | CIVIL CASE NO. 05-0043 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S FIRST** |
| **COMMONWEALTH OF THE** ) | **AMENDED WITNESS LIST** |
| **NORTHERN MARIANA ISLANDS,** ) | |
| **DEPARTMENT OF PUBLIC LANDS,** ) | Date : December 4, 2006 |
| **successor to the Marianas Public Lands** ) | Time: 9:00 a.m. |
| **Authority, and DEPARTMENT OF** ) | |
| **PUBLIC WORKS,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Plaintiff Antonio S. Camacho, by and through counsel, identified Jesus Sablan ("Mr. Sablan") as a witness on November 20, 2006. Plaintiff has learned that Mr. Sablan is very ill and is now in the Philippines for treatment. Therefore, Plaintiff may call the following witness in substitution:

Pete Sasamoto

Plaintiff advised Defendants' counsel of this possibility last week.

For the convenience of the Court, the names of the witnesses that the Plaintiff may call are:

    a.    Antonio S. Camacho

    b.    Julita S. Camacho

    c.    Roger Slater

    d.    Vicente M. Sablan

    e.    Juan Castro

    f.    Pete Sasamoto

Dated: December 2, 2006.

                                            Respectfully submitted,

                                            O'CONNOR BERMAN DOTTS & BANES
                                            Attorneys for Plaintiff Antonio S. Camacho

                                            By: _____/s/_____
                                                  Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Amended Witness List-061202-jom.doc