**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO** ) | **CIVIL CASE NO. 05-0043** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S FIRST** |
| **COMMONWEALTH OF THE** ) | **AMENDED** |
| **NORTHERN MARIANA ISLANDS,** ) | **EXHIBIT LIST** |
| **DEPARTMENT OF PUBLIC LANDS,** ) | |
| **successor to the Marianas Public Lands** ) | **Date : December 4, 2006** |
| **Authority, and DEPARTMENT OF** ) | **Time:  9:00 a.m.** |
| **PUBLIC WORKS,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Plaintiff Antonio S. Camacho, by and through counsel, has added Exhibits "31" to "33" that were received as supplements to Defendants' discovery. Plaintiff received this additional discovery after the original Exhibit List was submitted on November 22, 2006.

Plaintiff has also added one road map that was inadvertently omitted from Exhibit "19." Exhibit "19" is now marked as Exhibit "19a" and "19b."

Further, Plaintiff added in Exhibit "30," five more pages that are the enlarged copies of the Gualo Rai portion of the Saipan Street Map in the Original Exhibit List.

In light of the comment made Defendants' counsel, Plaintiff has also separated Exhibit "5" into "5a" and "5b."

Finally, Plaintiff will use several photographs of the Gualo Rai Loop as it currently exists (taken on December 2, 2006) and a sample of the roadway.

Attached is the Amended Exhibit List. On Monday morning, December 4, 2006, Plaintiff will update all Exhibit binders.

Dated: December 2, 2006.

                                        Respectfully submitted,

                                        O'CONNOR BERMAN DOTTS & BANES
                                        Attorneys for Plaintiff Antonio S. Camacho

                                        By: _____/s/_____
                                              Michael W. Dotts (F0150)

K:\1000\1600-01 Camacho\PL\draft\Amended Exh List-061202-jom.doc