# Amended Exhibit List

*Antonio S. Camacho v. Department of Public Lands*
**United States District Court**
**Civ. Action No. 05-0043**

|   | **DESCRIPTION** |
|---|---|
| 1 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, Lot 1877-4R/W |
| 2 | Acknowledgment and Authorization |
| 3 | Gov. Babauta's December 12, 2002 letter to MPLA Commissioner Hofschneider re: Certification for Acquisition |
| 4 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 5a | Vicente M. Sablan's expert report dated March 17, 2004 |
| 5b | Vicente M. Sablan's expert report dated March 18, 2004 |
| 6 | Grant Thornton's Roger Slater expert report |
| 7 | Japanese map of Gualo Rai |
| 8 | Map: DLS Check No. 1007/75 |
| 9 | Map: DLS Check No. 2025/82 |
| 10 | Map: DLS Check No. 2028/82 |
| 11 | Map: DLS Check No. 2080/82 |
| 12 | Map: DLS Check No. 2006/84 |
| 13 | Map: DLS Check No. 2099/84 |
| 14 | Map: DLS Check No. 2146/86 |
| 15 | Map: DLS Check No. 2140/87 |
| 16 | Map: DLS Check No. 2144/87 |
| 17 | Map: DLS Check No. 2002/89 |
| 18 | Map: DLS Check No. 2035/90 |
| 19a | Map: DLS Check No. 2182/94 |
| 19b | Map: DLS Check No. 2183/94 |
| 20 | MPLA's October 27, 2005 Memo re: Review of Appraisal Reports for Gualo Rai lots |
| 21 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1-1R/W & Lot 1849-1-4-2-2R/W prepared for MPLA by MRT Corporation |
| 22 | Land Compensation Agreement dated March 27, 2006 between DPL and Jose San Nicolas Muna and Soledad Cabrera Muna |
| 23 | Map: DLS Check No. 2006/05 of Gualo Rai |
| 24 | MPLA's April 7, 2005 Letter to Maria Haruako Tudela re: Land Compensation for Lot 1877-1-R/W offering her $122,222.95 |
| 25 | Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruako Tudela |
| 26 | Map of Lot 1877-R/W |
| 27 | MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties |

| 28 | Vicente M. Sablan's appraisal report of Lot 1877-1-R/W |
|---|---|
| 29 | DPL's May 11, 2006 Letter to Nicanor Norita and Rafael Rangamar offering compensation in the amount of 1.53 million for their combined properties |
| 30a | Saipan Street Map (full map) |
| 30b | Saipan Street Map (Gualo Rai page 1) |
| 30c | Saipan Street Map (Gualo Rai page 2) |
| 30d | Saipan Street Map (Gualo Rai page 3) |
| 30e | Saipan Street Map (Gualo Rai page 4) |
| 30f | Saipan Street Map (Gualo Rai page 5) |
| 31 | DPL's Offer Letter to Ray Anthony Cabrera dated April 25, 2006 |
| 32 | Land Compensation Settlement Agreement dated June 1, 2006 between DPL and Ray Anthony Cabrera |
| 33 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1-R/W prepared for MPLA by MRT Corporation |
| 34 | Photographs to be added |
| 33 | Sample of roadway |

K:\1000\1600-01 Camacho\DOCS\Amended Exhibit List-061201-jom.doc