# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

April 7, 2005

Maria Haruako Tudela
P.O. Box 502524
Saipan, MP 96950

LC 05-0375

Re:   **Land Compensation for Lot 1877-1-R/W ( 1,217 Square Meters)**

Dear Ms. Tudela:

The Marianas Public Lands Authority, on behalf of the Commonwealth Government, is pleased to inform you that the long awaited compensation for the above-described public roadway is available for disbursement. As you know, the Commonwealth certified your private property for the roadway on **December 12, 2002.**

Public law 13-17, as amended, and the MPLA Land Compensation Claims Rules and Regulations require that all such Commonwealth takings be compensated based on the fair market value *at the time of the taking.*

An official independent appraisal has been prepared and cross-reviewed by MPLA's Appraisal Reviewer. According to the approved appraisal report, the above-described right-of-way has a fair market value of **$89,000.00** as of **July 14, 1994** – the time the Commonwealth first entered and used your land for a public purpose. You may review the independent appraisal report at MPLA or obtain a copy upon payment of copying charges of $0.50 per page.

The Commonwealth, through MPLA, therefore offers you the sum of **$89,000.00**, plus interest to compensate you for the loss of value of your money since the time of the taking, at the rate of three percent (3%) per annum, compounded annually from **July 14, 1994,** to the date of this offer, for a total offer to you of **$122,222.95**.

You have up to sixty (60) days from your receipt of this letter to either accept or reject this offer in writing. Processing of your land compensation claim will be suspended until you advise MPLA of your decision, or upon the expiration of the sixty (60) days.

Should you dispute this offer in writing, you will have thirty (30) days to present evidence to the MPLA relevant to the market value of your land.

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

If MPLA determines that the evidence you presented warrants a revision of the market value, MPLA may modify the offer in consultation with the MPLA Appraisal Reviewer or with the independent appraiser.  If after MPLA responds to your written dispute and you continue to dispute or reject the offer, you will then have twenty (20) days from the date of MPLA's response to file an administrative appeal with the MPLA Hearing Officer.

We are hopeful that you will find the offer fair and reasonable.  Because the criterion for determining the time of taking was set by the Legislature, we will be unable to consider alternative timeframes.  Please understand that MPLA must suspend the processing of your claim during any period that your claim is under dispute.  Compensation will continue to be paid out to other claimants, and MPLA will only resume processing your claim after your dispute has been resolved.

Thank you for your courtesy in this matter, and we look forward to hearing from you very soon.

Sincerely,

VINCENT T. CASTRO
Acting Commissioner

cc:    Governor

_____✓____ I (We) hereby accept the above offer.

_____ I (We) hereby submit evidence relevant to the market value of my land, and request a revision of the market value.

_____ I (We) hereby reject the above offer and request an administrative hearing.

Maria Haruako Tudela

040705
Date