

Commonwealth of the Northern Mariana Islands
Office of the Governor
# DEPARTMENT OF PUBLIC LANDS

April 25, 2006

Ray Anthony Cabrera
P.O. Box 501736
Saipan, MP 96950

LC 06-0511

Re:    **Offer Letter for Lot 1849-1-4-1-R/W ( 210 Square meters)**

Dear Mr. Cabrera:

The Department of Public Lands, on behalf of the Commonwealth Government, would like to inform you that compensation for the above-described private lot will be made if funds become available.  As you know, the Commonwealth certified your private property for right-of-way on **October 1, 1999.**

Public law 13-17, as amended, and the MPLA, (DPL's predecessor) Land Compensation Claims Rules and Regulations require that all such Commonwealth takings be compensated based on the fair market value *at the time of the taking*.

An official independent appraisal has been prepared and cross-checked by DPL's Appraisal Reviewer. According to the approved appraisal report, the above-described right-of-way has a fair market value of **$22,000.00** as of **February 28, 1992** – the time the Commonwealth first entered and used your land for a public purpose. You may review the independent appraisal report at DPL or obtain a copy upon payment of copying charges of $0.50 per page.

The Commonwealth, through DPL, therefore offers you the sum of **$22,000.00**, plus interest to compensate you for the loss of value of your money since the time of the taking, at the rate of three percent (3%) per annum, compounded annually from **February 28, 1992**, to **March 8, 2006**, for a total offer to you of **$33,309.33**. ***This offer is subject to the availability of funds.***

You have up to sixty (60) days from your receipt of this letter to either accept or reject this offer in writing.  Processing of your land compensation claim will be suspended until you advise DPL of your decision, or upon the expiration of the sixty (60) days.

Should you dispute this offer in writing, you will have thirty (30) days to present evidence to the DPL relevant to the market value of your land.

P.O. Box 500380, Saipan, MP 96950 • 2nd Floor, Joeten Dandan Commercial Building
Website: www.dpl.gov.mp • E-mail: dpl@dpl.gov.mp
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

If DPL determines that the evidence you presented warrants a revision of the market value, DPL may modify the offer in consultation with the DPL Appraisal Reviewer or with the independent appraiser. If after DPL responds to your written dispute and you continue to dispute or reject the offer, you will then have twenty (20) days from the date of DPL's response to file an administrative appeal.

We are hopeful that you will find the offer fair and reasonable. Because the criterion for determining the time of taking was set by the Legislature, we will be unable to consider alternative timeframes. Please understand that DPL must suspend the processing of your claim during any period that your claim is under dispute. Compensation will continue to be paid out to other claimants, and DPL will only resume processing your claim after your dispute has been resolved.

Thank you for your courtesy in this matter, and we look forward to hearing from you very soon.

Sincerely,

JOHN S. DEL ROSARIO, JR.
Secretary

_____✓_____ I (We) hereby accept the above offer, subject to the availability of funds.

_____ I (We) hereby submit evidence relevant to the market value of my land, and request a revision of the market value.

_____ I (We) hereby reject the above offer and request an administrative hearing.

_____        _____4-26-06_____
Ray Anthony Cabrera                        Date