# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-05-0043                                                                December 4, 2006
                                                                          9:00 a.m.

### ANTONIO S. CAMACHO -vs- CNMI, et al

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Michael Dotts, Attorney for Plaintiff
                 George Hasselbach, Attorney for Plaintiff
                 Gregory Baka, AAG for the CNMI Government
                 Antonio S. Camacho, Plaintiaff

PROCEEDINGS:     JURY TRIAL - Day One

   Plaintiff was represented by Attorneys Michael Dotts and George Hasselbach. Defense was represented by Assistant Attorney General, Gregory Baka.

   Thirty-one (31) potential jurors from **panel 101060501** were present. Jurors were sworn and Court entertained requests for excuse. No challenges to the array.

   The case was called and the attorneys stated their appearance. 14 jurors names were drawn from the jury wheel and were seated in the jury box. Court proceeded with voir dire.

   Parties exercised their three peremptory challenges. At 10:30 a.m., Eight (8) regular jurors were seated for the trial and the remaining jurors were excused. The seated jurors were: 1) **PALACIOS, Roman**; 2) **TUDELA, James**; 3) **HOCOG, George**; 4) **LISUA, Mariano**;  5) **ALDAN, Steven**; 6) **SABLAN, Bernadita**; 7) **MATAGOLAI, Kimberly**; 8) **SANTOS, Carl**.

   Court recessed for morning break at 10:35 a.m. and reconvened at 10:55 a.m.

   Court gave an introduction to the trial and the Plaintiff, through Attorney Michael Dotts, began their opening statement at 11:05 a.m. and concluded at 11:25 a.m.

   Court recessed at 11:25 a.m. for lunch break and reconvened at 1:00 p.m.

   Plaintiff called their first witness:

**JULITA SASAMOTO CAMACHO**. (Witness). (Interpreter/Translator, Lawrence Cabrera, was sworn to interpret the Chamorro language.) DX. (No CX.) Pltf moved **Ex. 36** into evidence; no objection, Court so ordered.

**JUAN CASTRO**. (Civil Engineer.) DX.

Court recessed for afternoon break at 2:25 p.m. and reconvened at 2:50 p.m.

Defense began CX of witness **CASTRO.** Plaintiff moved to admit **Ex. 8, 12, 13, 14, 15, 19a and 19b**; no objections, Court so ordered. Witness was excused at 3:00 p.m.

**VICENTE M. SABLAN**. (Certified Land Appraiser). DX. Plaintiff moved to qualify the witness as an "expert witness" as a land appraiser in the CNMI; no objection, Court so ordered. Plaintiff moved to admit **Ex. 5a** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 27** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 28** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 33** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 21** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 25** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 32** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 22** into evidence; no objection, Court so ordered. Assistant Attorney General, Gregory Baka, began CX at 4:00 p.m.

Discussion as to Exhibit 5a and it's completeness. Attorney Dotts stated that a new and complete Ex. 5a will be filed tomorrow morning to replace the existing one. Court so agreed.

Court excused the jurors at 4:30 p.m. and ordered that they return tomorrow at 9:00 a.m. to continue with the trial.

Adjourned at 4:35 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy