# CIVIL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, December 4, 2006 | DOCKET NO. | CV-05-0043 |
|---|---|---|---|
| CAPTION | Antonio S. Camacho -vs- CNMI, et al | | |
| ATTORNEYS | Michael Dotts, Esq. | Gregory Baka, AAG | |

| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|
| Aldan, Steven | Sablan, Bernadita | DP ~~Camacho, Mark~~ | CC ~~Crisostomo, Jerry~~ | PP ~~Reyes, Manuela~~ | Santos, Carl | DP ~~Pangelinan, Manuel~~ |
| | | | CC ~~Ogo, Marcelino~~ | | | |
| | | | Matagolai, Kimberly | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Palacios, Roman | PP ~~Behrens, Fe~~ | Tudela, James | CC ~~Kim, Yong~~ | Hocog, George | CC ~~Pangelinan, Keith~~ | Lisua, Mariano |
| | | | DP ~~Celis, Rita~~ | | PP ~~Sablan, Clarissa~~ | |

CODES: **CC** = *Challenge for Cause*  **DP** = *Defendant's Peremptory Challenge*  **PP** = *Plaintiff Peremptory Challenge*

Form NMI-CVJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| PP | Behrens, Fe | DP | Camacho, Mark |
| PP | Reyes, Manuela | DP | Pangelinan, Manuel |
| PP | Sablan, Clarissa | DP | Celis, Rita |