**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO**, ) | CIVIL CASE NO. 05-0043 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATED JURY** |
| **COMMONWEALTH OF THE** ) | **INSTRUCTIONS** |
| **NORTHERN MARIANA ISLANDS,** ) | |
| **DEPARTMENT OF PUBLIC LANDS,** ) | Date : December 4, 2006 |
| successor to the Marianas Public Lands ) | Time:  9:00 a.m. |
| Authority, and **DEPARTMENT OF** ) | |
| **PUBLIC WORKS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

COMES NOW the Parties, and stipulate and agree to the Jury Instructions attached herewith.

**IT IS SO STIPULATED AND AGREED**,

Dated: December 5, 2006         O'CONNOR BERMAN DOTTS & BANES
                                Attorneys for Plaintiff Antonio S. Camacho


                                By: _____/s/_____
                                    MICHAEL W. DOTTS (F0150)

1

| | |
|---|---|
| Dated: December 5, 2006 | Office of the Attorney General, CNMI<br>Attorneys for Defendants |
| | By: _____/s/_____<br>    GREGORY BAKA (F199) |

K:\1000\1600-01 Camacho\PL\draft\Stipulated Jury Instructions-061205-jom.doc

2