IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO ) | CIVIL CASE NO. 05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | SPECIAL VERDICT FORM |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| DEPARTMENT OF PUBLIC LANDS, ) | Date : December 4, 2006 |
| successor to the Marianas Public Lands ) | Time:  9:00 a.m. |
| Authority, and DEPARTMENT OF ) | |
| PUBLIC WORKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

We the jury, are unanimous in our answers to the following questions:

1. Do you find that part of Plaintiff's property was taken before March 24, 1976 so as to justify valuation as of that date?

❑ Yes, some property was taken before March 24, 1976.

❑ No, all the property was taken in the early 1990's.

*If your answer to this first question was "No," skip to question 4. If your answer was "Yes," you must answer the following two (2) questions in addition to questions 4 through 7.*

1

     2.    Having found that part of Plaintiff's property was taken before March 24, 1976, we find that the amount of land taken before March 24, 1976 was:

    ❑ a 20-foot right-of-way (487.5 square meters)

    ❑ a 16-foot right-of-way (390 square meters)

    ❑ a 12-foot right-of-way (292.5 square meters)

*Note: Pick only one Box*

     3.    For the balance of taking, we find that the property was taken on:

    ❑ September 14, 1994

    ❑ February 28, 1992

     4.    We find that the fair market value of the land taken from the Plaintiff before March 24, 1976 is:

    ❑  $4.00 per square meter

    ❑  $5.00 per square meter

    ❑  $_____ per square meter

*Note: Pick only one Box.*

5. We find that the fair market value of Plaintiff's land during the later taking is:

☐ $54.00 per square meter

☐ $73.00 per square meter

☐ $93.00 per square meter

☐ $95.00 per square meter

☐ $101.40 per square meter

☐ $104.76 per square meter

☐ $_____ per square meter

*Note: Pick only one Box.*

6. We find that the interest rate that should be applied to compensate the Plaintiff is:

☐ 3%

☐ 6%

☐ 9%

☐ 12%

☐ 15%

☐ 18%

☐ 24%

☐ ____%

3

7.     Finally, we find that the interest rate should be:

❑ Straight (simple)

❑ Compound (annual)

❑ Compound (daily)

*Note: Pick only one Box.*

This verdict is unanimous.

Attested to this _____ day of December, 2006.

_____
                                                                          Foreperson

K:\1000\1600-01 Camacho\PL\draft\Special Verdict Form-061205-jom.doc