# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0043                                                       December 5, 2006
                                                                 9:15 a.m.


### ANTONIO S. CAMACHO -vs- CNMI, et al


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Michael Dotts, Attorney for Plaintiff
                George Hasselbach, Attorney for Plaintiff
                Gregory Baka, Deputy AG for the CNMI Government
                Antonio S. Camacho, Plaintiaff


PROCEEDINGS:    JURY TRIAL - Day Two

Plaintiff was represented by Attorneys Michael Dotts and George Hasselbach. Defense was represented by Deputy Attorney General, Gregory Baka. Eight jurors were present.

Deputy Attorney General Baka continued with the CX of witness Vicente M. Sablan. Defense moved to admit **Ex. F** into evidence; no objection, Court so ordered. Defense moved to admit **Ex. J** into evidence; no objection, Court so ordered. Defense moved to admit **Ex. M** into evidence; no objection, Court so ordered.

Court recessed for morning break at 10:20 a.m. and reconvened at 10:45 p.m.

Attorney Dotts began RDX of witness Sablan. Plaintiff moved to admit **Ex. 37** into evidence; no objection, Court so ordered. Deputy Attorney General Baka began RCX at 11:05 a.m. Defense moved **Plaintiff's Ex. 3** into evidence; no objection, Court so ordered.

Attorney Dotts addressed the jurors and made a statement regarding a stipulation as to the normal process as to the taking of public land.

Witness Sablan was excused at 11:20 a.m.

Court recessed for lunch at 11:20 a.m. and reconvened at 1:05 p.m.

Plaintiff called witness:

**ROGER SLATER** (Public Accountant). DX by Attorney Hasselback. Attorney Hasselback moved to qualify the witness as an "expert witness" in the field of economic damages. Court so ordered. Plaintiff moved to admit **Ex. 6** into evidence; no objection, Court so ordered. Deputy Attorney General Baka began CX of witness Slater at 1:45 p.m. Attorney Hasselback conducted RDX at 1:55 p.m. Witness was excused at 1:56 p.m.

Plaintiff called witness:

**ANTONIO S. CAMACHO** (Plaintiff). DX. Plaintiff moved to admit **Ex. 38** into evidence; no objection, Court so ordered. Plaintiff moved to admit photographs **Ex. 34.1, 34.2, 34.3, 34.5, 34.6 and 34.7** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 1** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 2** into evidence; no objection, Court so ordered.

Court recessed for afternoon break at 2:30 and reconvened at 2:55 p.m.

Attorney Dotts continued with DX of witness Camacho. Plaintiff moved to admit **Ex. 4** into evidence; no objection, Court so ordered. Plaintiff moved to admit **Ex. 30, 30a, 30b, and 30c** into evidence; no objection, Court so ordered. Deputy Attorney General Baka began CX of witness Camacho. Defense moved to admit **Ex. G** into evidence; no objection, Court so ordered. Witness was excused at 3:35 p.m.

Plaintiff rested their case.

Court recessed at 3:37p.m. and reconvened at 3:55 p.m.

Deputy Attorney General Baka began opening argument for the Defense at 3:56 p.m. and finished at 4:02 p.m.

Defense called witness:

**MITCHELL K. AARON** (Appraiser, former MPLA and DPL). DX. Deputy Attorney General Baka moved to qualify the witness as an "expert witness" in the field of real estate appraisal. Court so ordered.

Court excused the jurors at 4:30 p.m. and ordered that they return tomorrow at 9:00 a.m. to continue with the trial.

Court had discussion with the parties regarding the jury instructions.

Adjourned at 4:35 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy