# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0043                                                                December 6, 2006
                                                                          9:10 a.m.

### ANTONIO S. CAMACHO -vs- CNMI, et al

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Michael Dotts, Attorney for Plaintiff
                George Hasselback, Attorney for Plaintiff
                Gregory Baka, Deputy AG for the CNMI Government
                Antonio S. Camacho, Plaintiff

PROCEEDINGS:    JURY TRIAL - Day Three

Plaintiff was represented by Attorneys Michael Dotts and George Hasselback. Defense was represented by Deputy Attorney General, Gregory Baka. Eight jurors were present.

Deputy Attorney General Baka continued with the DX of witness Mitchell K. Aaron. Defense moved to admit **Ex. K** into evidence; no objection, Court so ordered.

Court recessed for morning break at 10:05 a.m. and reconvened at 10:25 a.m.

Attorney George Hasselback began CX of witness Mitchell K. Aaron. Plaintiff's moved to admit **Ex. 20 and 39** into evidence; no objection, Court so ordered. Deputy Attorney General Baka began RDX at 11:00 a.m. Witness was excused at 11:25 a.m.

Court recessed at 11:25 a.m. for lunch and reconvened at 1:15 p.m.

Defense called witness:

**RAMON S. SALAS**. (Deputy Director, DPL). DX. CX. RDX.

Court recessed at 2:05p.m. and reconvened at 2:25 p.m.

Outside the presence of the jury, parties stipulated to admit Ex.17 into evidence. Court so ordered.

Jurors were brought into the Courtroom and advised that **Ex. 17** was admitted into evidence by stipulation.

Defense rested. No rebuttal.

Court recessed at 3:00 p.m. and reconvened at 3:20 p.m.

Plaintiff began their closing arguments at 3:25 p.m. and finished at 4:30 p.m. Defense began their closing argument at 4:30 p.m. and finished at 4:55 p.m. Plaintiff began final closing argument at 4:55 p.m. and concluded at 5:05 p.m.

Jurors were excused for the evening and ordered to return at 8:00 a.m. tomorrow morning to continue the trial.

Adjourned at 5:15 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy