AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| Antonio S. Camacho -vs- Commonwealth of the Northern Mariana Islands | | **District Court** <br> Northern Mariana Islands |
| **Plaintiff's Attorney** <br> Michael Dotts, Esq. and George Hasselback, Esq. | **Defendant's Attorneys** <br> Gregory Baka, AAG | **Docket Number:** CV-05-0043 <br> **Trial Date(s):** December 4 - 6, 2006 |
| **Presiding Judge** <br> Alex R. Munson, Chief Judge | **Court Reporter** <br> Sanae Shmull | **Courtroom Deputy** <br> K. Lynn Lemieux |

| PTF NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| **W1** | | 12/04/06 | | | **JULITA S. CAMACHO** |
| 36 | | 12/04/06 | 12/04/06 | 12/04/06 | Map of property in Gualo Rai |
| **W2** | | 12/04/06 | | | **JUAN CASTRO** |
| 8 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 1007/75 |
| 12 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2006/84 |
| 13 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2099/84 |
| 14 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2146/86 |
| 15 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2140/87 |
| 19a | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2182/94 |
| 19b | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2183/94 |
| **W3** | | 12/04/06 | | | **VICENTE M. SABLAN** |
| 5a | | 12/04/06 | 1204/06 | 12/04/06 | Vicente M. Sablan's expert report dated March 17, 2004 |
| 27 | | 12/04/06 | 12/04/06 | 12/04/06 | MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties. |
| 28 | | 12/04/06 | 12/04/06 | 12/04/06 | Vicente M. Sablan's appraisal report of Lot 1877-1-R/W |
| 33 | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appriasal Report of Lot 1849-1-4-1R/W prepared for MPLA for MRT Corporation |
| 21 | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W & Lot 1849-1-4-2-2R/W prepared for MPLA by MRT Corporation |
| 25 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruka Tudela |
| 32 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Ray Anthony Cabrera) |
| 22 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Jose and Soledad Muna) |
| | F | 12/05/06 | 12/05/06 | 12/05/06 | Chapter 145-40 Land Compensation Claims Rules and Regulations |
| | J | 12/05/06 | 12/05/06 | 12/05/06 | Memorandum from MPLA Appraiser Reviewer Mitchel K. Aaron re: Lot 1877-4R/W (May 17, 2004) |
| | M | 12/05/06 | 12/05/06 | 12/05/06 | Appraisal Standards Board - Ethics Rules |
| 37 | | 12/05/06 | 12/05/06 | 12/05/06 | Summary Appraisal Report of Lot 1877-4R/W dated March 6, 2003 |
| 3 | | 12/05/06 | 12/05/06 | 12/05/06 | (Moved into evidence by Defense) Letter from Gov. Babauta to MPLA dated 12/12/2002 |
| **W4** | | 12/05/06 | | | **ROGER SLATER** |
| 6 | | 12/05/06 | 12/05/06 | 12/05/06 | Grant Thorton's Roger Slater expert report |
| **W5** | | 12/05/06 | | | **ANTONIO S. CAMACHO** |
| 34 | | 12/05/06 | 12/05/06 | 12/05/06 | Photographs (34.1, 34.2 , 34.3, 34.4, 34.5, 34.6, 34.7) |
| 38 | | 12/05/06 | 12/05/06 | 12/05/06 | Map - marked by Antonio Camacho |
| 35 | | 12/05/06 | 12/05/06 | 12/05/06 | Asphalt Rock |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/05/06 | 12/05/06 | 12/05/06 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, |
| 2 | | 12/05/06 | 12/05/06 | 12/05/06 | Acknowledgment and Authorization |
| 4 | | 12/05/06 | 12/05/06 | 12/05/06 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 30a | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30b | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30c | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| | G | 12/05/06 | 12/05/06 | 12/05/06 | Governor's Certification Letter, Lot 1877-4R/W (July 12, 2001) |
| | W1 | 12/05/06 | | | **MITCHELL K. AARON** |
| | K | 12/06/06 | 12/06/06 | 12/06/06 | Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron |
| 20 | | 12/06/06 | 12/06/06 | 12/06/06 | MPLA's October 27, 2005 Re: Review of Appraisal Reports for Gualo Rai Lots |
| 39 | | 12/06/06 | 12/06/06 | 12/06/06 | Response to Comments on Lot |
| | W2 | 12/06/06 | | | **RAMON S. SALAS** |
| 17 | | 12/06/06 | 12/06/06 | 12/06/06 | Map of Gualo Rai Road (with green marks made by Juan Castro). (Admitted by Stipulation) |
| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | |