CV 05 - 0043

Received
12-7-06
11:03 a.m.
DEC. 07, '06
*[signature]*

YOUR HONOR,

WE, THE JURY, ARE REQUESTING FOR A CALCULATER.

THANK YOU.

FILED
~~Clerk~~
District Court

DEC - 7 2006

~~For The Northern Mariana Islands~~
By_____
(Deputy Clerk)

*[signature]*
FOREPERSON

Rman S. Palacios

12-7-06
YOU WILL RECEIVE A CALCULATOR AFTER AM LUNCH. 11:28
PLEASE RETURN THIS NOTE TO THE MARSHAL.
*[signature]*