F I L E D
Clerk
District Court

DEC -7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | CIVIL CASE NO. 05-0043 |
| Plaintiff, ) | |
| vs. ) | SPECIAL VERDICT FORM |
| COMMONWEALTH OF THE ) NORTHERN MARIANA ISLANDS, ) DEPARTMENT OF PUBLIC LANDS, ) successor to the Marianas Public Lands ) Authority, and DEPARTMENT OF ) PUBLIC WORKS, ) | Date : December 4, 2006 Time: 9:00 a.m. |
| Defendants. ) | |

We the jury, are unanimous in our answers to the following questions:

1.   Do you find that part of Plaintiff's property was taken before March 24, 1976 so as to justify valuation as of that date?

☐  Yes, some property was taken before March 24, 1976.

☒  No, all the property was taken in the early 1990's.

*If your answer to this first question was "No," skip to question 4. If your answer was "Yes," you must answer the following two (2) questions in addition to questions 4 through 7.*

1

2.  Having found that part of Plaintiff's property was taken before March 24, 1976, we find that the amount of land taken before March 24, 1976 was:

☐ a 20-foot right-of-way (487.5 square meters)

☐ a 16-foot right-of-way (390 square meters)

☐ a 12-foot right-of-way (292.5 square meters)

*Note: Pick only one Box*

3.  We find that the fair market value of the land taken from the Plaintiff before March 24, 1976 is:

☐ $4.00 per square meter

☐ $5.00 per square meter

☐ $_____ per square meter

*Note: Pick only one Box.*

4.  For the balance of taking, we find that the property was taken on:

☐ September 14, 1994

☒ February 28, 1992

2

5.  We find that the fair market value of Plaintiff's land during the later taking is:

    ☐ $54.00 per square meter

    ☐ $73.00 per square meter

    ☐ $93.00 per square meter

    ☒ $95.00 per square meter

    ☐ $101.40 per square meter

    ☐ $104.76 per square meter

    ☐ $_____ per square meter

Note: Pick only one Box.

6.  We find that the interest rate that should be applied to compensate the Plaintiff is:

    ☐ 3%

    ☒ 6%

    ☐ 9%

    ☐ 12%

    ☐ 15%

    ☐ 18%

    ☐ 24%

    ☐ ____%

7. Finally, we find that the interest rate should be:

❏ Straight (simple)

☒ Compound (annual)

❏ Compound (daily)

*Note: Pick only one Box.*

This verdict is unanimous.

Attested to this __7th__ day of December, 2006.

_____
Foreperson

4