# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-0043                                                                                   December 7, 2006
                                                                                                         8:05 a.m.

### ANTONIO S. CAMACHO -vs- CNMI, et al

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Michael Dotts, Attorney for Plaintiff
                George Hasselback, Attorney for Plaintiff
                Gregory Baka, Deputy AG for the CNMI Government
                Antonio S. Camacho, Plaintiff

PROCEEDINGS:    JURY TRIAL - Day Four - (Deliberation-Verdict)

Plaintiff was represented by Attorneys Michael Dotts and George Hasselback. Defense was represented by Deputy Attorney General, Gregory Baka. Eight jurors were present.

Court read jury instructions to the Court. Jurors took the case at 8:45 a.m. and began deliberation.

Court recessed at 8:45 a.m.

Court received a note at 11:05 a.m. from the jurors and all parties were called to the Court.

Court reconvened, outside the presence of the jury, at 11:20 a.m. Court informed the parties that the jury has sent out a note requesting a calculator. Parties stated that they had no objection. Court so noted and stated that a calculator would be sent in to them.

Court recessed at 11:25 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned at 12.47 p.m.

At 2:38 p.m. the Court received a note from the jury that they had reached a verdict. All parties were called to return to the Court.

Court reconvened at 3:05 p.m.

Jurors were brought into the Courtroom and the Court inquired of the foreperson the jury had reached a verdict and whether the verdict form was signed and dated. The foreperson replied in the affirmative.

The verdict was read and recorded as follows, "*In the United States District Court for the Commonwealth of the Northern Mariana Islands, Civil Case No. 05-0043, Antonio S. Camacho -vs- Commonwealth of the Northern Mariana Islands, Department of Public Lands, successor to the Marianas Public Lands Authority, and Department of Public Works. We the jury, are unanimous in our answers to the following questions: 1) Do you find that part of Plaintiff's property was taken before March 24, 1976 so as to justify valuation as of that date? Answer: No, all the property was taken in the early 1990's. 4) For the balance of taking, we find that the property was taken on; Answer: February 28, 1992. 5) We find that the fair market value of Plaintiff's land during the later taking is: Answer: $95.00 per square meter. 6) We find the interest rate that should be applied to compensate Plaintiff is: Answer: 6%; 7) Finally, we find that the interest rate should be:
Answer: Compound (annual). The verdict is unanimous. Attested to this 7th day of December, 2006. Signed by the Jury Foreperson.*"

Jurors were thanked and excused.

No motions from either party.

                                            Adjourned at 3:15 p.m.

                                        /s/K. Lynn Lemieux, Courtroom Deputy