FILED
Clerk
District Court

12/07/06
02:35 pm

DEC - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Judge Munson,

We the jury came into a unanimous decision on the Civil Case No. 05-0043.

_____
Foreperson
ROMAN S. PALACIOS

Received a[t] R M
12-7-06
2:38 pm
Alex R Munson