```
                                            F I L E D
                                               Clerk
                                           District Court

                                            DEC - 8 2006

                                       For The Northern Mariana Islands
                                       By_____
                                                (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO | ) | CIVIL CASE NO. 05-0043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The jury having returned a Special Verdict on December 7, 2006, hereby enters judgment, in favor of the Plaintiff and against the Defendants, in the amount of $239,397.00.

Entered, this ___ day of December, 2006.

                                          _____
                                          Hon. Alex R. Munson

1  Approved as to Form:
2
3
   /s/
4  Michael W. Dotts, Esq.
   For the Plaintiff
5
6
   /s/
7  Gregory Baka, Esq.
8  For the Defendant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                              2
28



| | | |
|---|---|---|
| "O'Connor Berman Dotts & Banes" <attorneys@saipan.com> 12/08/2006 10:06 AM | To | "Michelle Macaranas (USDC)" <Michelle_Macaranas@nmid.uscourts.gov> |
| | cc | |
| | bcc | |
| | Subject | Camacho v. CNMI et al; CV 05-0043 - Proposed Judgment |

Dear Michelle:

Attached is the proposed Judgment in the above case. Mr. Baka approved it as to form but Mr. Baka is not available to sign an original today.

Michael W. Dotts

**Confidentiality Notice**: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

Judgment-061207-rcr.doc