IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO, | ) | CIVIL ACTION 05-0043 |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| -v- | ) | |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS, | ) | |
| Defendants. | ) | |

This action came before the Court for a trial by jury. Plaintiff appeared with his attorney Michael W. Dotts, Esq. Defendants appeared with their attorney Gregory Baka, Assistant Attorney General, CNMI.

The issues have been tried and the jury has rendered its special verdict.

IT IS ORDERED AND ADJUDGED that Plaintiff Antonio S. Camacho recover from Defendants Commonwealth of the Northern Mariana Islands, Department of Public Lands, successor to the Mariana Public Lands Authority, and Department of Public Works, the amount

AO 72
(Rev. 08/82)

of $239,397.00.  Plaintiff shall also recover costs of suit pursuant to 28 U.S.C.§1920.

Dated this 8th day of December, 2006.

_____
Hon. Alex R. Munson, Chief Judge