**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **ANTONIO S. CAMACHO** ) | **CIVIL CASE NO. 05-0043** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **COMMONWEALTH OF THE** ) | **PLAINTIFF'S BILL OF COSTS** |
| **NORTHERN MARIANA ISLANDS,** ) | |
| **DEPARTMENT OF PUBLIC LANDS,** ) | |
| **successor to the Marianas Public Lands** ) | |
| **Authority, and DEPARTMENT OF** ) | |
| **PUBLIC WORKS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Plaintiff and prevailing party Antonio S. Camacho ("Mr. Camacho") hereby submits, pursuant to 28 U.S.C. § 1920 and Rule 54 of the Federal Rules of Civil Procedure, his bill of costs incurred and taxable to the Defendants in the above-captioned matter. In support of this bill of costs, Mr. Camacho shows the Court the following:

1. Plaintiff Mr. Camacho brought this action against the Defendants, asserting claims for a taking of private property without just compensation in violation of the United States and CNMI's Constitutions.

2. These claims proceeded to a trial by jury on December 4, 2006. On December 7, 2006 the jury returned a Special Verdict against the Defendants and in favor of the Plaintiff.

On December 8, 2006, this Court entered judgment in conformance with the jury's Special Verdict in the amount of $239,397.00.

    3.  Mr. Camacho is therefore a prevailing party, and is entitled to an award of costs as a matter of course.

    4.  The declaration of counsel for Mr. Camacho is attached, showing, pursuant to 28 U.S.C. § 1924, that the undersigned has knowledge of the facts; that the items of cost are correct and were necessarily incurred in this case; and that the items of services for which costs are sought were actually and necessarily performed.[1]

    5.  The costs include:

- Witness Fees pursuant to 28 U.S.C. § 1920(3) and 28 U.S.C. § 1821 in the amount of $412.04.[2]
- Copying Fees pursuant to 28 U.S.C. § 1920(4) in the amount of $1093.00.[3]
- Fees associated with the production of trial exhibits pursuant to 28 U.S.C. § 1920 in the amount of $4260.00.[4]
- Filing fees and other costs associated with bringing suit pursuant to 28 U.S.C. § 1920 in the amount of $372.50.[5]
- Fees for copying, fax transmissions, phone usage, word processing, mileage, postage and electronic research pursuant to 28 U.S.C. § 1920 in the amount of $585.80.[6]

In total, these costs amount to $6723.34.[7]

---

[1] Declaration of Counsel attached hereto as "Exhibit A."
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *Id.*
[6] *Id.*
[7] *Id.*

Respectfully submitted this 18th day of December, 2005.

                        O'CONNOR BERMAN DOTTS & BANES,

                        Attorneys for Antonio S. Camacho

                        By: /s/_____
                                George L. Hasselback

K:\1000\1600-01 Camacho\PL\draft\VerdicFormNo2-061201-rga.doc