**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO**,<br><br>  Plaintiff,<br><br>  vs.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS,**<br><br>  **Defendants.** | **CIVIL CASE NO. 05-0043**<br><br><br><br><br>**DECLARATION IN SUPPORT OF BILL OF COSTS** |

    I, George L. Hasselback, declare under the penalty of perjury under the laws of the CNMI and the United States that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

    1.    I am an associate with the law firm of O'Conner, Berman, Dotts & Banes, attorneys of record for the Plaintiff in the above-captioned case. In that capacity, I directed our firm's accounting personnel to compile a list of the costs incurred in the prosecution of our client's case.

1

2. A summary of the costs incurred in this action is attached hereto as "Exhibit A."

3. A detailed breakdown of the costs and expenses incurred in this action is attached hereto as "Exhibit B."

4. A detailed breakdown of the costs incurred in the production of trial exhibits and in certain witness fees is attached hereto as "Exhibit C."

5. These costs total $6723.34.

6. I have knowledge of the facts of this case and that the items of cost as mentioned above are correct and were necessarily incurred in this case, and that the items of services for which costs are sought were actually and necessarily performed

Signed, this 18th Day of December, 2006 in Saipan, CNMI:

/s/ _____
George L. Hasselback

AffSuppBillCostss-121806-rga