# ANTONIO CAMACHO v MPLA
## SUMMARY OF COSTS
### Client# 1600-01

| Date | Total | Copying Fee Xerox | Fax Phone | Word Process | Mileage | Postage | Witness Fee | Westlaw Research | Trial Exhibits | Suit Costs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/04 | 4.65 | 0.90 | | 3.75 | | | | | | | |
| 05/31/04 | 451.05 | 303.30 | 36.50 | 108.75 | | | | | | 2.50 | Recorder's fee |
| 06/25/04 | 136.80 | | | | | | | 136.80 | | | |
| 06/30/04 | 83.43 | 19.80 | | 62.25 | 1.38 | | | | | | |
| 07/31/04 | 103.70 | 101.70 | 2.00 | | | | | | | | |
| 08/31/04 | 13.90 | 0.90 | 4.00 | 9.00 | | | | | | | |
| 09/30/04 | 85.85 | 77.85 | 8.00 | | | | | | | | |
| 10/31/04 | 33.22 | 12.15 | 3.50 | 16.67 | 0.90 | | | | | | |
| 01/31/05 | 41.40 | 41.40 | | | | | | | | | |
| 02/28/05 | 15.40 | 5.40 | | 10.00 | | | | | | | |
| 05/31/05 | 4.67 | | 0.50 | 4.17 | | | | | | | |
| 10/31/05 | 11.60 | 3.60 | 8.00 | | | | | | | | |
| 12/05/05 | 250.00 | | | | | | | | | 250.00 | Filing Fee-Complaint/Demand for Jury Trial |
| 12/31/05 | 28.05 | 22.95 | | | 5.10 | | | | | | |
| 01/31/06 | 2.78 | | 2.00 | | | 0.78 | | | | | |
| 02/28/06 | 2.00 | | 2.00 | | | | | | | | |
| 03/31/06 | 62.33 | 21.60 | 18.50 | 18.33 | 3.90 | | | | | | |
| 04/30/06 | 4.65 | | 2.15 | 2.50 | | | | | | | |
| 05/31/06 | 12.67 | | 5.17 | 7.50 | | | | | | | |
| 06/30/06 | 34.86 | 14.40 | 13.19 | 6.67 | 0.60 | | | | | | |
| 07/31/06 | 3.06 | | 3.06 | | | | | | | | |
| 08/31/06 | 11.25 | | 9.75 | | 1.50 | | | | | | |
| 09/30/06 | 12.33 | | 9.00 | 3.33 | | | | | | | |
| 10/31/06 | 0.47 | | 0.47 | | | | | | | | |
| 11/17/06 | 40.00 | | | | | | 40.00 | | | | Vicente Sablan |
| 11/27/06 | 80.00 | | | | | | 80.00 | | | | John Del Rosario/Alfonso Dela Cruz |
| 01/27/06 | 40.00 | | | | | | | | | 40.00 | Process Service Fee |
| 11/28/06 | 21.00 | 21.00 | | | | | | | | | |
| 11/30/06 | 580.18 | 446.05 | | 50.83 | 3.30 | | | | | 80.00 | Process Service Fee |
| 12/12/06 | 4,552.04 | | | | | | 292.04 | | 4,260.00 | | |
| | 6,723.34 | 1,093.00 | 127.79 | 303.75 | 16.68 | 0.78 | 412.04 | 136.80 | 4,260.00 | 372.50 | |