```
=================Selection Criteria==================
Date range        : 10/1/98 through  12/8/06
Slip numbers      :All
Timekeeper        :All
Client            :1600-01 Cont
Activity          :$Adjustment          :$Ads
                  :$Airfare             :$Book
                  :$Car Rental          :$Cash Advance
                  :$Certification       :$ColoredCopies
                  :$Corporate Kit       :$Depo. Cost
                  :$DHL                 :$Fax/Phonebills
                  :$Filing fee          :$Hotel Expenses
                  :$In Court/Hours      :$Incorporation
                  :$Invest. Srvc        :$JuryFee
                  :$Lawclerk's ser      :$Medical Record
                  :$Mileage             :$Out Court/Hour
                  :$Postage             :$Pouch
                  :$ProcessService      :$Prof. Fees
                  :$Recorder's Fee      :$Representation
                  :$Research            :$Trademarks
                  :$Transcript          :$Translation
                  :$Video Tape          :$Witness Fee
                  :$WordProcessing      :$Xerox Charges
Custom Fields     :All
Reference         :All
Slip status       :Open
Billing status    :All
Rate source       :All at level All
Bookmark slips    :Not checked
Hours             :All
Dollars           :All
Variance          :Not checked
```

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ............................6834 | | | | | |
| 3/11/04 Surveying Charges | | Emma 1600-01 Cont $Adjustment | | Qty 1 | Amount 400.00　　400.00 |
| ............................6835 | | | | | |
| 3/11/04 Appraisal - VM Sablan & Associates | | Emma 1600-01 Cont $Adjustment | | Qty 1 | Amount 900.00　　900.00 |

For time:  s=spent   u=unbillable  e=estimated   v=variance

```
Date / Start Time              Timekeeper
Reference                      Client                   Rate
Description            Slip#   Activity                 Level      Time        Total
```

........................6835  cont.


........................7460
4/30/04                        Emma
Xerox Charges                  1600-01 Cont                Qty      Amount
                               $Xerox Charges              1         0.90        0.90


........................7502
4/30/04                        Emma
Word Processing                1600-01 Cont                Qty      Amount
                               $WordProcessing             1         3.75        3.75


........................7836
5/31/04                        Emma
Word Processing                1600-01 Cont                Qty      Amount
                               $WordProcessing             1       108.75      108.75


........................7868
5/31/04                        Emma
Xerox Charges                  1600-01 Cont                Qty      Amount
                               $Xerox Charges              1       303.30      303.30


........................7894
5/31/04                        Emma
Fax/Phonebills                 1600-01 Cont                Qty      Amount
                               $Fax/Phonebills             1        36.50       36.50


........................7916
5/31/04                        Emma
Recorder's Fee                 1600-01 Cont                Qty      Amount
                               $Recorder's Fee             1         2.50        2.50

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| | ........8155 | | | | |
| 6/25/04<br>Professional Fees - Slater,<br>Nakamura & Co. | | Emma<br>1600-01 Cont<br>$Prof. Fees | Qty<br>1 | Amount<br>2453.78 | 2453.78 |
| | ........8158 | | | | |
| 6/25/04<br>Westlaw charges for May 2004 | | Emma<br>1600-01 Cont<br>$Adjustment | Qty<br>1 | Amount<br>136.80 | 136.80 |
| | ........8262 | | | | |
| 6/30/04<br>Xerox Charges | | Emma<br>1600-01 Cont<br>$Xerox Charges | Qty<br>1 | Amount<br>19.80 | 19.80 |
| | ........8289 | | | | |
| 6/30/04<br>Word Processing | | Emma<br>1600-01 Cont<br>$WordProcessing | Qty<br>1 | Amount<br>62.25 | 62.25 |
| | ........8348 | | | | |
| 6/30/04<br>Mileage | | Emma<br>1600-01 Cont<br>$Mileage | Qty<br>1 | Amount<br>1.38 | 1.38 |
| | ........8612 | | | | |
| 7/31/04<br>Fax/Phonebills | | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>2.00 | 2.00 |
| | ........8650 | | | | |
| 7/31/04<br>Xerox Charges | | Emma<br>1600-01 Cont<br>$Xerox Charges | Qty<br>1 | Amount<br>101.70 | 101.70 |

Case 1:05-cv-00043    Document 56-4    Filed 12/18/2006    Page 4 of 12

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| | 8650 | cont. | | | |
| 8/31/04 Xerox Charges | 8877 | Emma 1600-01 Cont $Xerox Charges | Qty 1 | Amount 0.90 | 0.90 |
| 8/31/04 Fax/Phonebills | 8903 | Emma 1600-01 Cont $Fax/Phonebills | Qty 1 | Amount 4.00 | 4.00 |
| 8/31/04 Word processing | 9055 | Emma 1600-01 Cont $WordProcessing | Qty 1 | Amount 9.00 | 9.00 |
| 9/30/04 Fax/Phonebills | 9346 | Emma 1600-01 Cont $Fax/Phonebills | Qty 1 | Amount 8.00 | 8.00 |
| 9/30/04 Xerox Charges | 9367 | Emma 1600-01 Cont $Xerox Charges | Qty 1 | Amount 77.85 | 77.85 |
| 10/31/04 Xerox Charges | 9770 | Emma 1600-01 Cont $Xerox Charges | Qty 1 | Amount 12.15 | 12.15 |

