**Engagement Time and Expense (with memo)**

Engagement ID:     CAMACHO V. MPLA:LIT
Engagement Name: Camacho Land Taking Case Litigation Support
Contract Amount:    $ 0.00
Printed on:          12/12/2006

| Date | Emp ID | Description | A-Hrs | B-Hrs/Units | Bill Amt |
|---|---|---|---|---|---|
| **Services:** | | | | | |
| 6/19/2006 | RDS | LITIGATION SUPPORT<br>Reviewed previous files and began updating charts. | 2.00 | 2.00 | $250.00 |
| 6/20/2006 | RDS | Data research and began writing report. | 4.00 | 4.00 | $500.00 |
| 6/23/2006 | RDS | Wrote report. | 2.00 | 2.00 | $250.00 |
| 6/27/2006 | RDS | Wrote report. | 2.00 | 2.00 | $250.00 |
| 6/29/2006 | RDS | Reviewed reports requested by M. Dotts. | 1.50 | 1.50 | $187.50 |
| 6/30/2006 | DCH | Report Formatting. | 1.00 | 1.00 | $50.00 |
| 6/30/2006 | RDS | Completed report and transmitted to M. Dotts. | 0.50 | 0.50 | $62.50 |
| 9/18/2006 | RDS | Sent case numbers to M Dotts | 0.50 | 0.50 | $62.50 |
| 11/30/2006 | RDS | Meeting with M. Dotts, and Mr. Camacho. | 1.00 | 1.00 | $85.00 |
| 12/1/2006 | RDS | Preparation of Schedules | 2.50 | 2.50 | $312.50 |
| 12/2/2006 | RDS | Preparation of Schedules | 3.00 | 3.00 | $375.00 |
| 12/3/2006 | AIL | LITIGATION SUPPORT<br>Finalized schedules for trial exhibits, revised schedules based on new infomation given by O'Connor. | 12.00 | 12.00 | $660.00 |
| 12/3/2006 | RDS | LITIGATION SUPPORT<br>Preparation of new schedules for 1992 scenorios | 6.50 | 6.50 | $812.50 |
| 12/4/2006 | AIL | LITIGATION SUPPORT<br>Made additional revisions on exhibits, copied and sorted exhibits for the Jury. | 8.00 | 8.00 | $440.00 |
| 12/4/2006 | RDS | LITIGATION SUPPORT<br>Preparation of new schedules for 1992 scenorios | 8.00 | 8.00 | $1,000.00 |
| 12/5/2006 | AIL | LITIGATION SUPPORT<br>Prepare powerpoint presentation for closing argument. | 12.00 | 12.00 | $660.00 |
| 12/5/2006 | RDS | Trial prep and testimony | 8.00 | 8.00 | $1,000.00 |
| | | **Total Services** | **74.50** | **74.50** | **$6,957.50** |
| **Expenses:** | | | | | |
| 11/29/2006 | RDS | Lunch expenses | | 1.00 | $13.77 |
| 11/29/2006 | RDS | Lunch expenses | | 1.00 | $5.12 |
| 11/29/2006 | RDS | Travel | | 1.00 | $61.45 |
| 11/30/2006 | RDS | Lunch expenses | | 1.00 | $22.00 |
| 11/30/2006 | RDS | Lunch expenses | | 1.00 | $19.10 |
| 11/30/2006 | RDS | parking fee | | 1.00 | $1.33 |
| 12/5/2006 | RDS | Hotel stay | | 1.00 | $132.00 |

**Engagement Time and Expense (with memo)**

Engagement ID: **CAMACHO V. MPLA:LIT**
Engagement Name: Camacho Land Taking Case Litigation Support
Contract Amount: $ 0.00
Printed on: 12/12/2006

| Date | Emp ID | Description | A-Hrs | B-Hrs/Units | Bill Amt |
|---|---|---|---|---|---|
| 12/6/2006 | RDS | Lunch expenses | | 1.00 | $37.27 |
| | | Total Expenses | | 8.00 | $292.04 |

| Contract Amount | Contract Type | Status | | Grand Total: | $7,249.54 |
|---|---|---|---|---|---|
| $ 0.00 | Hourly | NA | | | |