F I L E D
Clerk
District Court

DEC 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | Civil Action No. 05-0043 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | ORDER AWARDING COSTS |
| COMMONWEALTH OF THE ) | TO PLAINTIFF IN THE |
| NORTHERN MARIANA ISLANDS, ) | AMOUNT OF $1,352.50 |
| et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

THIS MATTER is before the court on plaintiff's cost bill, submitted pursuant to 28 U.S.C. § 1920, and cases construing that statute. It is the duty of the party seeking costs to provide the court with information sufficiently detailed to allow it to determine for what reason the costs were incurred and whether or not the costs are allowed. Because much of the information submitted lacks the necessary

detail, the court allows only these costs:

1. Filing fee of $250.00;

2. Appraisal fee of $900.00;

3. Recorder's fee of $2.50;

4. Service of process fee of $120.00; and,

5. Witness fees of $80.00;

The court cannot tell from the submissions when the land survey was conducted, for what purpose the copies were made or how much was charged per copy, whether or not the word processing, postage, phone, and fax charges were something other than normal office overhead, whether or not the Westlaw charges from May of 2004 were related to this lawsuit (which was filed in late December of 2005), for what purpose "professional fees" were paid to Slater, Nakamura & Company and Grant Thornton, for whom mileage expense is sought, what "TNI charges" are, what "Jury Fee - Grant Thornton" means, and for whom the remaining $40.00 "witness fee" was incurred.

Accordingly, costs are awarded in the sum of $1,352.50.

DATED this 22nd day of December, 2006.

_____
ALEX R. MUNSON
Judge