F I L E D
Clerk
District Court

JAN - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MATTHEW T. GREGORY # F0205
   Attorney General
2  GREGORY BAKA # F0199
   Deputy Attorney General
3  OFFICE OF THE ATTORNEY GENERAL
   Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
4  Caller Box 10007, Capital Hill
   Saipan, MP 96950-8907
5  Telephone:    (670) 664-2341
   Fax:          (670) 664-2349
6  E-mail:       gbaka79@yahoo.com

7  Attorneys for Defendant-Appellants

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN MARIANA ISLANDS

11

12  ANTONIO S. CAMACHO,                    )   CIVIL ACTION NO. 05-0043
                                           )
13              )        Plaintiff-Appellee,   )
                                           )
14          vs.                            )
                                           )
15  COMMONWEALTH OF THE                    )   NOTICE OF APPEAL
    NORTHERN MARIANA ISLANDS,              )
16  MARIANAS PUBLIC LANDS                  )
    AUTHORITY,* successor to the Marianas  )
17  Public Lands Corp., and DEPARMENT      )
    OF PUBLIC WORKS,                       )
18                                         )
                Defendant-Appellants.      )
19  _____)

20

21

22  _____

23      *  Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at
    http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties
    assigned to the former Marianas Public Land Authority were assigned to its successor in
24  interest, the Department of Public Lands (DPL).  See Fed. R. Civ. P. 25(c) ("action may
    be continued by or against the original party, unless the court upon motion directs the
25  person to whom the interest is transferred to be substituted in the action").

1    **NOTICE IS HEREBY GIVEN** that the Commonwealth of the Northern

2    Mariana Islands (CNMI); the former Marianas Public Lands Authority (MPLA) through

3    its successor in interest, the Department of Public Lands (DPL); and the Department of

4    Public Works (DPW), who are all the defendants in the above named case, hereby appeal

5    to the United States Court of Appeals for the Ninth Circuit from the final judgment

6    entered in this action on Friday, 8 December 2006 and from an Order Granting Plaintiff's

7    Motion in Limine entered in this action on Friday, 1 December 2006.

8

9    Respectfully submitted,

10                                          OFFICE OF THE ATTORNEY GENERAL

11                                          MATTHEW T. GREGORY # F0205
                                            Attorney General

12

13   Dated:  Monday, 8 January 2007.

                                            _Gregory Baka_
14                                          GREGORY BAKA # F0199
                                            Deputy Attorney General

15                                          Attorneys for Defendant-Appellants CNMI,
                                                former MPLA (DPL), and DPW
16                                          Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
                                            Caller Box 10007, Capital Hill
17                                          Saipan, MP  96950-8907

18

19

20

21

22

23

24

25   n:\ . . . \gbaka\civil\land compensation\A.Camacho v. CNMI\notice.of.appeal.pld.wpd

                                            2