F I L E D
Clerk
District Court

JAN - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:   (670) 664-2341
Fax:         (670) 664-2349
E-mail:      gbaka79@yahoo.com

Attorneys for Defendant-Appellants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, | CIVIL ACTION NO. 05-0043 |
| Plaintiff-Appellee, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIANAS PUBLIC LANDS AUTHORITY,* successor to the Marianas Public Lands Corp., and DEPARMENT OF PUBLIC WORKS, | REPRESENTATION STATEMENT |
| Defendant-Appellants. | |

---

* Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties assigned to the former Marianas Public Land Authority were assigned to its successor in interest, the Department of Public Lands (DPL).  See Fed. R. Civ. P. 25(c) ("action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action").

1   **NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Appellate
2   Procedure 12(b) and Ninth Circuit Rule 3-2(b) that the Commonwealth of the Northern
3   Mariana Islands Office of the Attorney General (OAG) represents all the defendants in
4   the above named case, namely, the Commonwealth of the Northern Mariana Islands
5   (CNMI); the former Marianas Public Lands Authority (MPLA) through its successor in
6   interest, the Department of Public Lands (DPL); and the Department of Public Works
7   (DPW). The name, address, and telephone numbers of Defendant-Appellants' counsel is
8   as set forth above.

9   The Plaintiff-Appellee in this case is Antonio S. Camacho, whose counsel's name,
10  address, and telephone numbers are as follows.

11  Michael W. Dotts, Esq.
    George L. Hasselback, Esq.
12  O'Connor, Berman, Dotts & Banes
    Marianas Business Plaza, 2nd Floor
13  Nauru Loop, Susupe
    P. O. Box 501969
14  Saipan, MP 96950-1969
    Tel: (670) 234-5684
15  Fax: (670) 234-5683
    E-mail: attorneys@saipan.com
16

17  Respectfully submitted,

18  OFFICE OF THE ATTORNEY GENERAL

19  MATTHEW T. GREGORY # F0205
    Attorney General
20

21  Dated: Monday, 8 January 2007.
    _____
    GREGORY BAKA # F0199
22  Deputy Attorney General

23  Attorneys for Defendant-Appellants CNMI,
    former MPLA (DPL), and DPW
24

25  n:\...\gbaka\civil\land compensation\A.Camacho v. CNMI\representation.statement.pld.wpd