**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO**, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**COMMONWEALTH OF THE** )<br>**NORTHERN MARIANA ISLANDS,** )<br>**DEPARTMENT OF PUBLIC LANDS,** )<br>**successor to the Marianas Public Lands** )<br>**Authority, and DEPARTMENT OF** )<br>**PUBLIC WORKS,** )<br>)<br>**Defendants.** )<br>) | **CIVIL CASE NO. 05-0043**<br><br><br><br><br><br>**DECLARATION IN SUPPORT OF**<br>**MOTION TO AMEND JUDGMENT**<br>**AS TO COSTS** |

I, George L. Hasselback, declare under the penalty of perjury under the laws of the CNMI and the United States that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1.  I am an associate with the law firm of O'Conner, Berman, Dotts & Banes, attorneys of record for the Plaintiff in the above-captioned case. In that capacity, I was responsible for a significant portion of the pre-trial preparation of Plaintiff's expert witness Roger Slater.

1

2.     As part of my responsibilities, I conducted the final pre-trial preparation of Mr. Slater to include the preparation of demonstrative trial exhibits that were to be used in his direct examination and offered into evidence. These demonstrative trial exhibits included numerous schedules of calculations and, more importantly, summaries thereof. These schedules of calculations and summaries thereof were authenticated by Mr. Slater and entered into evidence without objection by Defendants.

3.     Furthermore, at my direction, Mr. Slater's staff incorporated these summaries into a power-point presentation that was presented to the jury.

4.     A detailed itemization of Mr. Slater's billing is attached hereto as "Exhibit A" (this was attached to counsel's declaration in support of the bill of costs as well). The billing from December 1, 2006 through December 5, 2006 represents the time spent on the preparation of the aforementioned trial exhibits that were entered into evidence. The total cost associated with the preparation of these exhibits was the amount prayed for in Plaintiff's original Bill of Costs: $4,260.00.

5.     I have knowledge of the facts of this case and that the items of cost as mentioned above are correct and were necessarily incurred in this case, and that the items of services for which costs are sought were actually and necessarily performed

Signed, this 9th day of January, 2007 in Saipan, CNMI:

/s/ _____
George L. Hasselback

AffSuppMotRecon-010907-glh

2