**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

```
ANTONIO S. CAMACHO,            )   APPEALS DOCKET NO. 07-15067
                               )   CIVIL ACTION NO. 05-0043
              Plaintiff,       )
                               )   December 1, 2006
         vs.                   )   Garapan, Saipan
                               )
COMMONWEALTH OF THE NORTHERN   )
MARIANA ISLANDS, DEPARTMENT OF )   REPORTER'S TRANSCRIPT
PUBLIC LANDS, successor to the )   OF DEFENDANT'S MOTION
Marianas Public Lands Authority, and) IN LIMINE
DEPARTMENT OF PUBLIC WORKS,    )
                               )
              Defendants.      )
                               )
_____)
```

FILED
Clerk
District Court

MAR 15 2007

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT and Jury
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:        Michael W. Dotts, Esq. and
                      George Hasselback, Esq.
                      O'CONNOR BERMAN DOTTS & BANES
                      P. O. Box 501969
                      Tel:(670) 234-5684/85
                      Fax:(670) 234-5683

For Defendants:       Gregory Baka
                      Deputy Attorney General
                      Office of the Attorney General
                      Juan A. Sablan Memorial Bldg., 2nd Floor
                      Caller Box 10007, CHRB
                      Saipan, MP  96950
                      Tel: (670) 664-2341
                      Fax: (670) 664-2349
                      attorneygeneral@saipan.com

Recorder:             Faye Crozat

Proceeding recorded with Lanier Advocate V recording device,
transcript produced by Official Court Reporter Sanae N. Shmull.