**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO**  Plaintiff-Appellee,  vs.  **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS,** successor to the Marianas Public Lands Authority, and **DEPARTMENT OF PUBLIC WORKS,**  Defendants-Appellants. | **CIVIL CASE NO. 05-0043**  **DECLARATION OF GEORGE L. HASSELBACK IN SUPPORT OF OPPOSITION TO CERTIFICATION AND MOTION FOR APPELLEE TO PAY FOR PORTIONS OF TRANSCRIPT AND CROSS-MOTION FOR DISMISSAL OF APPEAL**  Judge: Alex R. Munson  Date : April 5, 2007  Time: 9:00 a.m. |

I, George L. Hasselback, declare under the penalty of perjury that following is true and based on my personal knowledge.

1. I am an associate with the law firm of O'Connor, Berman, Dotts & Banes, the attorneys for the Plaintiff-Appellee in the above-captioned appeal.

2. Defendants-Appellants never served upon Plaintiff-Appellee notice of what portions of the trial transcript they would order prior to filing and serving a copy of their Transcript Designation and Ordering Form.

3. I contacted opposing counsel via email (a copy of which is attached hereto) informing them of this error and suggesting that they file an amended Transcript Designation and Ordering

1  Form. Opposing counsel responded by asserting that each party is to bear the costs of the
2  portions of the transcript that they desire. Counsel refused to file an amended Form.

4. Subsequently, opposing counsel filed the instant Motion. Plaintiff-Appellee has never been given the opportunity to include the portions of the transcript he deems necessary on the Transcript Designation and Ordering Form.

Dated this March 28, 2007,

_____/s/_____
George L. Hasselback.