# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0043                                                        April 5, 2007
                                                                  9:00 a.m.

### ANTONIO S. CAMACHO -vs- CNMI

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Michael Dotts, Attorney for Plaintiff
                Gregory Baka, Attorney for Defendants

PROCEEDINGS:    MOTION for APPELLEE to PAY FOR PORTIONS OF TRANSCRIPT

        Plaintiff was represented in court by Attorney Michael Dotts.  Defendants counsel
Deputy Attorney General Gregory Baka was present in the Courtroom.

        Deputy Attorney General Baka argued the motion.  Attorney Dotts argued on
behalf of the Plaintiff.

        Court, after hearing argument, took the matter under advisement and stated that
a written memorandum would be forthcoming.

                                Adjourned 9:15 a.m.

                                /s/ K. Lynn Lemieux, Courtroom Deputy