F I L E D
Clerk
District Court

APR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC LANDS AUTHORITY, et al.,<br><br>Defendants-Appellants. | Case No. CV-05-0043<br><br>**ORDER DENYING APPELLANTS' MOTION FOR APPELLEE TO PAY FOR PORTIONS OF TRANSCRIPT** |

**THIS MATTER** came before the court on April 5, 2007, on appellants' certification that portions of the transcript requested by appellee are unnecessary to the appeal and motion for appellee to pay for portions of the transcript. Certification Under Ninth Circuit Rule 10-3.1(d) and Motion For Appellee to Pay For Portions of Transcript, No. 63 (Mar. 9, 2007). Attorney Gregory Baka appeared on behalf of the appellants; attorney Michael W. Dotts appeared on behalf of the appellee.

**THE COURT**, having considered the arguments of the parties, **ORDERS** appellants to pay for all portions of the transcript.

By abiding to some Circuit Rules and disregarding others, appellants have frustrated the intentions of the local rules of the United States Court of Appeals for the Ninth Circuit and the Federal Rules of Appellate Procedure. Here, the appellants have circumvented the appellee's rights to order portions of the transcript by failing to "serve appellee with a notice specifying which portions of the transcript appellant[s] intend[] to order from the court reporter, as well as a statement

of the issues the appellant[s] intend[] to present on appeal" as required by Circuit Rule 10-3(a). This prevented the appellee from "serving on appellant a list of any additional portions of the transcript that appellee deems necessary to the appeal." Instead, the appellants ordered their transcript on February 26, 2007, and filed this certification on March 9, 2007. While portions of the transcript deemed relevant to the appellants have already been prepared, to this date, the court reporter has not been notified that the appellee has requested additional portions of the transcript although such notice is required by Circuit Rule 10-3.1(f), causing even further delay in the processing of the transcript order. Furthermore, because the appellants have not clearly explained the issues that they intend to present on appeal and because the appellants have failed to provide the appellee with a statement of the issues, the court and the appellee cannot determine the relevancy of the alleged unnecessary portions of the transcript.

**ACCORDINGLY, THE COURT** deems that the portions of the transcript requested by the appellee are not unnecessary. Furthermore, due to the appellants' unnecessary delay, **THE COURT ORDERS** the appellants to either pay for the entire transcript or provide to the appellee a statement of the issues that they intent to present on appeal and pay for all portions of the transcript that the appellee asserts are necessary. **THE COURT** notes that the transcript is considered ordered only after an order form listing all portions of the transcript requested by all parties have been submitted and payment arrangements by the appellants have been made with the court reporter or the district court has deemed that the portions of the transcripts requested by the appellee are unnecessary and the appellee has made financial arrangements. Circuit Rule 10-3.1(e).

**IT IS SO ORDERED.**

**DATED** this 5th day of April, 2007.

_/s/ Alex R. Munson_
ALEX R. MUNSON
U.S. District Court Chief Judge