(Rev. 08/02)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**FILED**
Clerk
District Court

APR 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## AMENDED TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __07-15067__   U.S. District Court Case No. Civ. __05-0043__

Short Case Title __Camacho v. Northern Mariana Islands__

Date Notice of Appeal Filed by Clerk of District Court __January 8, 2007__

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) | |
|---|---|---|---|
| | | Voir Dire | |
| | | Opening Statements | |
| | | Settlement Instructions | |
| | | Closing Arguments | |
| | | Jury Instructions | (already transcribed, paid for, |
| Dec. 1, 2006 | Sanae Shmull | Pretrial Proceedings  Mo. in Limine: | and delivered) |
| Dec. 4-6, 2006 | Sanae Shmull | Other (please specify)  Trial testimony | |

(1) Pl. Antonio S. Camacho, (2) Def. appraiser Mitch Aaron, (3) DPL Dpty Sec'y Ramon Salas

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☒ As ~~retained~~ employed counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order. on behalf of the CNMI

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __April 16, 2007__

Estimated date for completion of transcript _____

Type or Print Name __CNMI Deputy Attorney General Gregory Baka__

Signature of Attorney __Gregory Baka__   Phone Number __(670) 664-2341__

Address __Office of the Attorney General; Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.;__
           Caller Box 10007, Capital Hill; Saipan, MP 96950-8907

**NOTE:** This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS:**
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

**COPY ONE**