ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO, | ) | CIVIL DOCKET NO. 07-15067 |
| | ) | CIVIL ACTION NO. 05-0043 |
| Plaintiff, | ) | |
| | ) | December 5 & 6, 2006 |
| vs. | ) | Garapan, Saipan |
| | ) | |
| COMMONWEALTH OF THE NORTHERN | ) | |
| MARIANA ISLANDS, DEPARTMENT OF | ) | REPORTER'S PARTIAL TRANSCRIPT |
| PUBLIC LANDS, successor to the | ) | OF WITNESSES ANTONIO S. CAMACHO, |
| Marianas Public Lands Authority, | ) | AARON MITCHELL and RAMON SALAS |
| and DEPARTMENT OF PUBLIC WORKS, | ) | |
| | ) | |
| Defendants. | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT and Jury
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAY - 7 2007

For The Northern Maniana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:     Michael W. Dotts, Esq. and
                   George Hasselback, Esq.
                   O'CONNOR BERMAN DOTTS & BANES
                   P. O. Box 501969
                   Tel:(670) 234-5684/85
                   Fax:(670) 234-5683

For Defendants:    Gregory Baka
                   Deputy Attorney General
                   Office of the Attorney General
                   Juan A. Sablan Memorial Bldg., 2nd Floor
                   Caller Box 10007, CHRB
                   Saipan, MP  96950
                   Tel: (670) 664-2341
                   Fax: (670) 664-2349
                   attorneygeneral@saipan.com

SANAE N. SHMULL
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950-5128