**FILED**

UNITED STATES COURT OF APPEALS

AUG 27 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTONIO S. CAMACHO, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al., <br><br> Defendants - Appellants. | No. 07-15067 <br><br> D.C. No. CV-05-00043-AXM <br> District of the Northern Mariana Islands <br><br> ORDER |

**FILED**
Clerk
District Court

AUG 31 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The opening brief was due July 2, 2007. Court records do not indicate that appellants have filed the opening brief or a motion for an extension of time to do so. This case is dismissed under Ninth Cir. R. 42-1.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

Appellee's motion to dismiss is denied as unnecessary.

A TRUE COPY 8/27/07
ATTEST
CATHY CATTERSON
Clerk of Court
by:_____
   Deputy Clerk
This certification does constitute the mandate of the court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 8.20