F I L E D
Clerk
District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

OCT - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| ANTONIO S. CAMACHO | ) | CIVIL CASE NO. 05-0043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al., | ) | |
| | ) | |
| Defendants. | ) | |

George Hasselback
Attorney for Plaintiff
P.O. Box 501969
Saipan, MP 96950

Gregory Baka
Attorney for Defendant
Caller Box 10007
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __3rd_ day of __October__, 2007

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| Antonio S. Camacho -vs- Commonwealth of the Northern Mariana Islands | **District Court** <br> Northern Mariana Islands |

| **Plaintiff's Attorney** <br> Michael Dotts, Esq. and George Hasselback, Esq. | **Defendant's Attorneys** <br> Gregory Baka, AAG | **Docket Number:** CV-05-0043 <br> **Trial Date(s):** December 4 - 6, 2006 |
|---|---|---|
| **Presiding Judge** <br> Alex R. Munson, Chief Judge | **Court Reporter** <br> Sanae Shmull | **Courtroom Deputy** <br> K. Lynn Lemieux |

| PTF NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/04/06 | | | JULITA S. CAMACHO |
| 36 | | 12/04/06 | 12/04/06 | 12/04/06 | Map of property in Gualo Rai |
| W2 | | 12/04/06 | | | JUAN CASTRO |
| 8 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 1007/75 |
| 12 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2006/84 |
| 13 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2099/84 |
| 14 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2146/86 |
| 15 | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2140/87 |
| 19a | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2182/94 |
| 19b | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2183/94 |
| W3 | | 12/04/06 | | | VICENTE M. SABLAN |
| 5a | | 12/04/06 | 1204/06 | 12/04/06 | Vicente M. Sablan's expert report dated March 17, 2004 |
| 27 | | 12/04/06 | 12/04/06 | 12/04/06 | MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties. |
| 28 | | 12/04/06 | 12/04/06 | 12/04/06 | Vicente M. Sablan's appraisal report of Lot 1877-1-R/W |
| 33 | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appriasal Report of Lot 1849-1-4-1R/W prepared for MPLA for MRT Corporation |
| 21 | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W & Lot 1849-1-4-2-2R/W prepared for MPLA by MRT Corporation |
| 25 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruka Tudela |
| 32 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Ray Anthony Cabrera) |
| 22 | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Jose and Soledad Muna) |
| | F | 12/05/06 | 12/05/06 | 12/05/06 | Chapter 145-40 Land Compensation Claims Rules and Regulations |
| | J | 12/05/06 | 12/05/06 | 12/05/06 | Memorandum from MPLA Appraiser Reviewer Mitchel K. Aaron re: Lot 1877-4R/W (May 17, 2004) |
| | M | 12/05/06 | 12/05/06 | 12/05/06 | Appraisal Standards Board - Ethics Rules |
| 37 | | 12/05/06 | 12/05/06 | 12/05/06 | Summary Appraisal Report of Lot 1877-4R/W dated March 6, 2003 |
| 3 | | 12/05/06 | 12/05/06 | 12/05/06 | (Moved into evidence by Defense) Letter from Gov. Babauta to MPLA dated 12/12/2002 |
| W4 | | 12/05/06 | | | ROGER SLATER |
| 6 | | 12/05/06 | 12/05/06 | 12/05/06 | Grant Thorton's Roger Slater expert report |
| W5 | | 12/05/06 | | | ANTONIO S. CAMACHO |
| 34 | | 12/05/06 | 12/05/06 | 12/05/06 | Photographs (34.1, 34.2, 34.3, 34.4, 34.5, 34.6, 34.7) |
| 38 | | 12/05/06 | 12/05/06 | 12/05/06 | Map - marked by Antonio Camacho |
| 35 | | 12/05/06 | 12/05/06 | 12/05/06 | Asphalt Rock |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/05/06 | 12/05/06 | 12/05/06 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, |
| 2 | | 12/05/06 | 12/05/06 | 12/05/06 | Acknowledgment and Authorization |
| 4 | | 12/05/06 | 12/05/06 | 12/05/06 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 30a | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30b | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30c | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| | G | 12/05/06 | 12/05/06 | 12/05/06 | Governor's Certification Letter, Lot 1877-4R/W (July 12, 2001) |
| | W1 | 12/05/06 | | | MITCHELL K. AARON |
| | K | 12/06/06 | 12/06/06 | 12/06/06 | Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron |
| 20 | | 12/06/06 | 12/06/06 | 12/06/06 | MPLA's October 27, 2005 Re: Review of Appraisal Reports for Gualo Rai Lots |
| 39 | | 12/06/06 | 12/06/06 | 12/06/06 | Response to Comments on Lot |
| | W2 | 12/06/06 | | | RAMON S. SALAS |
| 17 | | 12/06/06 | 12/06/06 | 12/06/06 | Map of Gualo Rai Road (with green marks made by Juan Castro). (Admitted by Stipulation) |