F I L E D
Clerk
District Court

OCT - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO | ) | CIVIL CASE NO. 05-0043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: OCT. 05, 2007

Acknowledge by: _____ MELISSA CAMACHO
O'Connor Berman Dotts & Banes
P. O. Box 501969
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| Antonio S. Camacho -vs- Commonwealth of the Northern Mariana Islands | **District Court**<br>Northern Mariana Islands |
| **Plaintiff's Attorney**<br>Michael Dotts, Esq. and George Hasselback, Esq. | **Defendant's Attorneys**<br>Gregory Baka, AAG |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull |

Docket Number: CV-05-0043
Trial Date(s): December 4 - 6, 2006
Courtroom Deputy: K. Lynn Lemieux

| PTF NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/04/06 | | | JULITA S. CAMACHO |
| 36 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map of property in Gualo Rai |
| W2 | | 12/04/06 | | | JUAN CASTRO |
| 8 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 1007/75 |
| 12 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2006/84 |
| 13 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2099/84 |
| 14 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2146/86 |
| 15 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2140/87 |
| 19a ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2182/94 |
| 19b ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Map: DLS Check No. 2183/94 |
| W3 | | 12/04/06 | | | VICENTE M. SABLAN |
| 5a ✓ | | 12/04/06 | 1204/06 | 12/04/06 | Vicente M. Sablan's expert report dated March 17, 2004 |
| 27 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties. |
| 28 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Vicente M. Sablan's appraisal report of Lot 1877-1-R/W |
| 33 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W prepared for MPLA for MRT Corporation |
| 21 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W & Lot 1849-1-4-2-2R/W prepared for MPLA by MRT Corporation |
| 25 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruka Tudela |
| 32 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Ray Anthony Cabrera) |
| 22 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | Land Compensation Settlement Agreement (Jose and Soledad Muna) |
| | F | 12/05/06 | 12/05/06 | 12/05/06 | Chapter 145-40 Land Compensation Claims Rules and Regulations |
| | J | 12/05/06 | 12/05/06 | 12/05/06 | Memorandum from MPLA Appraiser Reviewer Mitchel K. Aaron re: Lot 1877-4R/W (May 17, 2004) |
| | M | 12/05/06 | 12/05/06 | 12/05/06 | Appraisal Standards Board - Ethics Rules |
| 37 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Summary Appraisal Report of Lot 1877-4R/W dated March 6, 2003 |
| 3 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | (Moved into evidence by Defense) Letter from Gov. Babauta to MPLA dated 12/12/2002 |
| W4 | | 12/05/06 | | | ROGER SLATER |
| 6 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Grant Thorton's Roger Slater expert report |
| W5 | | 12/05/06 | | | ANTONIO S. CAMACHO |
| 34 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Photographs (34.1, 34.2, 34.3, 34.4, 34.5, 34.6, 34.7) |
| 38 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map - marked by Antonio Camacho |
| 35 | | 12/05/06 | 12/05/06 | 12/05/06 | Asphalt Rock |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, |
| 2 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Acknowledgment and Authorization |
| 4 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 30a ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30b ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30c ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| | G | 12/05/06 | 12/05/06 | 12/05/06 | Governor's Certification Letter, Lot 1877-4R/W (July 12, 2001) |
| | W1 | 12/05/06 | | | MITCHELL K. AARON |
| | K | 12/06/06 | 12/06/06 | 12/06/06 | Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron |
| 20 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | MPLA's October 27, 2005 Re: Review of Appraisal Reports for Gualo Rai Lots |
| 39 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | Response to Comments on Lot |
| | W2 | 12/06/06 | | | RAMON S. SALAS |
| 17 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | Map of Gualo Rai Road (with green marks made by Juan Castro). (Admitted by Stipulation) |