F I L E D
Clerk
District Court

OCT 1 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANTONIO S. CAMACHO | ) | CIVIL CASE NO.  05-0043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| COMMONWEALTH OF THE | ) | |
| NORTHERN MARIANA ISLANDS | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

## AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 10/12, 2007

Acknowledge by:

CNMI Office of the Attorney General
Caller Box 10007, Capitol Hill
Saipan, MP 96950

Approved:

Ignacio C. Benavente
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| Antonio S. Camacho -vs- Commonwealth of the Northern Mariana Islands | | | | | **District Court**<br>Northern Mariana Islands |
|---|---|---|---|---|---|
| **Plaintiff's Attorney**<br>Michael Dotts, Esq. and George Hasselback, Esq. | | | **Defendant's Attorneys**<br>Gregory Baka, AAG | | **Docket Number:** CV-05-0043 |
| | | | | | **Trial Date(s):** December 4 - 6, 2006 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | | | **Court Reporter**<br>Sanae Shmull | | **Courtroom Deputy**<br>K. Lynn Lemieux |

| PTF NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/04/06 | | | JULITA S. CAMACHO |
| 36 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map of property in Gualo Rai** |
| W2 | | 12/04/06 | | | JUAN CASTRO |
| 8 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 1007/75** |
| 12 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2006/84** |
| 13 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2099/84** |
| 14 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2146/86** |
| 15 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2140/87** |
| 19a ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2182/94** |
| 19b ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Map: DLS Check No. 2183/94** |
| W3 | | 12/04/06 | | | VICENTE M. SABLAN |
| 5a ✓ | | 12/04/06 | 1204/06 | 12/04/06 | **Vicente M. Sablan's expert report dated March 17, 2004** |
| 27 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **MPLA's July 26, 2004 Letter to Vicente M. Sablan re: Notice to Proceed conducting appraisal of Gualo Rai properties.** |
| 28 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Vicente M. Sablan's appraisal report of Lot 1877-1-R/W** |
| 33 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W prepared for MPLA for MRT Corporation** |
| 21 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Summary of a Complete Appraisal Report of Lot 1849-1-4-1R/W & Lot 1849-1-4-2-2R/W prepared for MPLA by MRT Corporation** |
| 25 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Land Compensation Settlement Agreement dated June 16, 2005 between MPLA and Maria Haruka Tudela** |
| 32 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Land Compensation Settlement Agreement (Ray Anthony Cabrera)** |
| 22 ✓ | | 12/04/06 | 12/04/06 | 12/04/06 | **Land Compensation Settlement Agreement (Jose and Soledad Muna)** |
| | F ✓ | 12/05/06 | 12/05/06 | 12/05/06 | **Chapter 145-40 Land Compensation Claims Rules and Regulations** |
| | J ✓ | 12/05/06 | 12/05/06 | 12/05/06 | **Memorandum from MPLA Appraiser Reviewer Mitchel K. Aaron re: Lot 1877-4R/W (May 17, 2004)** |
| | M ✓ | 12/05/06 | 12/05/06 | 12/05/06 | **Appraisal Standards Board - Ethics Rules** |
| 37 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | **Summary Appraisal Report of Lot 1877-4R/W dated March 6, 2003** |
| 3 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | **(Moved into evidence by Defense) Letter from Gov. Babauta to MPLA dated 12/12/2002** |
| W4 | | 12/05/06 | | | ROGER SLATER |
| 6 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | **Grant Thorton's Roger Slater expert report** |
| W5 | | 12/05/06 | | | ANTONIO S. CAMACHO |
| 34 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | **Photographs (34.1, 34.2 , 34.3, 34.4, 34.5, 34.6, 34.7)** |
| 38 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | **Map - marked by Antonio Camacho** |
| 35 | | 12/05/06 | 12/05/06 | 12/05/06 | **Asphalt Rock** |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | CNMI's July 12, 2001 letter to Antonio Camacho re: Preliminary Acquisition of Right of Way, |
| 2 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Acknowledgment and Authorization |
| 4 ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | MPLA's December 22, 2003 letter to Antonio Camacho offering $71,000 in land compensation |
| 30a ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30b ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| 30c ✓ | | 12/05/06 | 12/05/06 | 12/05/06 | Map (Gualo Rai Street) (30a, 30b, 30c) |
| | G ✓ | 12/05/06 | 12/05/06 | 12/05/06 | Governor's Certification Letter, Lot 1877-4R/W (July 12, 2001) |
| | W1 | 12/05/06 | | | MITCHELL K. AARON |
| | K ✓ | 12/06/06 | 12/06/06 | 12/06/06 | Memorandum from MPLA Appraiser Reviewer Mitchell K. Aaron |
| 20 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | MPLA's October 27, 2005 Re: Review of Appraisal Reports for Gualo Rai Lots |
| 39 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | Response to Comments on Lot |
| | W2 | 12/06/06 | | | RAMON S. SALAS |
| 17 ✓ | | 12/06/06 | 12/06/06 | 12/06/06 | Map of Gualo Rai Road (with green marks made by Juan Castro). (Admitted by Stipulation) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |