```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              OCT 2 5 2007

                                        For The Northern Mariana Islands
                                        By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, ) | Civil Action No. 05-0043 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | ORDER CLOSING FILE |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

There remaining nothing before the court requiring its attention,

IT IS ORDERED that this file be and hereby is closed and that any pending motions or other matters are dismissed as moot.

DATED this 25th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)