**MICHAEL W. DOTTS, ESQ.**
O'Connor Berman Dotts & Banes
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Antonio S. Camacho*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO** | CIVIL CASE NO. 05-0043 |
| Plaintiff, | |
| vs. | |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS,** successor to the Marianas Public Lands Authority, and **DEPARTMENT OF PUBLIC WORKS,** | **NOTICE OF MOTION FOR A WRIT OF EXECUTION OR FOR AN ORDER IN AID OF JUDGMENT** |
| | Date: August 28, 2008 |
| | Time: 8:00 a.m. |
| Defendants. | |

TO: DEFENDANTS COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS,

**PLEASE TAKE NOTICE** that on the date and at the time entered above, at the District Court, located on the first floor of the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff Antonio S. Camacho will move and hereby does move for a Writ of Execution or for an Order in Aid of Judgment against Defendants.

1

This Motion is brought pursuant to Rule 69, Fed. P. Civ. P. The basis for this Motion is that judgment was entered against the Commonwealth on December 8, 2006, in the amount of $239,397.00, plus costs of $1,352.50, plus interest. The judgment became final on August 31, 2007. Despite the repeated demand, the Defendants have not paid any money toward satisfaction of the judgment.

Respectfully submitted this 24 day of July, 2008.

                                      O'CONNOR BERMAN DOTTS & BANES,
                                      Attorneys for Antonio S. Camacho

                                      By: _____/s/_____
                                              Michael W. Dotts

K:\1000\1600-01 Camacho\PL\draft\1600-01-080513-NoticeMotionOrderInAidJudgment.doc

2