**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ANTONIO S. CAMACHO ) | CIVIL CASE NO. 05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MEMORANDUM IN SUPPORT |
| COMMONWEALTH OF THE ) | OF MOTION FOR A WRIT OF |
| NORTHERN MARIANA ISLANDS, ) | EXECUTION OR FOR AN ORDER |
| DEPARTMENT OF PUBLIC LANDS, ) | IN AID OF JUDGMENT |
| successor to the Marianas Public Lands ) | |
| Authority, and DEPARTMENT OF ) | Date: August 28, 2008 |
| PUBLIC WORKS, ) | Time: 8:00 a.m. |
| ) | |
| Defendants. ) | |
| ) | |

Rule 69 (a) of the Federal Rules of Civil Procedure provides in relevant parts:

> A money judgment is enforced by writ of execution, unless the court directs otherwise.

Rule 69 (a)(1).

Here, Plaintiff has a money judgment but despite repeated demand, no payment has been made by the Defendants. A writ of execution providing that Plaintiff may take his judgment from any bank accounts he can find should issue.

The Plaintiff is sensitive that the Defendants are government entities and, because of the government's own negligence, they are in dire financial condition. Rule 69 also provides:

> In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person - including the judgment debtor - as provided in these rules, or by the procedure of the state where the court is located.

Rule 69 (a)(2).

If the Court is reluctant to authorize execution on the full judgment amount, Plaintiff will seek to examine Defendants' ability to pay and to determine the fastest manner in which Defendants can pay the Judgment which remains unsatisfied. Accordingly, Plaintiff hereby seeks a writ of execution, or, in the alternative, the aid of the Court in enforcing the Judgment.

Respectfully submitted this 24 day of July, 2008.

                                        O' CONNOR BERMAN DOTTS AND BANES
                                        Attorneys for Plaintiff

                                        By: _____/s/_____
                                                  Michael W. Dotts

K:\1000\1600-01 Camacho\PL\draft\1600-01-080522-MemoMotionOrderAidJudgment.doc