**ANTONIO CAMACHO**
Interest Computation
Client#1600-01

| Principal | Interest Rate | No. of Days Elapsed | Costs | Date of Payment | Interest Amount | Balance |
|---|---|---|---|---|---|---|
| 239,397.00 | | | 1,352.50 | 12/08/06 | | 240,749.50 |
| 240,749.50 | 4.95% | 629 | | 08/28/08 | 20,536.59 | 261,286.09 |

Exhibit "A"