

# HOUSE OF REPRESENTATIVES
### Fifteenth Northern Marianas Commonwealth Legislature
### Fourth Special Session, 2006

**PUBLIC LAW NO. 15-28**
## H. B. No. 15-158, HD3, SS1, CCS1

## AN ACT

To make appropriations for the operations and activities of the Government of the Commonwealth of the Northern Mariana Islands, its agencies, instrumentalities, and independent programs, and to provide budget authority for government corporations for Fiscal Year 2007; and for other purposes.

**BE IT ENACTED BY THE FIFTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:**

<b>CHAPTER I</b>

1
2      Section 101. <u>Short Title</u>. This Act may be cited as the "Appropriations and Budget
3 Authority Act for 2007."
4      Section 102. <u>Purpose</u>. This Act appropriates local funds for the operations and
5 activities of the Government of the Northern Mariana Islands, its agencies, instrumentalities,
6 independent agencies and political subdivisions, and provides authority for government
7 corporations for Fiscal Year 2007 commencing October 1, 2006 and ending September 30,
8 2007.
9      Section 103. <u>Definitions</u>. Except as otherwise defined in this Act, the terms and their
10 definitions under 1 CMC § 7103 shall apply to this Act. As used in this Act:
11          (a)    Government of the Commonwealth of the Northern Mariana Islands
12          includes:
13              (1) Legislative Branch includes the Senate, House of Representatives,
14              Legislative Bureau, and Northern Mariana Islands Youth Congress.
15              (2)   Judiciary Branch includes the Supreme Court, Superior Court,
16              Law Revision, and Administration.
17              (3) Executive Branch includes Office of the Governor, Office of the
18              Attorney General, Department of Community and Cultural Affairs,

1   Department of Commerce, Department of Labor, Department of Public Safety,
2   Department of Corrections, Department of Finance, Department of Public
3   Health, Department of Public Lands, Department of Lands and Natural
4   Resources, Department of Public Works, and Office of the Public Defender.

5       (4)  Office of the Resident Representative to the United States.

6       (5)  First Senatorial District (Rota) includes Office of the Mayor,
7   Municipal Council, Resident Department of Labor, Resident Department of
8   Community and Cultural Affairs, Resident Department of Commerce,
9   Resident Department of Public Safety, Resident Department of Finance,
10  Resident Department of Public Health, Resident Department of Lands and
11  Natural Resources, Resident Department of Public Works, and Office of
12  Personnel.

13      (6)  Second Senatorial District (Tinian and Aguiguan) includes Office
14  of the Mayor, Municipal Council, Resident Department of Labor, Resident
15  Department of Community and Cultural Affairs, Resident Department of
16  Commerce, Resident Department of Public Safety, Resident Department of
17  Finance, Resident Department of Public Health, Resident Department of
18  Lands and Natural Resources, Resident Department of Public Works, and
19  Office of Personnel.

20      (7)  Third Senatorial District (Saipan and the Northern Islands)
21  includes Office of the Mayor of Saipan, Mayor of the Northern Islands, and
22  Saipan Municipal Council.

23      (8)  All government corporations, as defined in 1 CMC § 7103 (n), for
24  which budget authority is herein provided including the following:
25  Commonwealth Utilities Corporation, Northern Marianas Housing
26  Corporation, Commonwealth Ports Authority, Commonwealth Development
27  Authority, Northern Marianas Retirement Fund, Marianas Public Land Trust,
28  Marianas Visitors Authority, and Commonwealth Telecommunications
29  Commission.

30      (9)  All other public and quasi-public entities, boards or commissions
31  incorporated or established pursuant to the Commonwealth Constitution or

1           Commonwealth law and including the following agencies and

2           instrumentalities:  Public School System, Board of Education, CNMI Election

3           Commission, Board of Parole, Board of Professional Licensing,

4           Chamorro/Carolinian Language Policy Commission, Civil Service

5           Commission, Northern Marianas College, Workers' Compensation

6           Commission, and Office of the Public Auditor.

7           (b)    "Independent programs" means government programs under separate

8    boards established by law (unless receiving appropriations or budget authority under

9    another heading), specialized general items of appropriations, and those non-profit

10    corporations and associations or organizations established outside of the Government

11    of the Commonwealth of the Northern Mariana Islands to which the Commonwealth

12    Government provides financial assistance such as the: National Governors

13    Association, South Pacific Commission/SPREP, Marianas Bound (Karidat),

14    Micronesian Legal Services Corporation, Agricultural Fair, NMI OICC, Joeten/Kiyu

15    Public Library (Commonwealth Public Library), Judgments Against Government,

16    NMI Protection & Advocacy System, Flame Tree Arts Festival, Ayuda Network,

17    Developmental Disabilities Planning Agency, Commonwealth Museum, Domestic

18    Violence, Humanities Council, Coastal Resources Management, Free Trade Zone,

19    APIL, Retirement, Crime Stoppers International, and Public Assistance Program.

20           (c)   "Local funds" means locally generated revenues and revenues received

21    pursuant to Section 702 (a) of the Covenant.

22           (d)   "Operations" means appropriations for all lawful activities other than

23    personnel.

24           (e)   "Personnel" means appropriations for salaries, applicable employer's

25    contribution to the Northern Marianas Retirement Fund, overtime, night differential,

26    hazardous pay and other employee wages and benefits.

27           (f)  "Position" or "Full Time Equivalent" (FTE) means the maximum number

28    of persons that may be employed, pursuant to Article X, Section 7 of the

29    Commonwealth Constitution but does not include Workforce Investment Agency,

30    substitute teachers,  summer trainees, teacher aides, physicians, licensed professional

31    nurses and licensed allied health providers working part-time and paid only for

1    instructional time, student teacher trainees, or short-term specialized instructors, such

2    as visiting artists, performers, writers, and the like.  For purposes of this exception,

3    "part-time" means employment not exceeding 40 hours in any biweekly pay period,

4    and "short-term" means not more than 90 instructional days employment within the

5    Public School System during the fiscal year.

6                                    **CHAPTER II.**

7    **ESTIMATED REVENUES AND MANAGEMENT OF APPROPRIATED FUNDS.**

8        § 201.  Estimated Revenues.  Pursuant to House Concurrent Resolution No. 15-1, the

9    total estimated revenues and resources approved and identified for FY 2007 are as follows:

10    (a)  Total identified budgetary resources for FY 2007:          $208,610,611

11    (b)      Less revenue transfer to other funds:

12        (1)  PL 13-38 Cigarette Excise Tax to

13                Tobacco Control                              <$1,627,000>

14        (2) 10% Excise Tax transfer to Solid Waste

15                Revolving Fund                              <$2,491,000>

16    (c)  Less Debt Services Previously Appropriated:

17            (1)  PSS bond repayment                        <$2,000,000>

18            (2)  $60 million bond repayment                <$5,178,000>

19            (3)  MPLT int. apron. to NMHC PL 12-27         <1,131,570>

20            (4)  Land Comp. Debt services                  <2,700,000>

21        Total Local Revenue and Resources

22        available and identified for FY 2007            **$193,483,041**

23    (d)  Department of Public Lands                       $3,718,857

24        (DPL Operations Fund Account pursuant

25        to P.L. 15-2; see Section 605)

26        Section 202.  Earmarking Suspension.  Except for debt service obligations and other

27    earmarking of funds as permitted in Section 201 of this Act, the earmarking, reservation,

28    commitment, allotment, allocation or ongoing appropriation of CNMI general fund resources

29    authorized by law are hereby suspended for fiscal year 2007.

