SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

First Regular SESSION, 2008      H. B. NO. 16-23

### AN APPROPRIATION BILL FOR AN ACT

TO APPROPRIATE $2,158,129.51 FOR THE PAYMENT OF CLAIMS INCURRED PRIOR TO PRIVATIZATION OF THE CNMI GOVERNMENT GROUP HEALTH AND LIFE INSURANCE TRUST FUND, AND FOR OTHER PURPOSES.

### BE IT ENACTED BY THE SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1     **Section 1. Findings and purpose.** The Commonwealth Legislature finds that
2 the Marianas Public Land Trust paid into the General Fund a sum of $2,232,241
3 pursuant to Article XI, section 6 of the Constitution of the Northern Mariana Islands
4 and Public Law 12-27. This amount was identified and reported to the Legislature in
5 Governor's Communication 16-19 on January 28, 2008.

6     The Legislature further finds that the N.M.I. Retirement Fund, as the
7 administrator of the government health insurance program, is in need of funding to pay
8 $2,158,129.51 in claims incurred prior to the privatization of the government
9 employee's health insurance program. If the claims are not paid expeditiously, the
10 Commonwealth risks losing insurance coverage for its employees.

11     The Legislature finds that using the MPLT interest payments to repay claims
12 that were incurred prior to the privatization of the CNMI Government Group Health
13 and Life Insurance Trust Fund is an appropriate use of this public resource and will
14 prevent the possible loss of insurance coverage for government employees.

15     **Section 2. Source of funds.** The sum of $2,232,241, paid into the General Fund
16 by the Marianas Public Land Trust pursuant to Article XI, section 6 of the Constitution
17 of the Northern Mariana Islands and Public law 12-27, and reported to the Legislature
18 by the Governor in Governor's Communication 16-19 on January 28, 2008, is hereby
19 identified as the source of funds for this appropriation act.

1  **Section 3. Appropriation.** The sum of $2,158,129.51 is hereby appropriated for the payment of claims incurred prior to the privatization of the CNMI Government Group Health and Life Insurance Trust Fund.

4  **Section 4. Expenditure authority.** The expenditure authority shall be the Northern Mariana Islands Retirement Fund Board of Trustees.

6  **Section 5. Severability.** If any provision of this Act or the application of any such provision to any person or circumstance should be held invalid by a court of competent jurisdiction, the remainder of this Act or the application of its provisions to persons or circumstances other than those to which it is held invalid shall not be affected thereby.

11  **Section 6. Savings clause.** This Act and any repealer contained herein shall not be construed as affecting any existing right acquired under contract or acquired under statutes repealed or under any rule, regulation, or order adopted under the statutes. Repealers contained in this Act shall not affect any proceeding instated under or pursuant to prior law. The enactment of the Act shall not have the effect of terminating, or in any way modifying, any liability, civil or criminal which shall already be in existence on the date this Act becomes effective.

18  **Section 7. Effective date.** This Act shall take effect, upon its approval by the Governor or becoming law without such approval.

Prefiled:
Date: 2/11/08

Introduced By: _____
Rep. Ray N. Yumul

Reviewed for legal sufficiency:
_____
House Legal Counsel

Page 2