# SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

**FIRST REGULAR SESSION, 2008**  H. B. NO. 16-**52**

## A BILL FOR AN ACT

To permit a borrower of CDA to assign land compensation due from the Commonwealth Government to pay for balance on CDA loan.

### BE IT ENACTED BY THE SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1  **Section 1. Purpose.** The purpose of this Act is to ensure a borrower with the
2  Commonwealth Development Authority is treated fairly in a situation where the borrower
3  is owed money for a land compensation or taking claim. This act is intended to restrict
4  CDA from imposing onerous conditions on borrowers for the assignment of the
5  borrower's land compensation to pay a CDA loan, particularly a condition requiring the
6  borrower to consent to a judgment and foreclosure if the assigned sum is not paid by the
7  government to the borrower within a time certain. Moreover, this Act is intended to
8  encourage, whenever possible, CDA to work with a borrower willing to assign
9  compensation payments toward the loan amount due on a fair and equitable basis without
10  relinquishing legal rights or defenses available to the borrower while at the same time
11  maintaining CDA's ability to enforce an assignment agreement through specific
12  performance or injunctive relief.

13  **Section 2. Amendment**. 4 CMC § 10402 of the Commonwealth Development
14  Authority Act of 1984, as amended, is hereby amended by adding a new subsection (p) to
15  read as follows:

16  "(p) The authority may enter into an agreement, whether by modification
17  of an existing loan with a borrower to assign land compensation due to the
18  borrower, from the Commonwealth Government, to pay the balance, whether in
19  full or partial payment, on the CDA loan. Provided that, as a condition precedent,
20  the borrower and the Commonwealth Government shall have entered into an

House Bill No. 16-○○

1   agreement setting forth the amount of compensation and other terms.
2   "Agreement" in this section is defined to mean an accepted offer of
3   compensation; a settlement agreement; or a court judgment. In agreeing to an
4   assignment of compensation funds from the borrower, CDA may set forth
5   reasonable terms in the assignment agreement with the borrower, except that in no
6   agreement shall CDA require the borrower to agree to a stipulated foreclosure or
7   consent judgment in the event the land compensation is not paid by the
8   government. However, CDA may include terms, in any loan or revision
9   agreement, that it may bring an action for specific performance or for injunctive
10  relief relating to the assignment of compensation to compel the borrower to remit
11  the assigned compensation funds to CDA, or to prevent the borrower from
12  receiving those compensation funds, in the event the borrower receives the
13  compensation funds and fails or refuses to pay CDA as agreed."

14  **Section 3. Severability.** If any provision of this Act or the application of any
15  such provision to any person or circumstance should be held invalid by a court of
16  competent jurisdiction, the remainder of this Act or the application of its provisions to
17  persons or circumstances other than those to which it is held invalid shall not be affected
18  thereby.

19  **Section 4. Savings Clause.** This Act and any repealer contained herein shall not
20  be construed as affecting any existing right acquired under contract or acquired under
21  statutes repealed or under any rule, regulation, or order adopted under the statutes.
22  Repealers contained in this Act shall not affect any proceeding instituted under or
23  pursuant to prior law. The enactment of the Act shall not have the effect of terminating,
24  or in any way modifying, any liability, civil or criminal, which shall already be in
25  existence on the date this Act becomes effective.

26  **Section 5. Effective Date.** This Act shall take effect upon its approval by the
27  Governor or becoming law without such approval.

HOUSE BILL NO. 16-**52**

Prefiled: _____

Date: 2/29/08

Introduced By: /s/ Rep. Ray N. Yumul

Reviewed for Legal Sufficiency by:

House Legal Counsel