

SAIPAN AND NORTHERN ISLANDS LEGISLATIVE DELEGATION
SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

FIRST REGULAR SESSION, 2008

SAIPAN LOCAL LAW NO. 16-1
HOUSE LOCAL BILL No. 16-1, S1, D2

### A LOCAL APPROPRIATION ACT

To repeal and re-enact section 2 (3) of Saipan Local Law 15-6 and to re-appropriate lapsed funds under Saipan Local Law 14-11; and for other purposes.

BE IT ENACTED BY THE THIRD SENATORIAL DISTRICT DELEGATION PURSUANT TO CHAPTER 4, DIVISION 1, TITLE 1 OF THE COMMONWEALTH CODE:

1    Section 1. <u>Repealer</u> and <u>Re-Enactment.</u> To repeal and re-enact Section 2 (3) of
2    Saipan Local Law 15-6 as follows
3        (A)    $200,344.00 for the land compensation payment to land owners at
4        Kannat Tabla Area.
5        (B)    $252,000.00 to pay the judgment against the Government per ordered in
6        Superior Court Civil Action 04-0220-E
7        (C)    $8,000.00 for the JROTC Army Ball for Saipan, Rota and Tinian under
8        the expenditure authority of Lt. Colonel Robert Gay, JROTC Director.
9        (D)    $30,000.00 for the upcoming Oceania Championship Games to be held
10       in June of 2008 under the expenditure authority of the Secretary of the Department of
11       Finance.
12       (E)    $10,000.00 to the Saipan Fishermen's Association under the expenditure
13       authority of the Secretary of Finance.
14   Section 2. <u>Expenditur'e Authority</u>. Expenditure Authority for A & B above shall be
15   the Secretary of Finance in consultation with the Attorney General
16   Section 3. <u>Re-appropriation</u>. The sum of $64,924.00 is hereby re-appropriated from
17   Saipan Local Law 14-11 as follows,
18       (1)    $50,000.00 to the Junior Statesman under the expenditure authority of
19       the Secretary of Finance.

    (2) $14,924.00 to the Saipan Little League under the expenditure authority of the Secretary of Finance.

Section 4. <u>Severability.</u> If any provision of this Act or the application of any such provision to any person or circumstance should be held invalid by a court of competent jurisdiction, the remainder of this Act or the application of its provisions to persons or circumstances other than those to which it is held invalid shall not be affected thereby.

Section 5. <u>Savings Clause.</u> This Act and any repealer contained herein shall not be construed as affecting any existing right acquired under contract or acquired under statutes repealed or under any rule, regulation or order adopted under the statutes. Repealers contained in this Act shall not affect any proceeding instituted under or pursuant to prior law  The enactment of the Act shall not have the effect of terminating, or in any way modifying, any liability, civil or criminal, which shall already be in existence on the date this Act becomes effective.

Section 6. <u>Effective Date.</u> This Act shall take effect upon its approval by the Governor, or becoming law without such approval.

CERTIFIED BY:

_____  
RAMON A. TEBUTEB  
Chairman  
Saipan and Northern Islands  
Legislative Delegation

_____  
ARNOLD I. PALACIOS  
Speaker  
House of Representatives

APPROVED on this 16th day of MAY, 2008.

_____  
BENIGNO R. FITIAL  
GOVERNOR  
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS