

<strong>SAIPAN AND NORTHERN ISLANDS LEGISLATIVE DELEGATION</strong><br/>
<strong>SIXTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE</strong>

|  |  |
|---|---|
| **FIRST REGULAR SESSION, 2008** | **SAIPAN LOCAL LAW NO. 16-2**<br>**HOUSE LOCAL BILL No. 16-2,S1,D1** |

# A LOCAL APPROPRIATION ACT

To re-appropriate $90,200.00 from the FY 2007 lapsed funds collected pursuant to Saipan Local Law 11-2 for the settlement to judgment in *Jose Ch.Camacho v. CNMI Department of Public Works, et at*., Civil Action No. 04-0220E; and for other purposes.

**BE IT ENACTED BY THE THIRD SENATORIAL DISTRICT DELEGATION PURSUANT TO CHAPTER 4, DIVISION 1, TITLE 1 OF THE COMMONWEALTH CODE:**

1    **Section 1. <u>Purpose.</u>** The purpose of this legislation is to re-appropriate $90,200.00 from
2    the FY 2007 lapsed funds collected pursuant to Saipan Local Law 11-2 for the settlement of the
3    long overdue land compensation pursuant to *Jose Ch. Camacho v. CNMI Department of Public*
4    *Works. et at.,* Civil Action No. 04-0220E.

5    **Section 2. <u>Re-appropriation.</u>** There is hereby re-appropriated $70,200.00 form Saipan
6    Local Law 14-30 Section 2 (a) (1 MG Steel Tank) and $20,000.00 from Saipan Local Law 14-23
7    (CUC Airport Sand Filtration System) for the settlement of judgment in the case *Jose Ch.*
8    *Camacho v. CNMI Department of Public Works,* Civil Action No. 04-0220E.

9    **Section 3. <u>Expenditure Authority.</u>** The Secretary of the Department of Finance shall
10    be expenditure authority in consultation with the Attorney General for the funds re-appropriated
11    in Section 2 of this Act.

12    **Section 4. <u>Severability.</u>** If any provision of this Act or the application of any such
13    provision to any person or circumstance should be held invalid by a court of competent
14    jurisdiction, the remainder of this Act or the application of its provisions to persons or
15    circumstances other than those to which it is held invalid shall not be affected thereby.

16    **Section 5. <u>Savings Clause.</u>** This Act and any repealer contained herein shall not be
17    construed as affecting any existing right acquired under contract or acquired under statutes

1   repealed or under any rule, regulation or order adopted under the statutes. Repealers contained

2   in this Act shall not affect any proceeding instituted under or pursuant to prior law. The

3   enactment of the Act shall not have the effect of terminating, or in any way modifying, any

4   liability, civil or criminal, which shall already be in existence on the date this Act becomes

5   effective.

6   **Section 6.  Effective Date.**   This Act shall take effect upon its approval by the

7   Governor, or becoming law without such approval.


**CERTIFIED BY:**


/S/_____         /S/_____
    **RAMON A. TEBUTEB**                         **ARNOLD I. PALACIOS**
           Chairman                                    Speaker
   Saipan and Northern Islands               House of Representatives
      Legislative Delegation


**APPROVED** on this **16**th day of **May**, 2008.


/S/_____
        **BENIGNO R. FITIAL**
             **GOVERNOR**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**