## LOCAL

**Thursday, August 14, 2008**

DUE TO MANY THREATS OF ROAD CLOSURES
List of landowners awaiting compensation sought

**By Ferdie de la Torre**
**Reporter**

Rep. Francisco S. Dela Cruz wants to know the names of those who are awaiting compensation from the CNMI government for the taking of their lands.

Dela Cruz has asked Public Lands Secretary John Del Rosario to provide him the list of individuals, together with the size of the lot, location of property, appraised amount, purpose of taking, and time of taking.

The Saipan lawmaker also asked for those who are awaiting land compensation pursuant to court judgments.

"This should include civil case numbers, actual judgment order, amount to be compensated, location of property, purpose of taking, time of taking, size of lot, etc.," said Dela Cruz in a letter he wrote Friday.

In addition, Dela Cruz asked for a list of persons who are awaiting land compensation-whether monetary or land exchange-from the government whose wetlands have been taken for endangered species protection or for other purposes.

"I wanted to get update and an idea of how much exactly in payment moneys are we looking at," Dela Cruz told Saipan Tribune.

He said there's been a lot of reports of landowners threatening to close rights of ways.

"I'm quite concerned because a lot of landowners have passed away, never even seeing a penny being given back to them," the lawmaker said.

Back to top 



| Iowa Acreage for Sale | FEMA Rebuilds Homes |
|---|---|
| View Properties for Sale in Iowa at LandWatch.com | FEMA released its 2008 funds for Rebuilding disaster-struck homes. |