## Motions

1:05-cv-00043 Camacho v. Commonwealth of the Northern Mariana Islands et al **CASE CLOSED on 12/17/2007**

**Docket Text: Final Text**

**First MOTION for Extension of Time to File** *Briefing on Plaintiffs Motion for Writ of Execution or Order in Aid of Judgment* **Gregory Baka appearing for Defendants Commonwealth of the Northern Mariana Islands, Marianas Public Land Authority, Department of Public Works (Baka, Gregory)**

**Attention!!** Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.

*Source Document Path (for confirmation only):*
C:\Documents and Settings\GBaka\My Documents\Civil\Dept. of Public Lands\05-00043 [Dotts] A. Camacho v. DPW & DPL\Motion for Extension of Time.(DNMI.26Aug08).pdf
pages: 7

Next    Clear