FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, | Civil Action No. 05-0043 |
| Plaintiffs | |
| v. | ORDER SETTING HEARING ON DEFENDANTS' EX PARTE MOTION TO INCREASE TIME FOR FILING BRIEF |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al., | |
| Defendants | |

IT IS ORDERED that defendants' *ex parte* motion to increase the time in which to file their brief is set for **today at 2:00 p.m. in Chambers**.

DATED this 27th day of August, 2008.

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)