1

2

3

4

5

6

7

8                          UNITED  STATES  DISTRICT  COURT

9                     FOR  THE  NORTHERN  MARIANA  ISLANDS

10

11   ANTONIO  S.  CAMACHO,                    )    CIVIL  ACTION  NO.  05-0043
                                              )
12              Plaintiff,                     )
                                              )    ORDER  AFTER  HEARING  OF
13           vs.                               )    *EX PARTE*  MOTION  TO  INCREASE
                                              )    BRIEFING  TIME  ON  PLAINTIFF'S
14   COMMONWEALTH  OF  THE                     )    MOTION FOR  WRIT OF EXECUTION
     NORTHERN  MARIANA  ISLANDS,               )    OR  ORDER  IN  AID  OF  JUDGMENT
15   et al.,                                   )
                                              )
16              Defendants.                    )
                                              )
17

18

19         This matter came before the Court in chambers on August 27, 2008 for hearing

20   of defendants' *ex parte* motion pursuant to Local Rule 7.1.h.3(b) to increase briefing time

21   on plaintiff's motion for a writ of execution or order in aid of judgment.  Plaintiff was

22   represented by Michael W. Dotts, Esq., of O'Connor, Berman, Dotts & Banes; defendants

23   were represented by CNMI Deputy Attorney General Gregory Baka.

24         It was agreed among the parties and the Court that the *ex parte* motion is

25   GRANTED with respect to defendants' opposition to the motion for a writ of execution

1  or order in aid of judgment filed August 26, 2008, and that plaintiff's reply, if any, is due

2  no later than 3:30 p.m., Thursday, September 11, 2008.

3        The Court shall decide the underlying motion on the pleadings, without oral

4  argument.  <u>See</u> Local Rule 7.1.a. (oral argument is within discretion of the Court).

5        IT  IS  SO  ORDERED.

6        DATED this 28th day of August 2008.

7

8

9                                    _____
                                     ALEX  R.  MUNSON
                                           Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25