F I L E D
Clerk
District Court

AUG 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO, | CIVIL ACTION NO. 05-0043 |
| Plaintiff, | |
| vs. | ORDER AFTER HEARING OF *EX PARTE* MOTION TO INCREASE BRIEFING TIME ON PLAINTIFF'S MOTION FOR WRIT OF EXECUTION OR ORDER IN AID OF JUDGMENT |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al., | |
| Defendants. | |

    This matter came before the Court in chambers on August 27, 2008 for hearing of defendants' *ex parte* motion pursuant to Local Rule 7.1.h.3(b) to increase briefing time on plaintiff's motion for a writ of execution or order in aid of judgment. Plaintiff was represented by Michael W. Dotts, Esq., of O'Connor, Berman, Dotts & Banes; defendants were represented by CNMI Deputy Attorney General Gregory Baka.

    It was agreed among the parties and the Court that the *ex parte* motion is GRANTED with respect to defendants' opposition to the motion for a writ of execution

1 or order in aid of judgment filed August 26, 2008, and that plaintiff's reply, if any, is due
2 no later than 3:30 p.m., Thursday, September 11, 2008.
3   The Court shall decide the underlying motion on the pleadings, without oral
4 argument. See Local Rule 7.1.a. (oral argument is within discretion of the Court).
5   IT IS SO ORDERED.
6   DATED this 28th day of August 2008.

*/s/ Alex R. Munson*
―――――――――――――――
ALEX R. MUNSON
Judge