**MICHAEL W. DOTTS, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Antonio S. Camacho*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **ANTONIO S. CAMACHO** | ) | **Civil Action No. 05-0043** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **REQUEST FOR WRIT** |
| **COMMONWEALTH OF THE** | ) | **OF EXECUTION** |
| **NORTHERN MARIANA ISLANDS,** | ) | |
| **DEPARTMENT OF PUBLIC LANDS,** | ) | |
| successor to the Marianas Public Lands | ) | |
| Authority, and **DEPARTMENT OF** | ) | |
| **PUBLIC WORKS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

COMES NOW, Plaintiff Antonio S. Camacho to request that, in accordance with this Court's September 30, 2008, Order Granting Motion For Writ of Execution and, In the Alternative, For an Order in Aid of Judgment, that this Court issue the Writ of Execution filed herewith. In support of this request, Plaintiff has attached the Declaration of Michael W. Dotts and Exhibits "A" and "B" attached thereto which demonstrate that Plaintiff's attorney Michael W. Dotts has twice contacted Defendant's attorney the Office of the Attorney General in an attempt to open a dialogue to reach a mutually-agreeable method to pay the Judgment issued in this case. As set forth in the Declaration of Michael W. Dotts, Defendants' attorney has not responded.

Respectfully submitted on this 24th day of October, 2008.

 /s/ _____
MICHAEL W. DOTTS
O'Connor Berman Dotts & Banes
Attorneys for Plaintiff

K:\1000\1600-01 Camacho\PL\draft\1600-02-081023-Request for Writ of Execution.doc