**Gregory J. Koebel**

**From:** Michael Dotts [michaeldotts@hotmail.com]
**Sent:** Tuesday, October 21, 2008 10:32 AM
**To:** Greg Koebel
**Cc:** Law Office
**Subject:** October 6 Email to G. Baka

Exhibit A

From: michaeldotts@hotmail.com
To: gbaka79@yahoo.com
CC: attorneys@saipan.com
Subject: Camacho v. DPL
Date: Mon, 6 Oct 2008 13:08:35 +1000

Dear Greg,

Judge Munson gave the parties until October 24 to try to work out a payment schedule so that a writ would not be necessary. Would the government be willing to agree to a payment schedule? Tony Camacho needs some money now but is willing to work out a payment plan for the balance.

Let me know.

Mike

**Confidentiality Notice:** The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

Explore the seven wonders of the world Learn more!

Explore the seven wonders of the world Learn more!

Conf
infor
to?
to
th

**Exhibit "A"**

10/21/2008

**Gregory J. Koebel**

**From:** Michael Dotts [michaeldotts@hotmail.com]
**Sent:** Tuesday, October 21, 2008 10:32 AM
**To:** Greg Koebel
**Cc:** Law Office
**Subject:** October 13 Email to G. Baka

Exhibit B

---

From: michaeldotts@hotmail.com
To: gbaka79@yahoo.com
CC: attorneys@saipan.com
Subject: Camacho vs. DPL
Date: Mon, 13 Oct 2008 17:12:05 +1000

Dear Greg,

Congratulations on your appointment as Attorney General. I am sure you are busy but October 24 is quickly approaching. I have a bench trial on October 20 and I am going off island October 21. Consequently, I want to start the ball rolling now if we are going to work this matter out. Is there any desire by the government to discuss payment?

Just let me know.

Mike

**Confidentiality Notice:** The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

---

Invite your mail contacts to join your friends list with Windows Live Spaces. It's easy! Try it!

Invite your mail contacts to join your friends list with Windows Live Spaces. It's easy! Try it!

**Exhibit "B"**

10/21/2008