ORIGINAL

RECEIVED
OCT 27 2008
US MARSHALS SERVICE-CNMI

FILED
Clerk
District Court

OCT 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO | Civil Action No. 05-0043 |
| Plaintiff, | |
| vs. | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS, | WRIT OF EXECUTION |
| | Returnable <u>November 7, 2008</u> |
| Defendants. | |

UNITED STATES OF AMERICA, to the Marshal of the United States in and for the Northern Mariana Islands.

GREETINGS:

WHEREAS, on the 8th of December, 2006, at the District Court of the United States for the Northern Marianas Islands, before the Honorable Alex R. Munson, Judge thereof, Plaintiff, Antonio S. Camacho, recovered against Defendants Commonwealth of the Northern Mariana Islands, Marianas Public Lands Authority, successor to Marianas Public Lands Corporation and Department of Public Works, damages in the amount of $240,749.50 as and for the principal balance unsatisfied on the judgment rendered herein and in the sum of $239,397.00 (plus costs awarded of $1,352.50 for an aggregate balance of $240,749.50) pursuant to this Court's Judgment entered December 8, 2006, plus $31.65 per diem as postjudgment interest (calculated as $240,749.50 x 4.95 %[1] divided by 365

---

[1] 4.95% was the "weekly average 1-year constant maturity Treasury yield" for December 1, 2006, the calendar week preceeding the date of Judgment. 28 U.S.C. 1961(b).

days) from and after December 8, 2006, until the date the judgment is satisfied, in an action decided in said Court, as appears to this Court of record, of which no portion of said sum has been paid.

YOU ARE, THEREFORE, commanded that of the funds held in bank accounts, goods and chattels and any other personal property of the said Defendant and Judgment Debtor, Commonwealth of the Northern Mariana Islands, Marianas Public Lands Authority, successor to Marianas Public Lands Corporation and Department of Public Works, you cause to be retained the unpaid balance of $262,714.60, plus per diem interest from and after October 24, 2008, at the rate of $31.35 per day until the date the Judgment is satisfied, and that you have the same before the Judge of our said court on November 7, 2008, to render to the same Plaintiff, Antonio S. Camacho, and that you certify to our said Judge how you executed this writ.

WITNESS, the Judge of the United States District
The Northern Mariana Islands, this 27th day
of October, 2008. Issued on the Island of
Saipan, under the seal of said District Court, the day
and year last mentioned.

JUDGE, UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

By: _____
Hon. ALEX R. MUNSON, JUDGE

Case No. __05-0043__          Marshal's Docket No._____

| | |
|---|---|
| Judgment and costs | $     240,749.50 |
| Postjudgment interest through 10/24/08 | $      21,965.10 |
| Total as of 10/24/08 | $     262,714.60 |

1600-02-081023-Writ of Execution



RECEIVED
OCT 28 2008
FIRST HAWAIIAN BANK
OLEAI BRANCH-12





\* See note
on service
of process





\* See note
of service
of process