MICHAEL W. DOTTS, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Antonio S. Camacho*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANTONIO S. CAMACHO** ) | Civil Action No. 05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **REQUEST TO DISSOLVE** |
| **COMMONWEALTH OF THE** ) | **WRIT OF EXECUTION** |
| **NORTHERN MARIANA ISLANDS,** ) | |
| **DEPARTMENT OF PUBLIC LANDS,** ) | |
| **successor to the Marianas Public Lands** ) | |
| **Authority, and DEPARTMENT OF** ) | |
| **PUBLIC WORKS,** ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Plaintiff Antonio S. Camacho to request that that the Court DISSOLVE the Writ of Execution it issued on October 27, 2008 (which Writ is attached hereto as Exhibit "A"). Plaintiff requests the dissolution of the Writ of Execution because on October 31, 2008, the entire amount due under the Writ of Execution was paid to Plaintiff with the assistance of the United States Marshals Service.

Respectfully submitted on
this 3rd day of November, 2008.

/s/
MICHAEL W. DOTTS
O'Connor Berman Dotts & Banes
Attorneys for Plaintiff

ORIGINAL

RECEIVED

OCT 27 2008

US MARSHALS SERVICE-CNMI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 2 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| ANTONIO S. CAMACHO, | ) Civil Action No. 05-0043 |
| Plaintiff, | ) |
| vs. | ) |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, DEPARTMENT OF PUBLIC LANDS, successor to the Marianas Public Lands Authority, and DEPARTMENT OF PUBLIC WORKS, | ) WRIT OF EXECUTION ) ) Returnable November 7, 2008 |
| Defendants. | ) |

UNITED STATES OF AMERICA, to the Marshal of the United States in and for the Northern Mariana Islands.

GREETINGS:

WHEREAS, on the 8th of December, 2006, at the District Court of the United States for the Northern Marianas Islands, before the Honorable Alex R. Munson, Judge thereof, Plaintiff, Antonio S. Camacho, recovered against Defendants Commonwealth of the Northern Mariana Islands, Marianas Public Lands Authority, successor to Marianas Public Lands Corporation and Department of Public Works, damages in the amount of $240,749.50 as and for the principal balance unsatisfied on the judgment rendered herein and in the sum of $239,397.00 (plus costs awarded of $1,352.50 for an aggregate balance of $240,749.50) pursuant to this Court's Judgment entered December 8, 2006, plus $31.65 per diem as postjudgment interest (calculated as $240,749.50 x 4.95 %[1] divided by 365

---

[1] 4.95% was the "weekly average 1-year constant maturity Treasury yield" for December 1, 2006, the calendar week preceeding the date of Judgment. 28 U.S.C. 1961(b).

Exhibit "A"

days) from and after December 8, 2006, until the date the judgment is satisfied, in an action decided in said Court, as appears to this Court of record, of which no portion of said sum has been paid.

YOU ARE, THEREFORE, commanded that of the funds held in bank accounts, goods and chattels and any other personal property of the said Defendant and Judgment Debtor, Commonwealth of the Northern Mariana Islands, Marianas Public Lands Authority, successor to Marianas Public Lands Corporation and Department of Public Works, you cause to be retained the unpaid balance of $262,714.60, plus per diem interest from and after October 24, 2008, at the rate of $31.35 per day until the date the Judgment is satisfied, and that you have the same before the Judge of our said court on November 7, 2008, to render to the same Plaintiff, Antonio S. Camacho, and that you certify to our said Judge how you executed this writ.

WITNESS, the Judge of the United States District The Northern Mariana Islands, this 27th day of October, 2008. Issued on the Island of Saipan, under the seal of said District Court, the day and year last mentioned.

JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

By: _____
Hon. ALEX R. MUNSON, JUDGE

Case No. __05-0043__    Marshal's Docket No._____

| | |
|---|---|
| Judgment and costs | $ 240,749.50 |
| Postjudgment interest through 10/24/08 | $ 21,965.10 |
| Total as of 10/24/08 | $ 262,714.60 |

1600-02-081023-Writ of Execution