F I L E D
Clerk
District Court

NOV -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANTONIO S. CAMACHO ) | Civil Action No. 05-0043 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMONWEALTH OF THE ) | DISSOLUTION OF WRIT OF |
| NORTHERN MARIANA ISLANDS, ) | EXECUTION |
| DEPARTMENT OF PUBLIC LANDS, ) | |
| successor to the Marianas Public Lands ) | |
| Authority, and DEPARTMENT OF ) | |
| PUBLIC WORKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

UPON MOTION of the Plaintiff Antonio S. Camacho wherein said Plaintiff states that all amounts due under the Writ of Execution issued by the Court on October 27, 2008 in this Civil Case No. 05-0043 have been paid to Plaintiff through the assistance of the United States Marshals Service, and for good cause shown:

The WRIT OF EXECUTION issued by this Court on October 27, 2008 is hereby DISSOLVED, and all persons, entities and institutions holding property of the Defendants CNMI Department of Public Lands and CNMI Department of Public Works shall allow said Defendants access to such property unfettered by the Judgment and Writ of Execution as issued in this Civil Case No. 05-0043.

So ORDERED on this 3rd day of November, 2008.

JUDGE, UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS


By: *Alex R. Munson*
Hon. ALEX R. MUNSON, JUDGE

*1600-01-081103-DissolutionWrit of Execution*

2