USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00043   Document 88   Filed 11/03/08   Page 1 of 2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTONIO S. CAMACHO | CA 05-0043 USDC NMI |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CNMI DEPT OF PUBLIC LANDS & CNMI DEPT OF PUBLIC WORKS | WRIT OF EXECUTION |

R CONDEMN
FILED
Clerk
District Court

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

MR. Gregory J. Koebel ESQ.
O'CONNOR BERMAN DOTTS & BANES
PO BOX 501969 SAIPAN MP 96950 / www.pacific-lawyers.com
671-234-5684 / 670-234-5603 5683 (FAX) / attorneys@saipan.com

| Number of process to be served with this Form 285 | For The Northern Mariana Islands By (Deputy Clerk) |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

Signature of Attorney other Originator requesting service on behalf of:
BY Email

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 670-234-5684
DATE: 10/27/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 001 | No. 005 | No. NMI | CIDUSM #356 | 10/28/08 |

of service, ☐ have executed as shown in "Remarks", the process described

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Note: Escort Mr. Gregory Kobel to Bank of Guam to assist in the seizure of $262,934.05 from the Bank of Guam Account # ██████0594 under the account name of CNMI Department of Public Lands.

BOG CK# 805883

Date: 10/31/08
Time: 1512 pm

Signature of U.S. Marshal or Deputy
CID

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* (Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $5.00 | | $50.00 | $50.00 | $0.00 |

**REMARKS**
$45.00 Service & $5.00 mileage Fee's in advance; Adjustments for additional billing or refunds upon completion of service.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

RECEIVED
OCT 31 2008

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

US MARSHALS SERVICE-CNMI



# Bank of Guam
"The People's Bank"
P.O. BOX BW
HAGÅTÑA, GUAM 96932

Tel: (671) 472-5300

MEMBER OF THE
FEDERAL DEPOSIT INSURANCE CORP.

October 31, 2008

U.S. District Court
For the Northern Mariana Islands
2nd Floor Horiguchi Building
Beach Road, Garapan
P.O. Box 500687
Saipan, MP 96950

**Ref: Writ of Execution CNMI Department of Public Lands – CA No. 05-0043**

Dear Sir or Madam:

Enclosed you will find Cashier's Check No.805833 dated October 31, 2008 in the amount of $262,934.05 for remittance on a Notice of Writ of Execution received on October 28, 2008 referenced above.

Should you have any questions, please contact me directly at (670) 236-2700, extension 3200 or Mr. Danny M. Rapadas, SVP/General Counsel, Chief Risk Officer at (671) 472-5256.

Sincerely,

Marcie M. Tomokane
Vice President/CNMI Regional Manager

Encls: CC#805833

Cc: Mr. Danny M. Rapadas, SVP/General Counsel & Chief Risk Officer
    File

*Received on 10/31/08*
*Gregory V. Koebel*
*www.pacific-lawyers.com*

---

**BANK OF GUAM**
Member FDIC
P.O. BOX BW · HAGÅTÑA, GUAM 96932

Branch Name: **Saipan**

101-511 / 1214    NO. **805833**

DATE: **October 31, 2008**
NOT VALID AFTER 90 DAYS FROM DATE OF ISSUE

PAY TO THE ORDER OF   ***Trust Account of O'Connor Berman Dotts & Banes*** $262,934.05

THE SUM **262934 DOLS 05 CTS** _____ DOLLARS

TWO SIGNATURES REQUIRED OVER $100,000

Marcie M. Tomokane
VP/CNMI Regional Manager

Larry A. Phillips
AVP/Branch Manager, Saipan

**CASHIER'S CHECK**   WARNING: DO NOT CASH THIS CHECK UNLESS YOU CAN SEE THE WORDS "SAFE" & "VERIFY FIRST" IN THE WATERMARK AND RED & BLUE FIBERS IN THE PAPER. TO VERIFY WATERMARK HOLD UP TO LIGHT. THIS DOCUMENT IS PRINTED ON A GREEN BACKGROUND. RUB GRAY AREAS TO SEE CHANGE TO WORD "VALID."

⑈805833⑈ ⑆121405115⑆ 3110140⑈