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| | .........9787 | | | | |
| 10/31/04<br>Fax/Phonebills | | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>3.50 | 3.50 |
| | .........9816 | | | | |
| 10/31/04<br>Mileage | | Emma<br>1600-01 Cont<br>$Mileage | Qty<br>1 | Amount<br>0.90 | 0.90 |
| | .........9999 | | | | |
| 10/31/04<br>Word Processing | | Emma<br>1600-01 Cont<br>$WordProcessing | Qty<br>1 | Amount<br>16.67 | 16.67 |
| | .........11067 | | | | |
| 1/31/05<br>Xerox Charges | | Emma<br>1600-01 Cont<br>$Xerox Charges | Qty<br>1 | Amount<br>41.40 | 41.40 |
| | .........11492 | | | | |
| 2/28/05<br>Xerox Charges-February | | Emma<br>1600-01 Cont<br>$Xerox Charges | Qty<br>1 | Amount<br>5.40 | 5.40 |
| | .........11534 | | | | |
| 2/28/05<br>Word Processing-February | | Emma<br>1600-01 Cont<br>$WordProcessing | Qty<br>1 | Amount<br>10.00 | 10.00 |
| | .........13078 | | | | |
| 5/31/05<br>Fax/Phonebills-may | | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>0.50 | 0.50 |

For time:  s=spent   u=unbillable   e=estimated   v=variance

```
Date / Start Time              Timekeeper
Reference                      Client                Rate
Description           Slip#    Activity              Level      Time         Total
```

..........................13078  cont.


..........................13287
 5/31/05                        Emma
Word Processing-May             1600-01 Cont             Qty      Amount
                                $WordProcessing           1        4.17         4.17


..........................15605
10/31/05                        Emma
Xerox Charges                   1600-01 Cont             Qty      Amount
                                $Xerox Charges            1        3.60         3.60


..........................15620
10/31/05                        Emma
Fax/Phonebills                  1600-01 Cont             Qty      Amount
                                $Fax/Phonebills           1        8.00         8.00


..........................16639
 12/5/05                        Emma
Filing fee - complaint &        1600-01 Cont             Qty      Amount
demand for jury trial           $Filing fee               1      250.00       250.00
(boh5532)


..........................16858
12/31/05                        Emma
Mileage                         1600-01 Cont             Qty      Amount
                                $Mileage                  1        5.10         5.10


..........................16891
12/31/05                        Emma
Xerox Charges                   1600-01 Cont             Qty      Amount
                                $Xerox Charges            1       22.95        22.95

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| 1/31/06<br>Fax/Phonebills | 17764 | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>2.00 | 2.00 |
| 1/31/06<br>Postage | 18020 | Emma<br>1600-01 Cont<br>$Postage | Qty<br>1 | Amount<br>0.78 | 0.78 |
| 2/28/06<br>Fax/Phonebills | 18866 | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>2.00 | 2.00 |
| 3/31/06<br>Xerox Charges | 20361 | Emma<br>1600-01 Cont<br>$Xerox Charges | Qty<br>1 | Amount<br>21.60 | 21.60 |
| 3/31/06<br>Word Processing | 20429 | Emma<br>1600-01 Cont<br>$WordProcessing | Qty<br>1 | Amount<br>18.33 | 18.33 |
| 3/31/06<br>Fax/Phonebills | 20499 | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>18.50 | 18.50 |
| 3/31/06<br>Mileage | 20631 | Emma<br>1600-01 Cont<br>$Mileage | Qty<br>1 | Amount<br>3.90 | 3.90 |

Case 1:05-cv-00043    Document 56-4    Filed 12/18/2006    Page 8 of 12

For time:  s=spent   u=unbillable   e=estimated   v=variance

```
Date / Start Time              Timekeeper
Reference                      Client                Rate
Description            Slip#   Activity              Level      Time       Total
```

..........................20631  cont.


..........................22081
4/30/06                        Emma
Word Processing                1600-01 Cont          Qty        Amount
                               $WordProcessing        1          2.50       2.50


..........................22133
4/30/06                        Emma
TNI charges - April            1600-01 Cont          Qty        Amount
                               $Adjustment            1          2.15       2.15


..........................23954
5/31/06                        Emma
Fax/Phonebills                 1600-01 Cont          Qty        Amount
                               $Fax/Phonebills        1          3.00       3.00


..........................24121
5/31/06                        Emma
Word Processing                1600-01 Cont          Qty        Amount
                               $WordProcessing        1          7.50       7.50


..........................24613
5/31/06                        Emma
TNI charges                    1600-01 Cont          Qty        Amount
                               $Adjustment            1          2.17       2.17


..........................25594
6/30/06                        Emma
Xerox Charges                  1600-01 Cont          Qty        Amount
                               $Xerox Charges         1         14.40      14.40