1        **CHAPTER III.  APPROPRIATIONS**

2    Section 301.  <u>Appropriations for all Activities of the Government of the Northern</u>

3 <u>Mariana Islands</u>.  Funds for the programs and activities of the Government of the

4 Commonwealth of the Northern Mariana Islands are hereby appropriated per the attached

5 appropriation summary worksheets, which are incorporated by reference in this Act.  The

6 FTEs identified therein are the maximum number of positions approved and authorized, and

7 shall not exceed such number unless authorized in accordance with Article X, Section 7 of

8 the N.M.I. Constitution.

9        **CHAPTER IV.  BUDGET ADOPTION**

10    Section 401.  <u>Government Corporations and Designated Agencies/Activities</u>.

11 Pursuant to 1 CMC § 7206 and as provided herein, budget authority for the following

12 activities is hereby approved.  Expenditures in excess of the budget authority approved herein

13 for agencies to which public funds are appropriated shall not be incurred or committed, and

14 FTE ceilings approved shall not be exceeded without specific approval of the Legislature by

15 joint resolution in accordance with Article X, Section 7 of the N.M.I. Constitution.

| | ACTIVITIES | FTE | PERSONNEL | OPERATIONS | TOTAL |
|---|---|---|---|---|---|
| | | | | | |
| a. | CNMI Gov't | | | | |
| | Health & Life Ins. | 5 | 249,661 | 12,759,221 | 13,008,882 |
| b. | CDA | 14 | 746,218 | 432,848 | 1,179,066 |
| c. | CPA | 223 | 7,371,287 | 3,719,024 | 11,090,311 |
| d. | CUC | 358 | 15,488,188 | 102,279,444 | 117,767,632 |
| e. | NMI Ret. Fund | 27 | 1,421,062 | 67,412,871 | 68,833,933 |
| f. | NMI Housing Corporation | 24 | 1,270,597 | 6,608,752 | 7,879,349 |
| g. | OPA | 36 | 2,228,474 | 904,400 | 3,132,874 |
| | Grand Total: | 687 | 28,775,487 | 194,116,560 | 222,892,047 |

27    Provided that, notwithstanding the above dollar amounts, the entities above shall

28 expend only the lesser of funds actually generated, collected, or received or the amounts as

29 indicated above.

1                 **CHAPTER V.  ADMINISTRATION OF APPROPRIATED FUNDS**

2         Section 501.  <u>Appropriation Worksheets</u>.  Unless otherwise provided in this Act, the

3 funds appropriated pursuant to section 301 hereof shall be expended in compliance with the

4 appropriation summary worksheets attached hereto and incorporated by reference herein, and

5 in accordance with the fiscal authority of the listed agencies have pursuant to statute and the

6 administrative provisions of this Act.  If there is any conflict between the attached

7 worksheets and the administrative provisions of this Act, the administrative provisions shall

8 prevail.

9         Section 502.  <u>Legislative Budget</u>.

10         (a)    In accordance with Article II, section 16(b) and (c) of the N.M.I.

11 Constitution, the following amounts are appropriated as follows:

12                 (1)    Each member shall receive $150,000 for office and related

13                 expenses including expenses for travel, and each member shall be the

14                 expenditure authority of the funds.

15                 (2)    The presiding officer of the Senate shall receive $158,451 and

16                 the presiding officer of the House of Representatives shall receive $108,323

17                 from funds appropriated to the Senate and the House of Representatives,

18                 respectively, to support the operations and activities of each house in

19                 accordance with its rules, and shall have expenditure authority for such funds;

20                 provided that the presiding officers shall distribute a portion of this amount to

21                 the standing committees for their operations and activities.

22         (b) <u>Legislative Bureau Appropriation</u>.  There is hereby appropriated $1,858,348

23 to the Legislative Bureau, in accordance with N.M.I. Const. art. II, § 16(d), as amended,

24 and the expenditure authority shall be the Director of the Legislative Bureau.

25         (c) <u>Employment Ceilings</u>.  Pursuant to Article X, § 7 of the Commonwealth

26 Constitution, the employment ceilings are hereby established with respect to the funds

27 appropriated to the legislative branch by this Act.

28         Section 503.   <u>Judgments Against the Government</u>.   There is hereby appropriated

29 $453,330 for the following judgments:

30         (a)  $148,330 for Civil Action No. 00-0024 (U.S. District Court of NMI).

31         (b)  $305,000 for Civil Action No. 04-0012 (CNMI Superior Court).

1    Section 504.  <u>Expenditure Authority of Appropriated Funds</u>.  The funds appropriated

2    pursuant to this Act shall be expended by the expenditure authority provided in 1 CMC §

3    7401, except as provided below:

4         (a)    The Mayor and the Chairpersons of the Municipal Councils of the

5         respective Senatorial Districts shall have the expenditure authority for appropriations

6         for their respective offices.  Each Municipal Council chairperson shall allocate, and

7         provide for the expenditure of, the funds appropriated to the Council in accordance

8         with the Official Rules of the Council.  Additionally, in accord with the Superior

9         Court's decision in the case of *Inos v. Tenorio*, the Mayors shall also have expenditure

10        authority over resident government departments in the First and Second senatorial

11        districts respectively unless the Governor revokes expenditure authority in a manner

12        consistent with the Superior Court's holding in *Inos v. Tenorio*, to wit: expenditure

13        authority over resident departments that are primarily concerned with the delivery of

14        public services can be revoked only on a prior showing of just cause, but the

15        Governor has discretion to revoke expenditure authority over those departments that

16        are primarily concerned with enforcing the law.

17        (b)  For the Ground Water Management and Protection Act Fund, expenditure

18        authority is vested in the director of the Division of Environmental Quality.

19        (c)  For the Flame Tree Arts Festival, expenditure authority is vested in the

20        executive director of the Commonwealth Council for Arts and Culture.

21        (d)  For the NMI Protection and Advocacy System, expenditure authority is

22        vested in the executive director or his or her designee.

23        (e)    For the Northern Mariana Islands Youth Congress, the expenditure

24        authority is vested in the Director of the Legislative Bureau in consultation with the

25        Speaker of the Northern Mariana Islands Youth Congress.

26        (f)  For the Developmental Disabilities Planning Agency, the expenditure

27        authority is vested in the executive director of the agency.