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ...........................25652 | | | | | |
| 6/30/06<br>Fax/Phonebills | | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>12.50 | 12.50 |
| ...........................26174 | | | | | |
| 6/30/06<br>Word Processing | | Emma<br>1600-01 Cont<br>$WordProcessing | Qty<br>1 | Amount<br>6.67 | 6.67 |
| ...........................26217 | | | | | |
| 6/30/06<br>TNI charges | | Emma<br>1600-01 Cont<br>$Adjustment | Qty<br>1 | Amount<br>0.69 | 0.69 |
| ...........................26263 | | | | | |
| 6/30/06<br>Mileage | | Emma<br>1600-01 Cont<br>$Mileage | Qty<br>1 | Amount<br>0.60 | 0.60 |
| ...........................27593 | | | | | |
| 8/9/06<br>Professional Fees - Grant<br>Thornton (boh6443) | | Emma<br>1600-01 Cont<br>$Prof. Fees | Qty<br>1 | Amount<br>1550.00 | 1550.00 |
| ...........................27834 | | | | | |
| 7/31/06<br>TNI charges | | Emma<br>1600-01 Cont<br>$Adjustment | Qty<br>1 | Amount<br>3.06 | 3.06 |
| ...........................29185 | | | | | |
| 8/31/06<br>Fax/Phonebills | | Emma<br>1600-01 Cont<br>$Fax/Phonebills | Qty<br>1 | Amount<br>8.50 | 8.50 |

For time:  s=spent   u=unbillable   e=estimated   v=variance

```
Date / Start Time              Timekeeper
Reference                      Client                  Rate
Description              Slip# Activity               Level      Time         Total
```

.........................29185 cont.


.........................29291
8/31/06                        Emma
Mileage                        1600-01 Cont                     Qty     Amount
                               $Mileage                          1       1.50         1.50


.........................29636
8/31/06                        Emma
TNI charges                    1600-01 Cont                     Qty     Amount
                               $Adjustment                       1       1.25         1.25


.........................30694
9/30/06                        Emma
Word Processing                1600-01 Cont                     Qty     Amount
                               $WordProcessing                   1       3.33         3.33


.........................30795
9/30/06                        Emma
Fax/Phonebills                 1600-01 Cont                     Qty     Amount
                               $Fax/Phonebills                   1       9.00         9.00


.........................31839
10/25/06                       Emma
Jury Fee - Grant Thornton      1600-01 Cont                     Qty     Amount
(BOH6741)                      $JuryFee                          1      62.50        62.50


.........................32407
10/31/06                       Emma
TNI charges                    1600-01 Cont                     Qty     Amount
                               $Adjustment                       1       0.47         0.47

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ...........................<br>11/17/06<br>Witness Fee (boh6813) | 33029 | Emma<br>1600-01 Cont<br>$Witness Fee | | Qty　Amount<br>1　　40.00 | 40.00 |
| ...........................<br>11/27/06<br>Process Service Fee - boh6834 | 33036 | Emma<br>1600-01 Cont<br>$ProcessService | | Qty　Amount<br>1　　40.00 | 40.00 |
| ...........................<br>11/27/06<br>Witness Fee (John Del Rosario & Alfonso Reyes Dela Cruz)- boh6837,3846) | 33037 | Emma<br>1600-01 Cont<br>$Witness Fee | | Qty　Amount<br>1　　80.00 | 80.00 |
| ...........................<br>11/28/06<br>Copying charges - boh 6851 | 33096 | Emma<br>1600-01 Cont<br>$Adjustment | | Qty　Amount<br>1　　21.00 | 21.00 |
| ...........................<br>11/30/06<br>Process Service Fee (boh6855) | 33100 | Emma<br>1600-01 Cont<br>$ProcessService | | Qty　Amount<br>1　　80.00 | 80.00 |
| ...........................<br>11/30/06<br>Word Processing | 33255 | Emma<br>1600-01 Cont<br>$WordProcessing | | Qty　Amount<br>1　　50.83 | 50.83 |
| ...........................<br>11/30/06<br>Xerox Charges | 33311 | Emma<br>1600-01 Cont<br>$Xerox Charges | | Qty　Amount<br>1　　430.65 | 430.65 |

Case 1:05-cv-00043　Document 56-4　Filed 12/18/2006

For time:  s=spent   u=unbillable  e=estimated    v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................ | 33311 | cont. | | | |
| ........................<br>11/30/06<br>Mileage | 33399 | Emma<br>1600-01 Cont<br>$Mileage | Qty<br>1 | Amount<br>3.30 | 3.30 |
| ........................<br>11/30/06<br>Copy fee | 33434 | Emma<br>1600-01 Cont<br>$Adjustment | Qty<br>1 | Amount<br>15.40 | 15.40 |

| GRAND TOTAL | | | | | |
|---|---|---|---|---|---|
| | | Timekeeper | | 0.00s | 0.00 |
| | | Client | | | 0.00 |
| | | Activity | | | 7537.58 |
| | | Billable | | | 7537.58 |
| | | Unbillable | | | 0.00 |