28        (g)  For the Marianas Bound (KARIDAT), the expenditure authority is vested

29        in the executive director.

30        (h)    For the Micronesian Legal Services Corporation, the expenditure

31        authority is vested in the executive director of the corporation.

1          (i)   For the Ayuda Network, the expenditure authority is vested in the
2    chairperson of the board of directors.

3          (j) For all government agencies receiving appropriated funds for personnel or
4    staff housing, administrative and expenditure authority over housing and
5    accompanying funds, including but not limited to approval of lease agreements, is
6    vested in the appropriate agency officials designated by law as having expenditure
7    authority.

8          (k) For the Joeten-Kiyu Public Library, expenditure authority is vested in the
9    chairperson of the Commonwealth Library Council.

10         (l)  For the Commonwealth Museum, expenditure authority is vested in the
11   chairperson of the Board of Governors of the Commonwealth Museum or designee.

12         (m)  For the Board of Education, expenditure authority is vested in the
13   chairperson of the Board of Education.  Expenditure authority for the Public School
14   System is vested in the Commissioner of Education or designee.

15         (n)   For the Chamorro/Carolinian Language Policy Commission, the
16   expenditure authority shall be vested in the executive director of the commission.

17         (o) For the Domestic Violence Task Force, expenditure authority is vested in
18   the Family Violence Task Force chairperson with concurrence of the FVTF
19   coordinator.

20         (p) For Judgments Against the Government, the expenditure authority shall be
21   vested in the Secretary of Finance in consultation with the Attorney General.

22         (q)  For the public libraries on Rota and Tinian, the mayor of the respective
23   municipalities shall have expenditure authority.

24         (r)   For the Public Assistance Program on Matching Funds, expenditure
25   authority shall be the Governor or his designee.

26         (s)   For Crime Stoppers International, the chairperson of the board of the
27   directors shall be the expenditure authority.

28         (t)   For Independent Programs, unless otherwise provided herein or in any
29   other provision of law, expenditure authority shall be vested in the Secretary of
30   Finance.

1     (u) For the Supreme Court, the Chief Justice shall be the expenditure
2 authority.

3     (v) For the Superior Court, the expenditure authority shall be vested in the
4 Presiding Judge.

5     (w) For the Northern Marianas College, the president shall have expenditure
6 authority over its appropriated funds.

7   **CHAPTER VI.  SUPPLEMENTAL ADMINISTRATIVE PROVISIONS**

8   Section 601.  <u>Utilities</u>.  Except as provided in this section, the utility charges for each
9 department, agency, or office shall be paid from the funds appropriated by this Act to each
10 respective department, agency, or office.  No appropriation for the payment of utilities may
11 be reprogrammed by the expenditure authority except for the payment of utilities throughout
12 the department, agency or office.

13     (a) The mayors of the first and second senatorial districts are the sole
14 authority to reprogram appropriations for utilities among agencies within their district
15 as needed; provided that,

16      (1) the Rota Municipal Council shall pay for its own utilities from its
17 appropriations under *all others*.

18      (2)  the Mayor of Tinian and Aguiguan shall pay for the utilities of the
19 Tinian and Aguiguan Municipal Council.

20     (b) The legislative branch is appropriated $244,125 for utilities under the
21 expenditure authority of the director of the legislative bureau.  Any amount not used
22 for utilities shall be reprogrammed by the director to *all others*.

23     (c) The utilities for the Public School System and the Northern Marianas
24 College shall be paid from appropriations under *all others*, respectively.

25   Section 602.  <u>Fund Allocation; Department of Public Health</u>.

26     (a) The Department of Public Health shall allocate funds from its budget for
27 the Rota Health Center to fund the Rota Dialysis startup operation, which shall not
28 exceed the cost of current patient support.

29     (b). The Secretary of Public Health shall authorize up to twenty-five thousand
30 dollars ($25,000.00) to be paid to Jennifer C. Tkel as reimbursement for her renal

1    transplant expense upon presentation of appropriate justification of the expense.  In

2    the event that Ms. Tkel cannot provide the necessary justification, then the $25,000

3    shall revert to the source from which it came.

4        Section 603.  <u>NMC Apprentice</u>.  The expenditure of the funds appropriated for the

5    Northern Marianas College Apprenticeship Program shall be in accordance with Public Law

6    15-5.

7        Section 604.  <u>Inter-island Medical Referral Housing Allowance</u>.  The Secretary of the

8    Department of Public Health shall treat medical referral patients from Rota and Tinian

9    receiving treatment in Saipan as if such patients are referred for medical treatment outside the

10   Commonwealth.

11       Section 605.  <u>Department of Public Lands Budget</u>.  Pursuant to Section 103 of Public

12   Law 15-2, $3,718,857 is appropriated to the Department of Public Lands as follows:

13       Personnel (as per attached appendix A)            $2,029,266

14       Transfer to Marianas Public Land Trust            $   500,000

15       Operations:

16           Homestead Planning/Infrastructure            $1,120,000

17           Other Operations                            <u>$     69,591</u>

18       Total                                            <u>$3,718,857</u>

19       FTE Ceiling                                          62

20       No funds received or collected by or remitted to the Department of Public Lands

21   pursuant to Public Law 15-2 that is in excess of $3,718,857 appropriated in this section may

22   be reprogrammed or expended absent legislative appropriation.  Notwithstanding any law to

23   the contrary, section 105 and subsequent sections of Public Law 15-2 shall be renumbered as

24   section 106 and so forth and section 105 now shall read as follows:

25       "Section 105.  <u>Personnel Compensation</u>.  Notwithstanding any

26       statutory provision to the contrary, the secretary of public lands shall receive

27       an annual salary of $54,000.  The deputy secretary shall receive an annual

28       salary of $50,000.  The compensation of division directors and all other

29       staff, except staff who are hired under excepted service contracts, shall be

30       subject to civil service classification and compensation as provided by law."

1    Section 606.  FTE Vacancies.  The disposition of vacant positions shall be in

2    accordance with 1 CMC § 8135.

3    Section 607.  Health Insurance Premiums.  The 1 CMC §§ 8364 and 8365 portion of

4    health insurance premiums of participating retirees of the Northern Marianas Retirement

5    Fund shall be paid by the Retirement Fund, the Board of Trustees of which is authorized to

6    meet any operating shortfall arising from this provision by drawing upon the Fund's

7    investment earnings and other assets.  The government shall continue to pay its existing share

8    of government health insurance premiums for subscribing employees enrolled in the

9    government health and life insurance program.  The secretary of finance shall remit the

10   government's share to the Government Health and Life Insurance Program at the Retirement

11   Fund at the end of each quarter.

12   Section 608.  Litigation Expenditures Restricted.  Except for the governor, the

13   attorney general, the chief justice of the commonwealth supreme court, presiding officers of

14   the legislature, mayors and municipal councils, and notwithstanding any law to the contrary,

15   no agency expenditure authority may use any part of their appropriations in connection with

16   prosecuting a legal matter against another agency, unless authorized by the chief justice in

17   the case of agencies within the judicial branch, the governor in the case of agencies within

18   the executive branch, and the presiding officers in the case of agencies within the legislative

19   branch, and mayors in the case of agencies under their authority.  The terms 'agency' and

20   'agencies,' as used in this section, shall be liberally construed to include all instrumentalities

21   and subdivisions of the Commonwealth Government.

22   Section 609.  Defined Contribution Retirement Plan.  Expenditure authorities shall

23   administer personnel appropriations accordingly upon the effective date of the Defined

24   Contribution Retirement Plan as established under Public Law 15-13.

25   Section 610.  Special Provision on the Suspension of Government Retirement

26   Contribution to the Retirement Fund pursuant to Public Law 15-15.  Notwithstanding any

27   other provision of law to the contrary, all CNMI government employees who are eligible to

28   retire in Fiscal Years 2006 and 2007, respectively, shall be exempted from Public Law 15-15

29   and shall receive full benefits upon retirement.  Provided, further, that all unpaid retirement

30   government contributions for all affected employees shall be treated as unfunded liability.

1      **CHAPTER VII.  GENERAL PROVISIONS**

2           Section 701.  <u>Severability</u>.  If any provision of this Act, or its application to any

3    person or circumstance, is held  invalid, the invalidity does not affect other provisions or

4    applications of the Act which can be given effect without the invalid provision or

5    applications, and to this end the provisions of this Act are severable.

6           Section 702.  <u>Savings Clause</u>.  This Act and any repealer contained herein shall not

7    be construed as affecting any existing right acquired under contract or acquired under statutes

8    repealed or under any rule, regulation or order adopted under the statutes.  Repealers

9    contained in this Act shall not affect any proceeding instituted under or pursuant to prior law.

10   The enactment of this Act shall not have the effect of terminating, or in any way modifying,

11   any liability civil or criminal, which shall already be in existence at the date this Act becomes

12   effective.

13          Section 703**.**  <u>Effective Date</u>.  This Act shall become law upon its approval by the

14   Governor or it becoming law without such approval.


                    **CERTIFIED BY:**                          **ATTESTED TO BY:**


                        /s/                                      /s/
                 **OSCAR M. BABAUTA**                    **EVELYN C. FLEMING**
                 SPEAKER OF THE HOUSE                      HOUSE CLERK



              **APPROVED on this 15th day of SEPTEMBER, 2006**



                            /s/
                 **BENIGNO R. FITIAL**
                      **GOVERNOR**
      **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

COMMONWEALTH OF THE NORTHERN **MARIANA** ISLANDS
SUMMARY OF APPROPRIATIONS
FISCAL YEAR 2007

PUBLIC LAW NO. 15-28

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| A) Judicial Branch | | | | | |
| 1) Supreme Court | 12 | 813,561 | 149,921 | | 963,482 |
| 2) Superior Court | 59 | 2,020,022 | 322,485 | | 2,342,507 |
| 3) Administrative | 27 | 412,317 | 92,023 | 385,341 | 889,681 |
| 4) Law Revision Comm. | 6 | 203,738 | 34,070 | | 237,808 |
| Sub-total | 104 | $ 3,449,638 | $ 598,499 | $ 385,341 | $ 4,433,478 |
| B) Legislative Branch | | | | | |
| 1) House | 200 | 745,953 | 2,808,323 | | 3,554,276 |
| 2) Senate | 110 | 372,977 | 1,508,451 | | 1,881,428 |
| 3) Legislative Bureau | 36 | 1,752,840 | 105,508 | | 1,858,348 |
| 4) Youth Congress | 2 | 60,047 | 28,136 | | 88,183 |
| 5) Utilities | - | | | 244,125 | 244,125 |
| Sub-total | 348 | $ 2,931,817 | $ 4,450,418 | $ 244,125 | $ 7,626,360 |
| C) Washington Rep. | 16 | $ 869,596 | $ 452,290 | $ 12,142 | $ 1,334,028 |
| D) Executive Branch | | | | | |
| 1) Office of Governor | | | | | |
| a) Governor | 25 | 878,926 | 277,565 | | 1,156,491 |
| b) Governor's Disc. Fund | | | 183,875 | | 183,875 |
| c) Lt. Governor's Office | 16 | 589,202 | 102,247 | | 691,449 |
| d) Lt. Gov. Disc. Fund | | | 116,598 | | 116,598 |
| e) Administration | 21 | 545,027 | 242,291 | 406,937 | 1,194,255 |
| f) Board of Parole | 4 | 132,098 | 63,385 | 14,913 | 210,396 |
| g) Carolinian Affairs | 12 | 325,606 | 20,856 | 15,479 | 361,941 |
| h) C J P A | 4 | 159,360 | 1,976 | 54,661 | 215,997 |
| I) DEQ / Litter Control | 3 | 75,139 | 125,598 | | 200,737 |
| j) EMO | 31 | 786,464 | 105,560 | 58,900 | 950,924 |
| k) Environmental Prot. | 3 | 57,192 | 710 | | 57,902 |
| (1) Env. Qual. - Rota | 2 | 42,175 | 523 | 1,150 | 43,848 |
| (2) Env. Qual. - Tinian | 1 | 27,555 | 342 | | 27,897 |
| l) Ground Water Prot. | 2 | 53,780 | 1,172 | 5,422 | 60,374 |
| m) Honolulu Liaison | - | | 505 | | 505 |
| n) Indigenous Affairs | 4 | 118,158 | 9,546 | | 127,704 |
| o) L I I D S | 9 | 236,337 | 81,213 | | 317,550 |
| p) Mgnt. & Budget | 12 | 490,262 | 44,585 | | 534,847 |
| q) Personnel | 26 | 853,544 | 96,516 | 59,597 | 1,009,657 |
| (1) Personnel - Rota | 2 | 48,197 | 20,354 | 1,674 | 70,225 |

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**SUMMARY OF APPROPRIATIONS**
**FISCAL YEAR 2007**

PUBLIC LAW NO.  15—28

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| (2)  Personnel - Tinian | 5 | 151,779 | 19,860 | | 171,639 |
| r)  Prog. & Leg. Review | 4 | 141,827 | 10,601 | | 152,428 |
| s)  Public Defender | 11 | 554,511 | 67,041 | | 621,552 |
| t)  Public Info. & Prot. | 2 | 89,633 | 13,485 | | 103,118 |
| u)  Scholarship Office | 2 | 64,694 | 3,334,725 | 4,814 | 3,404,233 |
| v)  Veteran's Affairs | 2 | 90,192 | 22,396 | 6,499 | 119,087 |
| w)  Voc. Rehab. ... | - | | 505 | | 505 |
| x)  Women's Affairs | 6 | 170,335 | 11,708 | 8,497 | 190,540 |
| y)  Youth Affairs Office | 5 | 86,469 | 6,021 | | 92,490 |
| **Total** | **214** | **$  6,768,462** | **$  4,981,759** | **$  638,543** | **$  12,388,764** |
| **2) Attorney General** | | | | | |
| a)  Attorney General | 45 | 2,284,652 | 244,301 | 57,324 | 2,586,277 |
| b)  Consumer Counsel | 2 | 115,228 | 1,430 | | 116,658 |
| c)  Immigration | 75 | 1,776,410 | 87,457 | | 1,863,867 |
| (1)  Immigration - Rota | 11 | 248,100 | 31,528 | | 279,628 |
| (2)  Immigration - Tinian | 13 | 257,447 | 59,720 | - | 317,167 |
| d)  Investigation Unit | 3 | 143,808 | 39,882 | | 183,690 |
| e)  Special Investigation | 3 | 137,358 | 3,768 | | 141,126 |
| f)  Deport. Fund (P.L. 10-1) | 3 | 42,976 | 528 | | 43,504 |
| **Total** | **155** | **$  5,005,979** | **$  468,614** | **$  57,324** | **$  5,531,917** |
| **3) Commerce** | | | | | |
| a)  Secretary | 12 | 449,989 | 95,426 | 30,280 | 575,695 |
| b)  Alc., Beve., Tob., Ctrl | 5 | 149,932 | 11,623 | | 161,555 |
| c)  Central Statistics | 8 | 269,058 | 14,095 | | 283,153 |
| d)  Economic Deve. | 6 | 186,840 | 10,571 | | 197,411 |
| e)  Enfor. & Compliance | 8 | 209,855 | 9,172 | | 219,027 |
| **Total** | **39** | **$  1,265,674** | **$  140,887** | **$  30,280** | **$  1,436,841** |
| **4) Comm. & Cult. Affairs** | | | | | |
| a)  Secretary | 12 | 426,315 | 122,586 | 454,196 | 1,003,097 |
| b)  Cha/Car Lang. Comm. | 6 | 158,945 | 44,781 | | 203,726 |
| c)  Child Care Licening Prog. | 2 | 31,324 | 12,808 | - | 44,132 |
| d)  Coun. Arts & Culture | 6 | 157,217 | 25,564 | | 182,781 |
| e)  Historic Preservation | 7 | 229,959 | 41,405 | - | 271,364 |
| f)  LIHEAP | 2 | 44,595 | 395,584 | | 440,179 |
| g)  Office of Aging | 13 | 277,792 | 100,431 | | 378,223 |

COMMONWEALTH OF THE NORTHERN **MARIANA** ISLANDS
SUMMARY OF APPROPRIATIONS
FISCAL YEAR **2007**

PUBLIC LAW NO. **15-28**

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| h)  Sports & Recreation | 9 | 214,844 | 53,137 | | 267,981 |
| i)  Youth Services (DYS) | 45 | 974,446 | 677,718 | | 1,652,164 |
| **Total** | 102 | $ 2,515,437 | $ 1,474,014 | $ 454,196 | $ 4,443,647 |
| 5)  Correction | 135 | 3,239,796 | 907,263 | 227,098 | 4,374,157 |
| a)  Secretary | | | | | |
| b)  Civil Detention | | | | | |
| c)  Correction | | | | | |
| d)  Pre-Trial Detention | | | | | |
| **Total** | 135 | $ 3,239,796 | $ 907,263 | $ 227,098 | $ 4,374,157 |
| 6)  Finance | | | | | |
| a)  Secretary | 10 | 403,896 | 83,132 | 194,509 | 681,537 |
| b)  Customs Services | 69 | 1,459,382 | 183,501 | | 1,642,883 |
| c)  Data Processing | 8 | 257,249 | 632,162 | | 889,411 |
| d)  Fin & Accounting | 31 | 820,374 | 56,238 | | 876,612 |
| e)  Revenue & Taxation | 52 | 1,293,111 | 271,872 | | 1,564,983 |
| f)  Procurement & Supply | 13 | 424,640 | 55,452, | | 480,092 |
| g)  Treasury | 11 | 308,656 | 167,387 | | 476,043 |
| **Total** | 194 | $ 4,967,308 | $ 1,449,744 | $ 194,509 | $ 6,611,561 |
| 7)  Labor | | | | | |
| a)  Secretary | 14 | 332,726 | 636,772 | 116,577 | 1,086,075 |
| b)  Admin. Hearing Office | 6 | 214,844 | 2,170 | | 217,014 |
| c)  C/L Enforcement Fund | 13 | 308,163 | 4,322 | | 312,485 |
| d)  Employ. Services | 11 | 220,134 | 2,223 | | 222,357 |
| e)  Labor | 19 | 411,009 | 4,151 | | 415,160 |
| f)  Work Invest. Act (WIA) | 15 | 427,905 | 318,919 | 11,355 | 758,179 |
| **Total** | 78 | $ 1,914,781 | $ 968,557 | $ 127,932 | $ 3,011,270 |
| 8)  **Lands &** Natural Res. | | | | | |
| a)  Secretary | 8 | 300,666 | 28,809 | 141,476 | 470,951 |
| b)  Agriculture | 45 | 843,608 | 26,764 | | 870,372 |
| c)  Fish & Wildlife | 16 | 382,945 | 15,727 | | 398,672 |
| d)  Land Regis. & Survey | 18 | 420,184 | 29,981 | | 450,165 |
| e)  Parks & Grounds | 44 | 834,338 | 93,642 | | 927,980 |
| f)  **Soil &** Water Cons. | 3 | 54,187 | 6,417 | | 60,604 |

COMMONWEALTH OF THE NORTHERN **MARIANA** ISLANDS
SUMMARY OF APPROPRIATIONS
FISCAL YEAR 2007

**PUBLIC LAW NO. 15–28**

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| g) Zoning Board (Saipan) | 3 | 128,843 | 33,446 | | 162,289 |
| Total | 137 | $ 2,964,771 | $ 234,786 | $ 141,476 | $ 3,341,033 |
| 9) Public Health | | | | | |
| a) Secretary | 19 | 636,953 | 42,019 | 1,772,223 | 2,451,195 |
| b) CHC | 430 | 18,828,969 | 5,851,686 | | 24,680,655 |
| c) Child. Devel. Center | 13 | 280,168 | 24,888 | | 305,056 |
| d) CNMI CHIP | - | | 199,884 | | 199,884 |
| e) Dental Services | 19 | 613,403 | 68,385 | | 681,788 |
| f) Env. Quality Sani. | 18 | 378,344 | 41,357 | | 419,701 |
| g) Medicaid Agency | 6 | 88,545 | 28,152 | | 116,697 |
| h) Medicaid Reimburs. | - | - | 3,280,000 | | 3,280,000 |
| i) Medical Referral | 26 | 707,475 | 3,715,338 | | 4,422,813 |
| j) Medical Supplies | | | 2,444,444 | | 2,444,444 |
| k) Mental Health | 18 | 641,836 | 47,826 | | 689,662 |
| l) Public Health | 22 | 723,477 | 282,674 | | 1,006,151 |
| m) Trans. Living Center | 4 | 100,620 | 16,298 | | 116,918 |
| n) Renal Transplant Reimbursement | | | 25,000 | | 25,000 |
| Total | 575 | $ 22,999,790 | $ 16,067,951 | $ 1,772,223 | $ 40,839,964 |
| 10) Public Safety | | | | | |
| a) Commissioner | 9 | 381,915 | 146,172 | | 528,087 |
| b) Administration | 22 | 595,298 | 274,911 | 813,006 | 1,683,215 |
| c) Boating Safety | 12 | 360,955 | 26,992 | | 387,947 |
| d) Bu. of Motor Vehicles | 10 | 224,659 | 150,000 | | 374,659 |
| e) CJIS | - | | 10,000 | | 10,000 |
| f) Fire | 93 | 2,535,082 | 265,000 | | 2,800,082 |
| g) Investigation Division | 33 | 998,249 | 247,075 | | 1,245,324 |
| h) Police | 145 | 4,013,580 | 688,878 | | 4,702,458 |
| i) Training & Academy | | | 250,000 | | 250,000 |
| Total | 324 | $ 9,109,738 | $ 2,059,028 | $ 813,006 | $ 11,981,772 |
| 11) Public Works | | | | | |
| a) Secretary | 24 | 757,612 | 129,901 | 457,696 | 1,345,209 |
| b) Building Safety Code | 11 | 358,062 | 87,268 | | 445,330 |
| c) Op. & Maintenance | 30 | 668,512 | 22,999 | | 691,511 |
| d) Roads & Grounds | 28 | 566,903 | 16,862 | | 583,765 |
| e) Solid Waste Man. | 25 | 541,229 | 207,741 | | 748,970 |

COMMONWEALTH OF THE NORTHERN **MARIANA** ISLANDS
SUMMARY OF APPROPRIATIONS
FISCAL YEAR **2007**

**PUBLIC LAW NO. 15-28**

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| f) Technical Service | 46 | 1,225,071 | 32,299 | | 1,257,370 |
| g) Trans / Auto Hvy Eq. | 21 | 598,566 | 140,756 | | 739,322 |
| Total | 185 | $ 4,715,955 | $ 637,826 | $ 457,696 | $ 5,811,477 |
| **Sub-Total** | 2,138 | $ 65,467,691 | $ 29,390,429 | $ 4,914,283 | $ 99,772,403 |

E)  First Senatorial District

| | | | | | |
|---|---|---|---|---|---|
| 1) Mayor | 120 | 2,129,685 | 268,830 | 547,138 | 2,945,653 |
| 2) Mayor's Contingency | -- | - | 90,452 | | 90,452 |
| 3) Municipal Council | 12 | 198,175 | 142,359 | | 340,534 |
| 4) Commerce | 9 | 264,139 | 12,854 | | 276,993 |
| 5) C&CA | 15 | 317,772 | 30,289 | | 348,061 |
| 6) Police | 40 | 1,008,620 | 147,375 | | 1,155,995 |
| 7) Protect. & Property- Fire | 10 | 249,215 | 18,211 | | 267,426 |
| 8) Finance & Accounting | 6 | 126,578 | 36,802 | | 163,380 |
| 9) Revenue & Taxation | 7 | 135,725 | 16,746 | | 152,471 |
| 10) Customs | 11 | 216,249 | 21,892 | | 238,141 |
| 11) Procurement & Supply | 2 | 40,517 | 10,478 | | 50,995 |
| 12) Labor | 14 | 341,982 | 71,801 | | 413,783 |
| 13) Agriculture | 22 | 527,684 | 143,963 | | 671,647 |
| 14) Historic Preservation | 5 | 88,372 | 15,734 | | 104,106 |
| 15) Land Regis. & Survey | 11 | 225,522 | 10,175 | | 235,697 |
| 16) Fish & Wildlife | 7 | 133,238 | 21,133 | | 154,371 |
| 17) Parks & Recreation | 5 | 94,901 | 15,799 | | 110,700 |
| 18) Soil & Water Conserva. | 1 | 20,574 | 3,156 | | 23,730 |
| 19) Rota Health Center | 61 | 1,659,966 | 444,318 | | 2,104,284 |
| 20) Dental Services | 4 | 143,599 | 9,336 | | 152,935 |
| 21) Environmental Health | 3 | 57,248 | 9,472 | | 66,720 |
| 22) Public Works | 30 | 772,175 | 110,221 | | 882,396 |
| 23) Public Library | 1 | 37,467 | 336 | | 37,803 |
| 24) Youth Training Prog. | | 74,308 | 685 | | 74,993 |
| Sub-total | 396 | $ 8,863,711 | $ 1,652,417 | $ 547,138 | $ 11,063,266 |

F)  Second Senatorial Dist.

| | | | | | |
|---|---|---|---|---|---|
| 1) Mayor | 162 | 3,217,385 | 207,053 | 973,210 | 4,397,648 |
| 2) Mayor's Contingency | | | 49,500 | | 49,500 |
| 3) Municipal Council | 9 | 175,219 | 45,880 | | 221,099 |
| 4) Commerce | 9 | 201,386 | 23,581 | | 224,967 |
| 5) Historic Preservation | 2 | 51,886 | 3,703 | | 55,589 |

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
SUMMARY OF APPROPRIATIONS
FISCAL YEAR 2007

PUBLIC LAW NO. 15-28

| BRANCH I DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| 6) C&CA | 8 | 121,216 | 18,681 | | 139,897 |
| 7) Customs | 8 | 184,965 | 7,362 | | 192,327 |
| 8) Finance & Accounting | 6 | 167,984 | 14,721 | | 182,705 |
| 9) Procurement & Supply | 2 | 40,038 | 1,492 | | 41,530 |
| 10) Revenue & Taxation | 5 | 70,496 | 1,689 | | 72,185 |
| 11) Labor | 15 | 363,382 | 143,968 | | 507,350 |
| 12) Agriculture | 33 | 532,164 | 152,884 | | 685,048 |
| 13) Fish & Wildlife | 5 | 128,708 | 31,680 | | 160,388 |
| 14) Parks & Recreation | 9 | 141,495 | 11,137 | | 152,632 |
| 15) Soil & Water Conserva. | 1 | 17,777 | 5,018 | | 22,795 |
| 16) Environmental Health | 6 | 66,219 | 7,273 | | 73,492 |
| 17) Dental Services | 4 | 126,348 | 22,551 | | 148,899 |
| 18) Tinian Health Center | 51 | 1,022,784 | 787,138 | | 1,809,922 |
| 19) Police | 58 | 1,171,051 | 126,466 | | 1,297,517 |
| 20) Public Works | 21 | 368,522 | 141,186 | | 509,708 |
| 21) Public Library | 1 | 47,453 | 5,579 | | 53,032 |
| 22) Youth Training Prog. | | - | 65,036 | | 65,036 |
| **Sub-total** | 415 | $ 8,216,478 | $ 1,873,578 | $ 973,210 | $ 11,063,266 |
| *G)* **Saipan & N.I. Mayors, Coun.** | | | | | |
| 1) Saipan Mayor | 84 | 1,635,558 | 288,928 | 29,554 | 1,954,040 |
| a) Saipan Mayor Conting. | - | | 89,000 | - | 89,000 |
| 2) Northern Islands Mayor | 19 | 338,178 | 80,153 | 15,158 | 433,489 |
| 3) Saipan Municipal Council | 5 | 121,843 | 47,853 | 9,185 | 178,881 |
| **Sub-total** | 108 | $ 2,095,579 | $ 505,934 | $ 53,897 | $ 2,655,410 |
| H) **NMC, MVA, PSS, PSS Board** | | | | | |
| 1) NMI College | 141 | 4,389,180 | 680,446 | | 5,069,626 |
| a) NMC Apprentice | 49 | 1,079,951 | 10,909 | | 1,090,860 |
| 2) Marianas Visitor's Authority | 44 | 1,696,545 | 4,802,144 | 23,680 | 6,522,369 |
| 3) Public School System | 1,111 | 34,000,000 | 4,367,532 | | 38,367,532 |
| a) Board of Education | 5 | 286,588 | | | 286,588 |
| **Sub-total** | 1,350 | $ 41,452,264 | $ 9,861,031 | $ 23,680 | $ 51,336,975 |
| I) **Boards and Commissions** | | | | | |
| a) Board of Prof. License | 3 | 107,144 | 15,571 | 3,771 | 126,486 |
| b) Civil Service Comm | 5 | 232,670 | 33,967 | 9,727 | 276,364 |
| c) Election Commission | 7 | 246,498 | 107,095 | 3,622 | 357,215 |

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**SUMMARY OF APPROPRIATIONS**

**FISCAL YEAR** 2007

PUBLIC LAW NO.  15−28

| BRANCH / DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| **Sub-total** | 15 | $ 586,312 | $ 156,633 | $ 17,120 | $ 760,065 |
| **J)  Independent Programs** | | | | | |
| 1) Agricultural Fair | | | 18,804 | | 18,804 |
| 2) APIL | | | 9,199 | | 9,199 |
| 3) Ayuda Network | 2 | 56,924 | 14,580 | 4,262 | 75,766 |
| 4) Commonwealth Museum | 7 | 176,466 | 162,720 | 38,836 | 378,022 |
| 5) Crime Stopper Inter. | | | 46,459 | | 46,459 |
| 6) CRM | - | - | 70,948 | | 70,948 |
| 7) Dev. Disabilities Council | | | 36,126 | 27,749 | 63,875 |
| 8) Domestic Violence | 2 | 61,037 | 62,303 | | 123,340 |
| 9) Flame Tree Arts Festival | | | 27,074 | | 27,074 |
| 10) Free Trade Zone | 2 | 97,088 | 42,274 | | 139,362 |
| 11) Humanities Council | | | 50,000 | | 50,000 |
| 12) Joeten/Kiyu Public Library | 10 | 231,818 | 39,805 | 66,597 | 338,220 |
| 13) Karidat | 8 | 151,194 | 52,449 | | 203,643 |
| 14) Micronesian Legal Services | - | | 61,598 | | 61,598 |
| 15) Nat. Gov.'s Assoc. | - | | 26,806 | | 26,806 |
| 16) NMI Prot & Advo System | | | 16,762 | | 16,762 |
| 17) Public Assis. Program | | | 44,444 | | 44,444 |
| 18) South Pac. Comm. | - | | 19,715 | - | 19,715 |
| **Sub-total** | 31 | $ 774,527 | $ 802,066 | $ 137,444 | $ 1,714,037 |
| **K)  Other Programs** | | | | | |
| 1) NMIOICC | 1 | 38,392 | 3,445 | | 41,837 |
| 2) Retirement Pen. Gov/Lt. Gov | - | - | 221,000 | | 221,000 |
| 3) Retirement PL 5-3 (COLA) | | | 808,000 | | 808,000 |
| 4) Worker's Comp, Comm | 5 | 150,832 | 44,492 | 4,262 | 199,586 |
| **Sub-total** | 6 | $ 189,224 | $ 1,076,937 | $ 4,262 | $ 1,270,423 |
| **L)  Judgments** | | | | | |
| 1) Civil Action No. 00-0024 | | | 148,330 | | 148,330 |
| (U.S. Dist. Ct. for NMI) | | | | | |
| 2) Civil Action No. 04-0012 | | | 305,000 | | 305,000 |
| (Superior Court) | | | | | |
| **Sub-total** | - | $ - | $ 453,330 | $ - | $ 453,330 |
| **Total Appropriation** | 4,927 | $ 134,896,837 | $ 51,273,562 | $ 7,312,642 | $ 193,483,041 |

9/5/06

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SUMMARY OF APPROPRIATIONS

### FISCAL YEAR 2007

PUBLIC LAW NO.  15–28

| BRANCH/DEPARTMENT / AGENCY | FTE CEILING | PERSONNEL | OPERATIONS | UTILITIES | TOTAL APPROPRIATION |
|---|---|---|---|---|---|
| | FTE | PERSONNEL | OPERATIONS | | TOTAL |
| Department of Public Land | 62 | $ 2,029,266 | $ 1,689,591 | | $ 3,718,857 |

# Department of Public Land
## PERSONNEL WORKSHEET

| | Support Unit | Position Title | Incumbent | Grade Step | Base Salary | Allow. |
|---|---|---|---|---|---|---|
| | | | | | FY 2007 Funding Level | |
| 1 | Exe | Secretary | Del Rosario. John | UNG | 54.000 | |
| 2 | Exe | Deputy Secretary | Castro, Vincent T. | UNG | 50,000 | |
| 3 | Exe | Legal Counsel (Trans. To AG's Off.) | Alan Lane | UNG | 65,000 | |
| 4 | Exe | Special Assistant | Reksid, Franz B. | UNG | 40,800 | |
| 5 | Exe | Special Assistant | Gonzales, John Oliver DLR | UNG | 40,800 | |
| 6 | Exe | Hearing Officer | Dela Cruz, Ramon S. | UNG | 50,000 | |
| 7 | Exe | Executive Secretary | Camacho. Helen B. | UNG | 28,808 | |
| 8 | Exe | Executive Secretary | Techur, Evelyn A. | UNG | 30,247 | |
| 9 | adm | Public Information Spec. I | Arriola, Edward C. Jr. | 24/01 | 16.858 | |
| 10 | adm | Administrative Assistant | Borja, Esterlita A. | 20101 | 14,389 | |
| 11 | adm | System Inform. Administrator | Borja. Frank C. | UNG | 28,000 | |
| 12 | adm | Secretary I | Borja, Norma DLG. | 20/03 | 15.860 | |
| 13 | adm | Records Technician | Cepeda-Mendoza, Clarice Y. | 20107 | 19,273 | |
| 14 | d m | Courier | Pua, Marco | 12/04 | 11.682 | |
| 15 | adm | Clerk II | Sablan, Madonna | 16/01 | 11,842 | |
| 16 | adm | Manager, Admin. Services | Salas, Margarita B. | 33/12 | 44,686 | |
| 17 | adm | Records Specialist | Villagomez, Warren F. | 27/03 | 21,506 | |
| 18 | Fin | Director. Finance & Acct | Demapan, David S. | UNG | 50,000 | |
| 19 | Fin | Accounting Tech. II | Camacho, Marcella N. | 20/09 | 21,243 | |
| 20 | Fin | Manager. Acct. Services | Keene, Margarete E. | 33/08 | 36.763 | |
| 21 | Fin | Accountant II | Ruemau, Ruth T. | 27/10 | 30,247 | |
| 22 | Fin | Accountant III | Sablan, Evelyn J. | 29/10 | 33,345 | |
| 23 | Fin | Accountant I | Santos, Vonnie S. | 25/05 | 21,506 | |
| 24 | Hmsd | Director, Homestead Division | Aldan, Francisco Jerome K. | UNG | 45,000 | |
| 25 | Hmsd | (To be Determined) | Dela Cruz, Jeffrey R. | UNG | 23,100 | |
| 26 | Hmsd | (To be Determined) | Palacios, Jesse S | UNG | 50,000 | |
| 27 | Hmsd | (To be Determined) | Tudela, Juan C. | UNG | 40,000 | |
| 28 | Hmsd | Homestead Technician III | Benavente, Anthony P. | 22/07 | 21.243 | |
| 29 | Hmsd | Homestead Technician II | Camacho, Nobert Blas | 20/04 | 16,652 | |
| 30 | Hmsd | Homestead Technician III | Palacios, Ignacio M. | 22/12 | 26,131 | |
| 31 | Hmsd | Homestead Technician II | Ramon, Gloria I. | 20108 | 20,234 | |
| 32 | Hmsd | Homestead Specialist III | Santos, Richard T. | 28/05 | 24,889 | |
| 33 | LCD | Dir. Lands Claims Div. | Sablan, Miguel M. | UNG | 45,000 | |
| 34 | LCD | Secretary II | Cepeda, Deveyanne A. | 23/11 | 26.131 | |
| 35 | LCD | Land Claim Investigator III | Itibus. Pedro I. | 30112 | 38,601 | |
| 36 | LCD | Land Exchange Manager | Salas, Ramon S. | 33/12 | 44,686 | |
| 37 | Plan Div | Director, Planning Division | Chargualaf, Manuel S. | UNG | 60,000 | |
| 38 | Plan Div | Surveying Tech. I | Aldan, Joseph A. | 16/12 | 20,234 | |
| 39 | Plan Div | CIP Coordinator | Atalig, David DLG. | 32/08 | 35.013 | |
| 40 | Plan Dii | Planning Manager | Cepeda, Alvin Joseph C. | 33/09 | 38.601 | |
| 41 | Plan D i | Surveyor III | Diaz, Joaquin D. | 28/11 | 33,345 | |
| 42 | Plan Div | Planner I | Dickinson, Jude C. | 24/02 | 17,701 | |
| 43 | Plan Dii | Surveyor III | Magofna, James D. | 24/12 | 28,808 | |
| 44 | Plan Div | G.I.S. Specialist III | Torres. Vincent M. | 27/09 | 28,808 | |
| 45 | RED | Director, Real Estate Division | Maratita, Sharee D. | UNG | 45,000 | |
| 46 | RED | Appraiser | Aaron. Mitchell Kun | UNG | 40,500 | |
| 47 | RED | Compliance Technician II | Attao, John J. | 20/08 | 20,234 | |

# Department of Public Land
## PERSONNEL WORKSHEET

| | Support Unit | Position Title | Incumbent | Grade Step | Base Salary | Allow. |
|---|---|---|---|---|---|---|
| | | | | FY 2007 Funding Level | | |
| 48 | RED | Lease/Permit Specialist II | Cepeda, Mario Marc C. | 20/04 | 16,652 | |
| 49 | RED | Enforcement, Manager | Deleon Guerrero, Gregory P. | 33/09 | 38,601 | |
| 50 | RED | Compliance Specialist III | Duenas, Dewayne | 28/04 | 23,706 | |
| 51 | RED | Compliance Specialist III | Fleming, James F. | 22/08 | 22,303 | |
| 52 | RED | Managaha Ranger II | Guzman, Fred DLG. | 20/06 | 18,357 | |
| 53 | RED | Managaha Ranger III | Omar, Dimas Aguon | 22/10 | 24,584 | |
| 54 | RED | Managaha Ranger I | Pua. Juan M. | 18/02 | 13,704 | |
| 55 | RED | Lease/Permit Specialist III | Roque, Rachel M. | 28/07 | 27,437 | |
| 56 | RED | Compliance Specialist II | Tudela, Irene | 26/06 | 23,706 | |
| 57 | Rota | Director, PLO | Santos, Teresita A. | UNG | 45,000 | |
| 58 | Rota | Homestead Technician II | Atalig, Lynda J.M. | 20/08 | 20,234 | |
| 59 | Rota | Land Claim Investigator III | Songsong, Thomas L. | 30/12 | 38,601 | |
| 60 | Tinian | Director. PLO | Ouichocho. Joshua K. | UNG | 45,000 | |
| 61 | Tinian | Land Claim Investigator I | Aldan, Joanna Marie C. | 26/01 | 19,500 | |
| 62 | Tinian | Homestead Tech. II | Hocog, Jennifer M. | 20/08 | 20,234 | |

Legal Counsel position should be under AG's Office (Alan Lane)

| | | | |
|---|---|---|---|
| Totd Wages | | 62 | $  1,924,386 |
| | | | |
| BENEFITS: | | | |
| Health Insurance" 4% | | | 76,975 |
| Medicare - 1.45% | | | 27,904 |
| Total Personnel Benefits | | | 104,879 |
| | | | |
| TOTAL FTEs, PERSONNEL COMPENSATION, & BENEFITS | | 62 | $  2,029,266 |